# EXHIBIT 3

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **22nd Century Group Loss Chart** between February 18, 2016 and October 25, 2018 | | | | | | | | | | | | 2.597581 |
| Berterman, Joseph | 1/19/2018 | 300 | ($3.89) | ($1,167.00) | 1/14/2019 | 750 | $2.52 | $1,890.00 | | | | |
| | 1/23/2018 | 100 | ($3.99) | ($399.00) | | | | | | | | |
| | 1/24/2018 | 100 | ($3.85) | ($385.00) | | | | | | | | |
| | 1/24/2018 | 150 | ($3.84) | ($576.00) | | | | | | | | |
| | 1/25/2018 | 50 | ($3.80) | ($190.00) | | | | | | | | |
| | 5/7/2018 | 50 | ($2.34) | ($117.00) | | | | | | | | |
| | | 750 | | ($2,834.00) | | 750 | | $1,890.00 | 0 | $0.00 | ($944.00) | |