**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW BULL, Individually and on Behalf of All Others Similarly Situated, | No.: 1:19-cv-00409-NGG-ST |
| Plaintiff, | **NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| v. | |
| 22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER, | |
| Defendants. | |
| IAN FITCH, Individually and on Behalf of All Others Similarly Situated, | No.: 2:19-cv-00553-SJF-AYS |
| Plaintiff, | |
| v. | |
| 22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER, | |
| Defendants. | |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Joseph Noto, Garden State Tire Corp, and Stephens Johnson (collectively, the "22nd Century Investor Group"), by and through their counsel, will and do hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995, for the entry of an Order: (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing the 22nd Century Investor Group as Lead Plaintiff on behalf of all persons and entities that purchased or otherwise acquired the securities of 22nd Century Group, Inc. securities between February 18, 2016 through October 25, 2018, both dates inclusive; and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel.

Dated:  March 25, 2019

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
Email: ahood@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants and*
*Proposed Lead Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Lesley Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone:  310-201-9150
Facsimile:   310-201-9160
Email: lportnoy@glancylaw.com

*Additional Counsel for Movants*

2