**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW BULL, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>            v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER,<br><br>                                    Defendants. | No.: 1:19-cv-00409-NGG-ST<br><br>**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |
| IAN FITCH, Individually and on Behalf of All Others Similarly Situated,<br><br>                                    Plaintiff,<br><br>            v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER,<br><br>                                    Defendants. | No.: 2:19-cv-00553-SJF-AYS |

I, Jeremy A. Lieberman, hereby declare as follows:

1.      I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Joseph Noto, Garden State Tire Corp, and Stephens Johnson (collectively, the "22nd Century Investor Group") and have personal knowledge of the facts set forth herein. I make this Declaration in support of the 22nd Century Investor Group's motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff for the Class, and approval of 22nd Century Investor Group's selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

>            Exhibit A:      Press release announcing the pendency of the first of the above-captioned related actions to be filed;

Exhibit B:    Shareholder Certifications executed by the members of the 22nd Century Investor Group;

Exhibit C:    Loss Chart of the 22nd Century Investor Group; and

Exhibit D:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on March 25, 2019, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman