# EXHIBIT A

**MarketWatch**

# EQUITY ALERT: Rosen Law Firm Files Securities Class Action Lawsuit Against 22nd Century Group, Inc. – XXII

By

Published: Jan 21, 2019 5:32 p.m. ET

Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of 22nd Century Group, Inc. XXII, -5.26% from February 18, 2016 through October 25, 2018, inclusive (the "Class Period"). The lawsuit seeks to recover damages for 22nd Century Group investors under the federal securities laws.

To join the 22nd Century Group class action, go to https://www.rosenlegal.com/cases-1435.html or call Phillip Kim, Esq. or Zachary Halper, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com or zhalper@rosenlegal.com for information on the class action.

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

According to the lawsuit, defendants made false and/or misleading statements and/or failed to disclose that: (1) 22nd Century's stock was prone to manipulation through paid stock promotions; (2) such conduct would subject 22nd Century to heightened regulatory scrutiny by the Securities and Exchange Commission (the "SEC"); and (3) consequently, 22nd Century's public statements were materially false and misleading and/or lacked a reasonable basis at all relevant times. When the true details entered the market, the lawsuit claims that investors suffered damages.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court no later than March 22, 2019. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to https://www.rosenlegal.com/cases-1435.html or to discuss your rights or interests regarding this class action, please contact Phillip Kim or Zachary Halper of Rosen Law Firm toll free at 866-767-3653 or via email at pkim@rosenlegal.com or zhalper@rosenlegal.com.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm or on Twitter: https://twitter.com/rosen_firm.

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013.

View source version on businesswire.com: https://www.businesswire.com/news/home/20190121005460/en/

SOURCE: The Rosen Law Firm, P.A.

Laurence Rosen, Esq.
Phillip Kim, Esq.
Zachary Halper, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 34 [th] Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com

pkim@rosenlegal.com

zhalper@rosenlegal.com

www.rosenlegal.com

Copyright Business Wire 2019

## From MarketWatch

- Dow sinks 602 points as the stock market contends with a fresh threat: a rising dollar
- You can get $300 off cruises on this beloved line right now
- Stay bearish because the 'Big Low' for stocks hasn't arrived yet, says Bank of America

---

BACK TO TOP

- **MarketWatch**
- Site Index
- Topics
- Help
- Feedback
- Newsroom Roster
- Media Archive
- Premium Products
- Mobile

- **Company**
- Company Info
- Code of Conduct
- Corrections
- Advertising Media Kit
- Advertise Locally
- Reprints & Licensing
- Your Ad Choices

- **Dow Jones Network**
- WSJ.com
- Barron's Online
- BigCharts
- Virtual Stock Exchange
- Financial News London
- WSJ.com Small Business
- realtor.com
- Mansion Global

Copyright © 2019 MarketWatch, Inc. All rights reserved.

By using this site you agree to the Terms of Service, Privacy Policy, and Cookie Policy.

- Facebook

- Twitter
- Linkedin
- Google Plus





*Intraday Data provided by SIX Financial Information and subject to terms of use. Historical and current end-of-day data provided by SIX Financial Information. All quotes are in local exchange time. Real-time last sale data for U.S. stock quotes reflect trades reported through Nasdaq only. Intraday data delayed at least 15 minutes or per exchange requirements.*