# EXHIBIT B

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.  I, _JOSEPH C. NOTO_, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities

Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint against 22nd Century Group, Inc. ("22nd Century" or the "Company")

and, authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire 22nd Century securities at the direction of plaintiffs' counsel or in

order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired 22nd Century securities during the class period, including providing testimony at deposition and trial,

if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this

action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in 22nd Century

securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

Executed ___3/8/2019___
        (Date)

_____
(Signature)

JOSEPH C. NOTO
(Type or Print Name)

**22nd Century Group, Inc. (XXII)**                                                                    **Noto, Joseph**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Account 1 | | | | |
| XXII Jan 18 2019 $1.0 Call | 1/8/2018 | Purchase | 50 | $2.6000 |
| XXII Jan 18 2019 $1.0 Call | 1/23/2018 | Purchase | 30 | $3.1100 |
| XII Jan 19 2018 $1.0 Call | 9/18/2017 | Purchase | 125 | $2.2000 |
| Common Stock | 1/31/2017 | Purchase | 2,100 | $0.9489 |
| Common Stock | 4/19/2017 | Purchase | 750 | $1.3336 |
| Common Stock | 4/20/2017 | Purchase | 750 | $1.3250 |
| Common Stock | 1/16/2018 | Purchase | 12,500 | $1.0000 |
| Common Stock | 6/6/2017 | Sale | 1,200 | $1.6367 |
| Common Stock | 6/21/2017 | Sale | 500 | $1.8050 |
| Account 2 | | | | |
| Common Stock | 4/16/2018 | Purchase | 1,000 | $1.0000 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1.    I, _JoSEPH C. LOOTO_, make this declaration pursuant to

Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities

Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against 22nd Century Group, Inc. ("22nd Century" or the "Company")

and, authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire 22nd Century securities at the direction of plaintiffs' counsel or in

order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or

acquired 22nd Century securities during the class period, including providing testimony at deposition and trial,

if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this

action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in 22nd Century

securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not

sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set

forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses

directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

Executed ___3/8/2019___
(Date)

_Joseph C Noto, Pres_
(Signature)

_Joseph C. Noto, Pres_
(Type or Print Name)

**22nd Century Group, Inc. (XXII)**                                                                        **Garden State Tire Corp**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 12/20/2017 | Purchase | 5,000 | $2.4770 |
| Common Stock | 1/18/2018 | Purchase | 2,500 | $3.5785 |
| Common Stock | 1/16/2018 | Purchase | 2,500 | $1.0000 |
| | | | | |
| XXII Jan 19 2018 $1.00 Call | 6/27/2017 | Purchase | 25 | $0.9800 |
| XXII Jan 18 2019 $1.00 Call | 1/18/2018 | Purchase | 25 | $2.7000 |

## SWORN CERTIFICATION OF PLAINTIFF

22nd Century Group, Inc., **SECURITIES LITIGATION**

I, Stephens Johnson, certify:

1. I have reviewed the complaint and authorized its filing and/or adopted its allegations.

2. I did not purchase 22nd Century Group, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in 22nd Century Group, Inc., during the class period set forth in the Complaint are as follows:

    See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

    ___ Check here if you are a current employee or former employee of the defendant Company.

    I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: 3/7/2019

_____
(Please Sign Your Name Above)

REDACTED

**22nd Century Group, Inc. (XXII)**                                                                      **Johnson, Stephens**

### List of Purchases and Sales

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 3,000 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8799 |
| Common Stock | 1/19/2018 | Purchase | 200 | $3.8799 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8799 |
| Common Stock | 1/19/2018 | Purchase | 15 | $3.8799 |
| Common Stock | 1/19/2018 | Purchase | 25 | $3.8799 |
| Common Stock | 1/19/2018 | Purchase | 65 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 1,100 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 2,295 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8750 |
| Common Stock | 1/19/2018 | Purchase | 400 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 200 | $3.8800 |
| Common Stock | 1/19/2018 | Purchase | 100 | $3.8800 |
| Common Stock | 1/23/2018 | Purchase | 298 | $3.9950 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9700 |
| Common Stock | 1/23/2018 | Purchase | 1,000 | $3.9990 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9700 |
| Common Stock | 1/23/2018 | Purchase | 700 | $3.9990 |
| Common Stock | 1/23/2018 | Purchase | 300 | $3.9990 |
| Common Stock | 1/23/2018 | Purchase | 300 | $3.9999 |
| Common Stock | 1/23/2018 | Purchase | 2,102 | $3.9999 |
| Common Stock | 1/23/2018 | Purchase | 3,000 | $4.1800 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9950 |
| Common Stock | 1/23/2018 | Purchase | 1,600 | $3.9700 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9950 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9700 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9950 |
| Common Stock | 1/23/2018 | Purchase | 100 | $3.9700 |
| Common Stock | 2/5/2018 | Purchase | 3,287 | $2.6100 |
| Common Stock | 2/5/2018 | Purchase | 306 | $2.6100 |
| Common Stock | 2/5/2018 | Purchase | 26 | $2.6100 |
| Common Stock | 2/5/2018 | Purchase | 1,381 | $2.6100 |
| Common Stock | 2/7/2018 | Purchase | 2,500 | $2.7600 |
| Common Stock | 2/20/2018 | Purchase | 600 | $2.9100 |
| Common Stock | 2/20/2018 | Purchase | 100 | $2.9100 |
| Common Stock | 2/20/2018 | Purchase | 200 | $2.9100 |
| Common Stock | 2/20/2018 | Purchase | 100 | $2.9100 |
| Common Stock | 2/20/2018 | Purchase | 100 | $2.9100 |
| Common Stock | 2/20/2018 | Purchase | 100 | $2.9100 |
| Common Stock | 2/21/2018 | Purchase | 31 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 100 | $2.7500 |
| Common Stock | 2/21/2018 | Purchase | 369 | $2.7500 |
| Common Stock | 2/22/2018 | Purchase | 2,000 | $2.6973 |
| Common Stock | 2/23/2018 | Purchase | 3,000 | $2.6690 |
| Common Stock | 2/26/2018 | Purchase | 3,000 | $2.6690 |
| Common Stock | 7/6/2018 | Purchase | 3,000 | $2.9000 |
| Common Stock | 7/6/2018 | Purchase | 1,000 | $2.8099 |
| Common Stock | 7/6/2018 | Purchase | 1,000 | $2.8050 |
| Common Stock | 10/25/2018 | Purchase | 3,000 | $2.4197 |
| Common Stock | 1/19/2018 | Sale | 2,444 | $3.8800 |
| Common Stock | 1/19/2018 | Sale | 283 | $3.8800 |
| Common Stock | 1/22/2018 | Sale | 5,273 | $3.9500 |

**22nd Century Group, Inc. (XXII)**                                                                                                **Johnson, Stephens**

**List of Purchases and Sales**

| Security Description | Date | Purchase or Sale | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | 9/27/2018 | Sale | 1,911 | $2.8701 |
| Common Stock | 9/27/2018 | Sale | 89 | $2.8700 |
| Common Stock | 10/9/2018 | Sale | 2,000 | $3.0801 |
| Common Stock | 10/9/2018 | Sale | 2,500 | $3.1901 |
| Common Stock | 10/9/2018 | Sale | 176 | $3.2508 |
| Common Stock | 10/9/2018 | Sale | 3,324 | $3.2501 |