# EXHIBIT C

**22nd Century Group, Inc. (XXII)**
**Class Period: February 18,2016  to October 25, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Description | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day* Mean Price $2.6186 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Noto, Joseph** | | | | | | | | | | | | |
| Account 1 | XXII Jan 18 2019 $1.0 Call | 1/8/2018 | 50 | $2.6000 | ($13,000) | 1/16/2018 | (125) | Exercised | $0 | | | |
| Account 1 | XXII Jan 18 2019 $1.0 Call | 1/23/2018 | 30 | $3.1100 | ($9,330) | 1/18/2019 | (50) | Expired | $0 | | | |
| Account 1 | XII Jan 19 2018 $1.0 Call | 9/18/2017 | 125 | $2.2000 | ($27,500) | 1/18/2019 | (30) | Expired | $0 | | | |
| **Account 1** | **Options** | | **205** | | **($49,830)** | | **(205)** | | **$0** | **80** | | **($49,830)** |
| | | | | | | | | | | | | |
| Account 1 | Common Stock | 1/31/2017 | 2,100 | $0.9489 | ($1,993) | 6/6/2017 | (1,200) | $1.6367 | $1,964 | | | |
| Account 1 | Common Stock | 4/19/2017 | 750 | $1.3336 | ($1,000) | 6/21/2017 | (500) | $1.8050 | $903 | | | |
| Account 1 | Common Stock | 4/20/2017 | 750 | $1.3250 | ($994) | | | | | | | |
| Account 1 | Common Stock | 1/16/2018 | 12,500 | $1.0000 | ($12,500) | | | | | | | |
| **Account 1** | **Common Stock** | | **16,100** | | **($16,487)** | | **(1,700)** | | **$2,867** | **14,400** | **$37,708** | **$24,088** |
| | | | | | | | | | | | | |
| **Account 1** | | | | | **($66,317)** | | | | **$2,867** | **14,400** | **$37,708** | **($25,742)** |
| | | | | | | | | | | | | |
| **Account 2** | **Common Stock** | **4/16/2018** | **1,000** | **$1.0000** | **($1,000)** | | | | | **1,000** | **$2,619** | **$1,619** |
| | | | | | | | | | | | | |
| **Noto, Joseph** | | | **16,100** | | **($67,317)** | | **(1,700)** | | **$2,867** | **15,400** | | **($24,123)** |
| | | | | | | | | | | | | |
| Garden State Tire Corp | Common Stock | 12/20/2017 | 5,000 | $2.4770 | ($12,385) | | | | | | | |
| Garden State Tire Corp | Common Stock | 1/18/2018 | 2,500 | $3.5785 | ($8,946) | | | | | | | |
| Garden State Tire Corp | Common Stock | 1/16/2018 | 2,500 | $1.0000 | ($2,500) | | | | | | | |
| **Garden State Tire Corp** | **Common Stock** | | **10,000** | | **($23,831)** | | | | | **10,000** | **$26,186** | **$2,355** |
| | | | | | | | | | | | | |
| Garden State Tire Corp | XXII Jan 19 2018 $1.00 Call | 6/27/2017 | 25 | $0.9800 | ($2,450) | 1/16/2018 | (25) | Excercised | $0 | | | |
| Garden State Tire Corp | XXII Jan 18 2019 $1.00 Call | 1/18/2018 | 25 | $2.7000 | ($6,750) | | | | | | | |
| **Garden State Tire Corp** | **Options** | | **50** | | **($9,200)** | | **(25)** | | **$0** | **25** | | **($9,200)** |
| | | | | | | | | | | | | |
| **Garden State Tire Corp** | | | | | **($33,031)** | | | | **$0** | | | **($6,845)** |
| | | | | | | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8800 | ($388) | 1/19/2018 | (2,444) | $3.8800 | $9,483 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 3,000 | $3.8800 | ($11,640) | 1/19/2018 | (283) | $3.8800 | $1,098 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8799 | ($388) | 1/22/2018 | (5,273) | $3.9500 | $20,828 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 200 | $3.8799 | ($776) | 9/27/2018 | (1,911) | $2.8701 | $5,485 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8799 | ($388) | 9/27/2018 | (89) | $2.8700 | $255 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 15 | $3.8799 | ($58) | 10/9/2018 | (2,000) | $3.0801 | $6,160 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 25 | $3.8799 | ($97) | 10/9/2018 | (2,500) | $3.1901 | $7,975 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 65 | $3.8800 | ($252) | 10/9/2018 | (176) | $3.2508 | $572 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 1,100 | $3.8800 | ($4,268) | 10/9/2018 | (3,324) | $3.2501 | $10,803 | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 2,295 | $3.8800 | ($8,905) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8750 | ($388) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 400 | $3.8800 | ($1,552) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8800 | ($388) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8800 | ($388) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 200 | $3.8800 | ($776) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/19/2018 | 100 | $3.8800 | ($388) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 298 | $3.9950 | ($1,191) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9700 | ($397) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 1,000 | $3.9990 | ($3,999) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9700 | ($397) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 700 | $3.9990 | ($2,799) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 300 | $3.9990 | ($1,200) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 300 | $3.9999 | ($1,200) | | | | | | | |
| Johnson, Stephens | Common Stock | 1/23/2018 | 2,102 | $3.9999 | ($8,408) | | | | | | | |

*Average Closing Prices from October 26 2018 to January 23 2019

**22nd Century Group, Inc. (XXII)**
**Class Period: February 18,2016  to October 25, 2018**
**(Includes 90-Day Sales @ Statutory Pricing)**

|  |  |  |  |  |  |  |  |  |  | 90-Day* Mean Price $2.6186 |  |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Plaintiff** | **Security Description** | **Purchase Date** | **Shares** | **Price** | **Amount** | **Sales Date** | **Shares** | **Price** | **Amount** | **Shares Retained** | **Estimated Value** | **Estimated Gain(Loss)** |
| Johnson, Stephens | Common Stock | 1/23/2018 | 3,000 | $4.1800 | ($12,540) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9950 | ($400) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 1,600 | $3.9700 | ($6,352) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9950 | ($400) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9700 | ($397) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9950 | ($400) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 1/23/2018 | 100 | $3.9700 | ($397) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/5/2018 | 3,287 | $2.6100 | ($8,579) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/5/2018 | 306 | $2.6100 | ($799) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/5/2018 | 26 | $2.6100 | ($68) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/5/2018 | 1,381 | $2.6100 | ($3,604) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/7/2018 | 2,500 | $2.7600 | ($6,900) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 600 | $2.9100 | ($1,746) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 100 | $2.9100 | ($291) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 200 | $2.9100 | ($582) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 100 | $2.9100 | ($291) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 100 | $2.9100 | ($291) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/20/2018 | 100 | $2.9100 | ($291) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 31 | $2.7500 | ($85) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 100 | $2.7500 | ($275) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/21/2018 | 369 | $2.7500 | ($1,015) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/22/2018 | 2,000 | $2.6973 | ($5,395) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/23/2018 | 3,000 | $2.6690 | ($8,007) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 2/26/2018 | 3,000 | $2.6690 | ($8,007) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 7/6/2018 | 3,000 | $2.9000 | ($8,700) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 7/6/2018 | 1,000 | $2.8099 | ($2,810) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 7/6/2018 | 1,000 | $2.8050 | ($2,805) |  |  |  |  |  |  |  |
| Johnson, Stephens | Common Stock | 10/25/2018 | 3,000 | $2.4197 | ($7,259) |  |  |  |  |  |  |  |
| **Johnson, Stephens** | **Common Stock** |  | **44,000** |  | **($141,514)** |  | **(18,000)** |  | **$62,660** | **26,000** | **$68,085** | **($10,769)** |
| Summary |  |  |  |  |  |  |  |  |  |  |  |  |
| Noto, Joseph |  |  | 16,100 |  | ($67,317) |  | (1,700) |  | $2,867 | 15,400 |  | ($24,123) |
| Garden State Tire Corp |  |  | 0 |  | ($33,031) |  | 0 |  | $0 | 0 |  | ($6,845) |
| Johnson, Stephens |  |  | 44,000 |  | ($141,514) |  | (18,000) |  | $62,660 | 26,000 |  | ($10,769) |
| **Total** |  |  | **60,100** |  | **($241,862)** |  | **(19,700)** |  | **$65,527** | **41,400** |  | **($41,737)** |

*Average Closing Prices from October 26 2018 to January 23 2019