**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*[Proposed] Lead Counsel for Movant and Class*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW BULL, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, AND JOHN T. BRODFUEHRER,<br><br>    Defendants | **CASE No.: 1:19-cv-00409-NGG-ST**<br><br>**NOTICE OF WITHDRAWAL OF MOTION OF JOSEPH BERTERMAN TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT LEAD PLAINTIFF; AND (3) APPROVE LEAD PLAINTIFF'S SELECTION OF COUNSEL (DKT. NO. 7)**<br><br>**CLASS ACTION** |
| IAN FITCH, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER,<br><br>    Defendants. | **CASE No.: 2:19-cv-00553-SJF-AYS**<br><br>**CLASS ACTION** |

1

Lead Plaintiff Movant Joseph Berterman ("Movant") hereby withdraws his Motion to: (1) Consolidate Related Actions; (2) Appoint Lead Plaintiff; and (3) Approve Lead Plaintiff's Selection of Counsel (Dkt. No. 7). Having reviewed the competing motion filed in the action, Movant does not appear to have the largest financial interest.

This withdrawal shall have no impact on Movant's membership in the proposed class, Movant's right to share in any recovery obtained for the benefit of class members, and Movant's ability to serve as a representative party should the need arise.

Dated: March 29, 2019                        Respectfully submitted,

                                             **THE ROSEN LAW FIRM, P.A.**

                                             /s/ Phillip Kim
                                             Phillip Kim, Esq. (PK 9384)
                                             Laurence M. Rosen, Esq. (LR 5733)
                                             275 Madison Avenue, 34th Floor
                                             New York, New York 10016
                                             Telephone: (212) 686-1060
                                             Fax: (212) 202-3827
                                             Email: pkim@rosenlegal.com
                                             Email: lrosen@rosenlegal.com

                                             *[Proposed] Lead Counsel for Movant and Class*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/Phillip Kim

\