UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MATTHEW BULL, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO III, and JOHN T. BRODFUEHRER,<br><br>Defendants. | No.: 1:19-cv-00409-NGG-ST<br><br>NOTICE OF SUBMISSION OF AMENDED [PROPOSED] ORDER |

On July 29, 2019, the Court entered an Order directing Joseph Noto, Garden State Tire Corp., and Stephens Johnson (collectively, the "22nd Century Investor Group") "to file an amended proposed order appointing the 22nd Century Investor Group as Lead Plaintiff and approving its selection of Pomerantz LLP as Lead Counsel by no later than Thursday, August 1, 2019 at 5:00 p.m." Submitted herewith for the Court's consideration is an amended Proposed Order to that effect.

Dated:   July 30, 2019

Respectfully submitted,

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
J. Alexander Hood II
Jonathan Lindenfeld
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com

1

ahood@pomlaw.com
jlindenfeld@pomlaw.com

*Counsel for Joseph Noto, Garden State Tire Corp., and Stephens Johnson and Proposed Lead Counsel for the Class*