## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

MATTHEW BULL, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

    vs.

22ND CENTURY GROUP, INC., HENRY SICIGNANO, III, and JOHN T. BRODFUEHRER,

        Defendants,

Case No. 1:19-cv-00409-NGG-ST

## JOINT STIPULATION AND [PROPOSED] ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK AND TOLLING THE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

**WHEREAS**, on January 21, 2019, Plaintiff Matthew Bull filed a putative securities class action, captioned *Bull v. 22nd Century Group, et al*., in the United States District Court for the Eastern District of New York (the "Securities Class Action") against defendants Henry Sicignano, III, John T. Brodfuehrer, and 22nd Century Group, Inc. (collectively, the "Defendants");

**WHEREAS,** on July 31, 2019, this Court appointed the 22nd Century Investor Group as Lead Plaintiffs ("Lead Plaintiffs") in the Securities Class Action;

**WHEREAS**, Lead Plaintiffs and Defendants (collectively, the "Parties") agree that, because the Defendants are located in the Western District of New York, for the convenience of Defendants and the witnesses, the Securities Class Action should be transferred to the United States District Court for the Western District of New York;

**WHEREAS**, transfer is proper under 28 U.S.C. § 1404(a), which states: "For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any

{00338672;1 }

civil action to any other district . . . where it might have been brought or to any district . . . to which all parties have consented."

**WHEREAS**, two related shareholder derivative actions, *Klein v. Sicignano, III, et al.*, Case. No. 1:19-cv-00513-LJV and *Mathew v. Sicignano, III, et al.*, Case No. 1:19-cv-00479-EAW, are currently stayed and consolidated in the Western District of New York while the Securities Class Action proceeds;

**WHEREAS**, the parties in these related shareholder derivative actions have filed a joint application to assign the consolidated derivative actions to Judge Lawrence Vilardo (to whom the *Klein* derivative action was originally assigned) in the Western District of New York courthouse in Buffalo, New York;

**WHEREAS**, the Parties therefore respectfully submit that transfer of the Securities Class Action to the Western District of New York is appropriate;

**WHEREAS**, on June 4, 2019 the Court entered an Order directing counsel for Defendants to file a motion proposing a firm date to respond to the complaint after the Court decided the Motion to Appoint Lead Counsel and Lead Plaintiff;

**WHEREAS**, Lead Plaintiffs intend to file an Amended Complaint and Defendants intend to file a motion to dismiss the Amended Complaint;

**WHEREAS**, the Parties intend to file a proposed schedule setting dates for the filing of the Amended Complaint and the filing and briefing of a Motion to Dismiss;

**WHEREAS**, so as not to inconvenience this Court or waste judicial resources should the Court transfer this case to the Western District, the Parties propose to file their proposed schedule after the instant transfer application has been decided;

{00338672;1 }                                                2

**WHEREAS**, the Parties request that the Court toll any time by which the Defendants must respond to the current complaint until such time as a briefing schedule is entered in this action.;

**NOW THEREFORE**, the parties, through their undersigned counsel, hereby agree, stipulate, and respectfully request that the Court enter an Order as follows:

1.      The Securities Class Action is, by consent of the parties, transferred to the United States District Court for the Western District of New York; and

2.      This Stipulation is without prejudice to any and all defenses Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Lead Plaintiffs may assert.

3.      The time for Defendants to respond to the complaint is tolled until such time as an order is entered in this action setting a schedule for the filing of an amended complaint and the filing and briefing of a motion to dismiss.

Dated: September 3, 2019                    Respectfully submitted,

**POMERANTZ LLP**

/s/ Brian Calandra
Brian Calandra
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (646) 581-9958
Facsimile: (917) 463-1044
Email: bcalandra@pomlaw.com
*Lead Counsel for Plaintiffs*

Dated: September 3, 2019

**FOLEY & LARDNER LLP**

/s/ Jonathan H. Friedman
Jonathan H. Friedman
90 Park Avenue
New York, NY 10016
Telephone: 212-338-3416
Facsimile: 212-687-2329
Email: jfriedman@foley.com
*Counsel for Defendants*

IT IS SO ORDERED this _____ day of _____, 2019.

_____

U.S. District Court Judge

{00338672;1 }                    4