CLOSED,TransferredOutCase–DoNotDocket

## U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:19–cv–00409–NGG–ST

Bull v. 22nd Century Group, Inc. et al
Assigned to: Judge Nicholas G. Garaufis
Referred to: Magistrate Judge Steven Tiscione
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 01/21/2019
Date Terminated: 09/16/2019
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Movant**

**Joseph Berterman**

represented by **Phillip Kim**
Rosen Law Firm, P.A. P.C.
275 Madison Avenue
Suite 3400
New York, NY 10116
212–686–1060
Fax: 212–202–3827
Email: pkim@rosenlegal.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Joseph Noto**

represented by **Jeremy Alan Lieberman**
Pomerantz LLP
600 Third Avenue
New York, NY 10016
212–661–1100
Fax: 212–661–8665
Email: jalieberman@pomlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
Pomerantz LLP
600 Third Avenue
Ste 20th Floor
New York, NY 10016
212–661–1100
Email: bcalandra@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Garth Avery Spencer**
Glancy Prongay & Murray LLP
230 Park Avenue, Suite 530
New York, NY 10169
646–455–1657
Fax: 212–884–0988
Email: gspencer@glancylaw.com
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood**

Pomerantz LLP
600 Third Avenue
20th Floor
New York, NY 10016
212−661−1100
Fax: 212−661−8665
Email: ahood@pomlaw.com
*ATTORNEY TO BE NOTICED*

**Movant**

**Garden State Tire Corp.**                    represented by   **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garth Avery Spencer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Stephens Johnson**                    represented by   **Jeremy Alan Lieberman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Brian Calandra**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Garth Avery Spencer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**J. Alexander Hood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Matthew Bull**                    represented by   **Phillip Kim**
*individually and on behalf of all others*                    (See above for address)
*similarly situated*                    *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**22nd Century Group, Inc.**                    represented by   **Jonathan Hale Friedman**
Foley & Lardner
90 Park Avenue
New York, NY 10016
212−682−7474
Fax: 212−687−2329
Email: jfriedman@foley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Henry Sicignano III**                    represented by   **Jonathan Hale Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John T. Brodfuehrer**                    represented by   **Jonathan Hale Friedman**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/21/2019 | Ï 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC−11122111 Was the Disclosure Statement on Civil Cover Sheet completed −YES,, filed by Matthew Bull. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons) (Kim, Phillip) (Entered: 01/21/2019) |
| 01/21/2019 | Ï | Case assigned to Judge Nicholas G. Garaufis and Magistrate Judge Steven Tiscione. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 01/22/2019) |
| 01/21/2019 | Ï 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) (Entered: 01/22/2019) |
| 01/22/2019 | Ï 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 01/22/2019) |
| 01/31/2019 | Ï 4 | Notice of Related Case indicated on the civil cover sheet in case number 19cv553. (Rodin, Deanna) (Entered: 01/31/2019) |
| 02/08/2019 | Ï 5 | Notice of Related Case indicated on the Civil Cover Sheet in Case No. 2:19−cv−00748. (Flanagan, Doreen) (Entered: 02/08/2019) |
| 03/22/2019 | Ï 6 | SCHEDULING ORDER: An in−person initial conference will be held at 10:00 a.m. on May 22, 2019 in Hearing Room N504 in the North Wing. All counsel must attend. Counsel are directed to complete the attached Discovery Plan Worksheet and electronically file same with the Court no later |

| | | than May 20th. So Ordered by Magistrate Judge Steven Tiscione on 3/22/2019. (Vasquez, Lea) (Entered: 03/22/2019) |
|---|---|---|
| 03/22/2019 | Ï 7 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and Lead Plaintiff* by Joseph Berterman. (Attachments: # 1 Proposed Order) (Kim, Phillip) (Entered: 03/22/2019) |
| 03/22/2019 | Ï 8 | MEMORANDUM in Support re 7 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff* filed by Joseph Berterman. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Kim, Phillip) (Entered: 03/22/2019) |
| 03/25/2019 | Ï 9 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* by Joseph Noto, Garden State Tire Corp., Stephens Johnson. (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) (Entered: 03/25/2019) |
| 03/25/2019 | Ï 10 | MEMORANDUM in Support re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Lieberman, Jeremy) (Entered: 03/25/2019) |
| 03/25/2019 | Ï 11 | AFFIDAVIT/DECLARATION in Support re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Attachments: # 1 Exhibit A – Press Release, # 2 Exhibit B – Certifications, # 3 Exhibit C – Loss Chart, # 4 Exhibit D – Firm Resume) (Lieberman, Jeremy) (Entered: 03/25/2019) |
| 03/25/2019 | Ï 12 | Letter *re: clerical error of filing* by Garden State Tire Corp., Stephens Johnson, Joseph Noto (Lieberman, Jeremy) (Entered: 03/25/2019) |
| 03/25/2019 | Ï 13 | NOTICE of Appearance by J. Alexander Hood on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Hood, J. Alexander) (Entered: 03/25/2019) |
| 03/29/2019 | Ï 14 | NOTICE by Joseph Berterman re 7 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff (Notice of Withdrawal of Motion)* (Kim, Phillip) (Entered: 03/29/2019) |
| 05/13/2019 | Ï 15 | NOTICE of Appearance by Garth Avery Spencer on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Spencer, Garth) (Entered: 05/13/2019) |
| 05/16/2019 | Ï 16 | MOTION to Adjourn Conference by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Lieberman, Jeremy) (Entered: 05/16/2019) |
| 05/16/2019 | Ï | ORDER granting 16 Motion to Adjourn Conference: The initial conference scheduled for May 22nd before the undersigned is adjourned without date. So Ordered by Magistrate Judge Steven Tiscione on 5/16/2019. (Vasquez, Lea) (Entered: 05/16/2019) |
| 06/04/2019 | Ï 17 | Letter MOTION for Extension of Time to File Answer *or Response to Complaint* by 22nd Century Group, Inc., John T. Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) (Entered: 06/04/2019) |
| 06/04/2019 | Ï 18 | NOTICE of Appearance by Jonathan Hale Friedman on behalf of All Defendants (notification declined or already on case) (Friedman, Jonathan) (Entered: 06/04/2019) |
| 06/04/2019 | Ï | ORDER granting 17 Motion for Extension of Time to Answer. Once the MOTION to Consolidate Cases, MOTION to Appoint Counsel and Lead Plaintiff have been decided, counsel for Defendants shall file a motion proposing a firm date by which to respond to the complaint. So Ordered by Magistrate Judge Steven Tiscione on 6/4/2019. (Vasquez, Lea) (Entered: 06/04/2019) |
| 06/05/2019 | Ï 19 | |

| | | |
|---|---|---|
| | | NOTICE of Appearance by Brian Calandra on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Calandra, Brian) (Entered: 06/05/2019) |
| 07/25/2019 | Ï | ORDER: The court understands that Plaintiff has voluntarily dismissed the related case (No. 19−cv−553). In light of that dismissal, Plaintiff is directed to advise the court whether Plaintiff's 9 Motion to Consolidate is moot. Ordered by Judge Nicholas G. Garaufis on 7/25/2019. (Strohmeier, Seguin) (Entered: 07/25/2019) |
| 07/29/2019 | Ï 20 | Letter by Garden State Tire Corp., Stephens Johnson, Joseph Noto (Lieberman, Jeremy) (Entered: 07/29/2019) |
| 07/30/2019 | Ï | ORDER: In light of the 20 Letter submitted by Plaintiffs Joseph Noto, Garden State Tire Corp., and Stephens Johnson (the "22nd Century Investor Group"), the 22nd Century Investor Group is DIRECTED to file an amended proposed order appointing the 22nd Century Investor Group as Lead Plaintiff and approving its selection of Pomerantz LLP as Lead Counsel by no later than Thursday, August 1, 2019 at 5:00 p.m. Ordered by Judge Nicholas G. Garaufis on 7/30/2019. (Strohmeier, Seguin) (Entered: 07/30/2019) |
| 07/30/2019 | Ï 21 | NOTICE by Garden State Tire Corp., Stephens Johnson, Joseph Noto re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL NOTICE OF SUBMISSION OF AMENDED [PROPOSED] ORDER* (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) (Entered: 07/30/2019) |
| 08/01/2019 | Ï 22 | ORDER Appointing Lead Plaintiff and Approving Selection of Counsel. So Ordered by Judge Nicholas G. Garaufis on 7/31/2019. (Lee, Tiffeny) (Entered: 08/01/2019) |
| 09/03/2019 | Ï 23 | Joint MOTION to Change Venue *to Western District of New York* by 22nd Century Group, Inc., John T. Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) (Entered: 09/03/2019) |
| 09/06/2019 | Ï 24 | Joint Stipulation and Order Transferring Case to the Western District of New York and Tolling Time for Defendants to Respond to the Complaint. So Ordered by Judge Nicholas G. Garaufis on 9/4/2019. (Please Note: As per Local Civil Rule 83.1., In a case ordered transferred from this District, the Clerk, unless otherwise ordered, shall upon the expiration of seven (7) days effectuate the transfer of the case to the transferee court.) (Lee, Tiffeny) (Entered: 09/06/2019) |
| 09/16/2019 | Ï | Case transferred to Western District of New York. Original file, certified copy of transfer order, and docket sheet sent via CM/ECF **ALL FILINGS ARE TO BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Lee, Tiffeny) (Entered: 09/16/2019) |