October 7, 2019

**VIA ECF**
Hon. Elizabeth A. Wolford
Western District of New York
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:     *Bull v. 22nd Century Group, Inc. et al.*, 19-cv-01285-EAW;
        Joint Application for Approval of Proposed Schedule

Dear Judge Wolford:

We are counsel to defendants 22nd Century Group, Inc., Henry Sicignano III, and John T. Brodfuehrer (collectively, "Defendants") and Lead Plaintiffs in the above-referenced matter, a putative class action. We write in response to the Court's Order [ECF No. 27] directing counsel to explain why they requested extended deadlines for the filing of the amended complaint and the motion to dismiss the same.

On October 1, 2019, Lead Plaintiffs and Defendants filed a Stipulation and Proposed Scheduling Order [ECF No. 26] proposing that: (a) Lead Plaintiffs file the Amended Complaint on or before November 19, 2019; (b) Defendants' file their answer, motion to dismiss, or other response to the Amended Complaint on or before January 29, 2020; (c) Lead Plaintiffs file any opposition to such a motion on or before March 30, 2020, and (d) Defendants file any reply thereto on or before April 29, 2020. The parties agree that this schedule, although more extended than the timeline for most cases, is appropriate here given the nature of the case (a securities class action), the anticipated length and detail of the Amended Complaint, and the Parties' agreement that this timeline is appropriate.

More specifically, Lead Plaintiffs respectfully request that this Court set a deadline for their Amended Complaint of November 19, 2019, approximately 60 days from the day the case was transferred to the Western District of New York on September 20, 2019, so that Lead Plaintiffs may complete their review of all of Defendants' SEC filings and public statements during the 30 month class period. In addition, Lead Plaintiffs request 60 days to give them time to substantiate the allegations underlying their claims, which stem from postings on the investor website Seeking Alpha (www.seekingalpha.com). Lead Plaintiffs read the postings as alleging a wide range of conduct by Defendants that may be relevant to the claims in the Amended Complaint. Sixty days will enable Plaintiffs to complete their investigation and draft a concise, focused complaint.

Likewise, Defendants anticipate that Lead Plaintiffs' Amended Complaint will contain a wide range of factual allegations. The Amended Complaint is likely to vary significantly from the previously-filed Complaint – based on, among other factors, the substantial time required for due

October 7, 2019
Page 2

diligence and the new Lead Plaintiffs. Complaints in securities class actions such as the present case often exceed 100 pages, and Defendants will need time to investigate these allegations and the legal grounds for such claims, if any. The period for Defendants to respond to the Amended Complaint also coincides with federal holidays in November, December, and January. The proposed time to respond to the Amended Complaint is equitable given the length of time that Plaintiffs have had to prepare their Amended Complaint and will help Defendants file a focused response.

Lead Plaintiffs further request that the Court set the deadline for their Opposition to Defendants' expected motion to dismiss the Amended Complaint of March 30, 2020, approximately 60 days from submission of Defendants' motion, because Lead Plaintiffs anticipate needing to respond to arguments concerning a number of alleged misrepresentations and omissions, as well as address arguments concerning scienter from the corporate defendant and the individual defendants. In addition, a deadline of March 30, 2020 will give Lead Plaintiffs an equitable amount of time to respond to Defendants' motion to dismiss that as Defendants used to create their motion, which will allow Lead Plaintiffs to submit a focused opposition that narrows the issues before the Court to make judicial review more efficient.

Respectfully submitted,

*/s/ Brian Calandra*
Brain Calandra
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone (646) 581-9958
*Attorneys for Lead Plaintiffs*

*/s/ Jonathan H. Friedman*
Jonathan H. Friedman, Esq.
Foley & Lardner LLP
90 Park Avenue
New York, NY 10016
Tel: 212-682-7474
*Attorneys for Defendants*