**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MATTHEW BULL, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III, and JOHN T. BRODFUEHRER,<br><br>    Defendants, | Case No. 1:19-cv-01285-JLS<br><br>**ORAL ARGUMENT REQUESTED** |

**DECLARATION OF JONATHAN H. FRIEDMAN IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Jonathan H. Friedman, hereby declare:

1. I am an attorney with the law firm Foley & Lardner LLP, counsel for Defendants 22nd Century Group, Inc. ("22nd Century"), Henry Sicignano, III, and John T. Brodfuehrer. I respectfully submit this declaration in support of Defendants' motion to dismiss. Specifically, I submit this declaration to place before the Court certain documents that are referenced in the Complaint or are of public record.

2. Attached hereto are true and correct copies of the following documents:

 a. Exhibit 1 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the first quarter of 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

 b. Exhibit 2 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the second quarter of 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

c.      Exhibit 3 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the third quarter of 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

d.      Exhibit 4 hereto is a true and correct copy of the portion of the article titled "Getting To The Details at 22nd Century Group, Inc." that is visible on the *Seeking Alpha* website (last accessed Jan. 28, 2020), indicating that it was posted at 1:24 p.m. on April 12, 2017. This article is cited in the Complaint at paragraph 167.

e.      Exhibit 5 hereto is a true and correct copy of 22nd Century's stock prices from April 12, 2017 through and including April 13, 2017, obtained from Yahoo Finance on January 28, 2020.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on January 29, 2020 in New York, New York.

Jonathan H. Friedman