# EXHIBIT 4

**Long Ideas** | **Healthcare**

# Getting To The Details At 22nd Century Group, Inc.

Apr. 12, 2017 1:24 PM ET

by: Samuel Rae

## Summary

- Reduced or low nicotine cigarettes are potentially an important part of the future of the tobacco industry.

- That the FDA now controls the industry (effectively) makes for an uncertain regulatory landscape, but one that will likely favor smoking cessation products.

- 22nd Century Group is one of the most prominent names in this area and it's trying to do what Vector Group failed to do with its lead technology.

- It's doing this with a second generation version, meaning there's a chance it will succeed where Vector failed.

- It's a risky allocation, as financing through equity issue is almost an inevitability, but if its Brand A gets a regulatory green light, there's plenty of reward on offer.

The reduced nicotine approach smoking cessation has been the subject of hot debate for the past ten years. If a person smokes cigarettes that have a very low nicotine content, this should theoretically reduce their...

**Continue with Free Trial**

Case 1:19-cv-01386-JLS-MJR   Document #2-4   Filed 09/20120   Page 2 of 2