# EXHIBIT 5

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Premium** 🔒    **Markets**    **Industries**    **Personal Finance**    •••    *Premium - Try it free*



# 22nd Century Group, Inc. (XXII)
NYSE American - NYSE American Delayed Price. Currency in USD

☆ Add to watchlist     👥 Visitors trend   2W ↓   10W ↑   9M ↑

| Quote Lookup |

**1.0500** -0.0100 (-0.94%)     **1.0400** -0.01 (-0.95%)
At close: January 27 4:00PM EST     Pre-Market: 8:15AM EST

Buy     Sell

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials NEW    Analysis    Options    Holders    Sustainability

Time Period: Apr 11, 2017 - Apr 13, 2017 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD          ⤓ Download Data

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Apr 13, 2017 | 1.3000 | 1.3400 | 1.3000 | 1.3300 | 1.3300 | 519,500 |
| Apr 12, 2017 | 1.3500 | 1.3600 | 1.3000 | 1.3100 | 1.3100 | 920,800 |

*Close price adjusted for splits.     **Adjusted close price adjusted for both dividends and splits.

## People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **CARA** Cara Therapeutics, Inc. | 16.11 | +0.06 | +0.37% |
| **TRTC** TERRA TECH CORP | 0.1690 | -0.0123 | -6.76% |
| **KSHB** KUSHCO HOLDINGS INC | 1.8300 | -0.0400 | -2.14% |
| **ZYNE** Zynerba Pharmaceuticals, Inc. | 5.22 | -0.16 | -2.97% |
| **INSY** INSY | | | |

Advertise With Us

Data Disclaimer   Help   Suggestions
Privacy Dashboard
Privacy (Updated)   About Our Ads   Terms (Updated)   Sitemap

🐦 f t

© 2020 Verizon Media. All rights reserved.