**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MATTHEW BULL, Individually, and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> 22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER, <br><br> Defendants. | Civil Action No. 19-cv-01285-JLS |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF LEAD**
**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION**
**TO DEFENDANTS MOTION TO DISMISS PLAINTIFFS'**
**FIRST AMENDED CLASS ACTION COMPLAINT**

I, Brian Calandra, hereby declare:

I am Of Counsel at Pomerantz LLP ("Pomerantz"), and I represent Lead Plaintiffs 22nd Century Investor Group ("Plaintiffs") in this matter.  I respectfully submit this declaration on behalf of Plaintiffs memorandum of law in opposition to defendants' motion to dismiss (ECF No. 35).  Specifically, I submit this declaration to place before the Court certain documents that are referenced in the Amended Complaint (ECF No. 31) in this action

Attached hereto are true and correction copies of the following documents:

1.  Lexicon's 2015 Form 10-K, filed with the SEC on February 18, 2016. A true and correct copy is attached as Exhibit 1.

1

2.  An article entitled "22nd Century — Cutting Through the Smoke and Hype — 75% Downside," which was published by the user "Fuzzy Panda" on the website Seeking Alpha on February 2, 2018.  A true and correct copy is attached as Exhibit 2.

3.  An article entitled "22nd Century Group — FOIAs Reveal Suspected Undisclosed SEC Investigation," which was published by the user "Fuzzy Panda" on the website Seeking Alpha on October 25, 2018.  A true and correct copy is attached as Exhibit 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on March 30, 2020, at New York, New York.

*/s/ Brian Calandra*
Brian Calandra
