# EXHIBIT 2

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 2 of 47

Seeking Alpha$^{\alpha}$

**Short Ideas  |  Healthcare  |  Editors' Picks**

# 22nd Century - Cutting Through The Smoke And Hype - 75% Downside

Feb. 2, 2018 12:00 PM ET131 comments  | 1 Like
by: Fuzzy Panda

## Summary

- Reverse merger into mining shell; headquarters is located at a dentist office.

- Negative gross margins - so revenue growth equals increased losses.

- Rampant paid stock promotion (including free stock for buying cartons of cigarettes).

- "Technology" viewed as worthless by Major Tobacco + all companies, but XXII has a low nicotine product. Low nicotine tobacco has been around since the 1930s!

- Sea of red flags + consistent exaggeration about technology.

*The author holds a short position in 22nd Century Group (NYSEMKT:XXII).*

| | | |
|---|---|---|
| **XXII Share Price** | $ | 3.40 |
| **Market Cap** | $ | 461,613,570 |
| **P/Sales** | | 33.0x |
| **P/E** | | N/A |
| **Fair Value Per Share** | $ | 0.82 |
| **Downside to Current Price** | | -76% |
| 20 day Avg Volume (million shares) | | 5.95 |
| **Avg Liquidity ($ per day)** | $ | 20,230,000 |

Shares Outstanding including warrants 135,768,697
Source - XXII SEC Filings (Recent 10-K & 10-Q), Bloomberg

22nd Century is a negative gross margin business operated out of a dentist office that went public via a reverse merger. It is now pushed by bankers tied to numerous stock promotions and is audited by a firm better associated with nanocaps. Most of XXII's +200% stock performance (from 170 million to 460 million market cap) since the July 28th FDA announcement on lowering nicotine standards is attributable to the rampant press releases (42 in 2017) and paid stock promotion hyping commoditized technology that sophisticated industry partners have deemed worthless and walked away from. With a long history of previous hyped product failures, we believe XXII has 75% downside to where it currently trades. Our valuation is mostly attributable to cash on the balance sheet

which we believe will be squandered by a management team reported for "corporate governance concerns" by the recently departed CEO (himself the recipient of SEC and FTC sanctions).

The company has spun the narrative that *"22nd Century is the only company in the world capable of growing tobacco with non-addictive levels of nicotine" - (Source). W*e will show you this is far from the truth and prove to you that this is likely nothing more than another paid stock promotion that will crumble under shareholder dilution.

Our analysis of 22nd Century will focus on three realities that you won't find in its press releases.

1. **Dismantling the hype of 22nd Century's "Technology"** -

   - In reality XXII is the only tobacco company that can't publicly market and sell a low nicotine tobacco product in the USA right now.
   - Removing nicotine from tobacco is not new or novel; in fact it was first discovered in the 1930s! Multiple major tobacco companies have 2-5 times more patents than XXII in the low-nicotine space (XXII has <1% of the patents).
   - British American Tobacco (NYSE:BTI) (BAT) put a nail in XXII's coffin by deciding that XXII patent portfolio isn't even worth $3 million!
   - The only two product hopes for XXII have already FAILED: Brand A cigarettes FAILED in December 2016 to get their FDA Modified Risk Tobacco Product (MRTP) designation; and X-22 FAILED phase IIb trials back in 2012. Neither product even currently has new applications/research studies pending.

2. **XXII's Horrible Fundamentals** - Great businesses are not usually reverse mergers of OTC mining companies run out of dentist office that give away free stock with every pack of cigarettes sold - it turns out XXII is not an exception to this rule.

   - NEGATIVE GROSS MARGINS - 22nd Century generates $0.93 of revenue for every $1.00 of product costs…a terrible business model.
   - LESS than 2% of the company's revenue comes from low nicotine tobacco (and that revenue is declining!).
   - Where does the revenue come from then? - 98.5% of revenue from selling the highest nicotine cigarettes in the USA (Red Sun) and third-party normal cigars and cigarettes.
   - Company burning over ~$12 million of cash a year.
   - Huge stock dilution - Share count up by >600%

Case 1:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 4 of 47

### 3. Red Flags Galore - Who is protecting shareholders?

- Founder & Former CEO Joseph Pandolfino charged with share price manipulation by SEC and got an FTC consent order for FALSE advertising.
- Joe, the founder with an SEC and FTC order, accused current management of corporate governance concerns.
- Paid stock promoters involved and company gave away shares when you bought cigarettes.
- Headquarters shared with a local dentist!
- Reverse merger into OTC mining company.
- Insider sales & institutional investors dumping shares and warrants from six months ago.
- Bankers (Chardan), investor relations (IRTH), and auditors (Freed Maxick) all have a very checkered past where investors have gotten fleeced.

## The Technology - Cutting through the 22nd Century Smoke Screen

The bull case that 22nd Century sells to investors that if/when the FDA lowers nicotine standards that only it can produce low nicotine tobacco. This is the false premise touted via paid promotions and press releases at the core of the 200+% run-up (Examples here, here (free login required), and here).

The facts in this article will prove the bull case to be false.

The first nicotine reduction patents were granted in the 1930s! So nicotine reduction is by no means a new technology. Nicotine Free Tobacco was actually created in 1931 by the Austrian government and in 1933 a patent was granted for reducing nicotine content of tobacco to Hall Tobacco Chemical Co.

In fact, researchers have been breeding and growing low-nicotine tobacco since the 1940s! (WD Valleau paper on Breeding Low-Nicotine Tobacco - published 1948). So much for the idea that every tobacco company will be forced to buy from XXII.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 5 of 47

## BREEDING LOW-NICOTINE TOBACCO[1]

By W. D. Valleau

*Plant pathologist, Kentucky Agricultural Experiment Station*

### INTRODUCTION

In 1933 the Kentucky Agricultural Experiment Station received from J. B. Hutson, of the United States Department of Agriculture, then stationed in Germany, seven lots of Havana and Cuba cigar tobacco varieties low to very low in nicotine content. These seeds had been obtained from Dr. Erwin Baur, director of the Kaiser Wilhelm Institute. So far as the writer was aware, there were at that time no varieties of cigarette or pipe tobacco of low nicotine content. It was decided, therefore, to develop a variety or varieties of cigarette tobacco of low nicotine content to meet a possible demand for such a tobacco as a health measure. It was further decided that this variety should carry the recessive color factors of burley because burley is a light-colored tobacco when cured and light color is commonly associated in the mind of the public with mildness.

## Patent Portfolio Evaluation - 22nd Century has Less than 1% of the Patents!

If somehow you still think that low nicotine cigarettes are a novel idea that only XXII can produce, we suggest you check out the Google patent database for "reduced nicotine cigarettes" (search here). **There are 6,366 relevant patents**. The most relevant assignees are RJ Reynolds (5.7% of patents), Philip Morris (NYSE:PM) (2.2%), BAT (1.1%), Duke (1.1%), and finally in a distant fifth is North Carolina State (0.9%) (XXII licenses most of its patents from NCSU).



## So How Much is 22nd Century's Patent Portfolio Worth?

### LESS than $3 MILLION!

Independent major tobacco company British American Tobacco let its partnership with XXII expire when it would only cost $3 million in license fees over the next two years to have exclusivity over the commercialization of XXII's patent portfolio. The smartest tobacco investors in the world just decided that XXII's "tech" is **worth less than a $3m call option**.

> If BAT exercises the option for a worldwide Commercial License, BAT is required to pay us $3.0 million in aggregate annual license fees over a 2-year ramp-up period, and thereafter a royalty, subject to annual minimums and maximums contained in the Commercial License, of (i) $100 per metric ton of licensed tobacco that is supplied to, or grown and ready for shipment to, BAT and its affiliates (other than Reynolds American, Inc. and Reynolds' affiliates) and all other third parties; and (ii) $200 per metric ton of licensed tobacco supplied to, or grown and processed by, BAT's affiliate Reynolds American, Inc. and Reynolds' affiliates.

*(Pg 6 - 2016 10-K)*

### *Why is this important?*

BAT is the perfect insider. It has been a partner with XXII for four years. It should have followed all the progress of the "technology" and patents from a first-hand perspective. It also set four separate major milestones with XXII and so far it has seen ZERO of four milestones be achieved in the four-year period. BAT has firsthand knowledge of all the research studies, insight into the whole technological landscape, regulatory environment, etc. and had already invested $7m into a development partnership with XXII. It probably decided that it wasn't worth throwing good money after bad and that the call option wasn't worth it. This happened after the FDA low-nicotine announcement too.

$3 million would have been a pittance for BAT too. It spent >$170 million on R&D in 2016 alone (along with Reynolds which it recently acquired).

The importance of the BAT deal is shown in the analysis by 22nd Century's sole banker/sell-side analyst at Chardan. Its own analysis valued the BAT potential royalty stream at $1.00 per share. Oops, now that is worth $0.

Independent tobacco industry expert David Sweanor sums up the situation better than we could in this article:

> But it looks like a company (BAT) that understands the tobacco market perhaps better than any other entity on the planet sees little likelihood of, or viability in, measures to force nicotine levels in cigarettes to a non-psychoactive level... **As for 22nd Century, he said, "It sounds more like a groom abandoned at the altar turning to the wedding guests and announcing that this is a great development as he is now available to anyone there looking for a date."**
>
> *- David Sweanor*

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 7 of 47

It's helpful to revisit the promotional press releases from 2013 when the partnership with BAT was first announced to get context. Then the CEO's commentary was:

> This partnership with British American Tobacco, which sells product in approximately 180 countries, represents 22nd Century's **greatest growth milestone to date** and an important step in the development of 22nd Century's next generation tobacco products. **BAT has always been our first choice as a partner**, stated Joseph Pandolfino, 22nd Century's Founder and Chief Executive Officer.

In BAT's words:

> "We have notified (22nd Century) that we will be bringing this agreement to an end as **we believe we have more beneficial options available to us going forward**."

## Evaluating the Technology - Can Anyone Else Make Reduced Tobacco Cigarettes?

**Yes, there are lots of competitors already selling products.**

What 22nd Century management doesn't want you to know is that not only can other competitors make cigarettes that have 0.1mg or less of nicotine, but competitors have actually been doing so since the 1980s!

**In 1984, there were 159 cigarette brands that met that low nicotine standard according to this NY Times article**.

We suggest investors read this article by Dr. Robert Proctor, a Stanford Professor, to better understand FDA's proposal - FDA's new plan to reduce the nicotine in cigarettes to sub-addictive levels could be a game-changer. Essentially it says:

- Eliminating nicotine from tobacco is easy.
- Philip Morris tried to do it in the '80s and '90s but people smoked less.
- Nicotine levels could easily be reduced to 0.1% or 0.2%.
- The FDA proposal while a good one might take a long time to implement, "FDA describes it as a multi-year plan."

In fact, if you want to go out and buy low nicotine cigarettes today. Here is a list of the most popular brands with low tar or nicotine. You'll find a lot of familiar names, but there is one very key one missing - 22nd Century.

- Camel One (0.1mg nicotine - owned by Reynolds American - now BAT)
- Click & Roll by Lucky Strike (0.5mg nicotine - owned BAT)
- Davidoff One (0.1mg nicotine & 1mg tar - Imperial Tobacco (OTCQX:IMBBY))
- Dunhill Fine Cut (0.1mg nicotine & 1mg tar - BAT)
- Marlboro Filter Plus One (0.1mg nicotine & 1mg tar - Altria (NYSE:MO))
- Pall Mall Super Slims Silver 100s (0.1mg nicotine & 1mg tar - R.J. Reynolds)
- Winston White (0.1mg nicotine & 1mg tar - Imperial Tobacco & Japan Tobacco (OTCPK:JAPAY))
- Now 100s (0.05mg nicotine - R.J. Reynolds)
- Cambridge Filters (0.05mg nicotine - Philip Morris)

Why is 22nd Century not on the list? 22nd Century does not even have commercially available low nicotine cigarettes in the US. The only customer for its Spectrum low nicotine cigarettes has been as a sub-contractor for RTI International which in turn has a contract with the government (National Institute on Drug Abuse).

## FAILED Products that 22nd Century is still hyping.

The saddest part is that the two hopes for 22nd Century future revenue are Brand A Cigarettes and X-22, and both have already failed. Brand A's MRTP application was withdrawn after one year with the FDA in December 2016 and X-22 failed Phase II-B clinical trials back in 2012.

### Brand A

Brand A is a low nicotine cigarette with 95% less nicotine than conventional cigarettes.

The hype to investors is the idea that XXII can get Modified Risk Tobacco Product (MRTP) designation. Then somehow that designation (despite having no known brand) will help it gain a significant portion of the tobacco market.

Unfortunately, 22nd Century has already attempted to get a MRTP designation and it failed. The company was forced to withdraw its application (2016 10-K - pg 8):

On December 31, 2015, we submitted to the FDA a Modified Risk Tobacco Product application requesting a reduced exposure marketing authorization from the FDA to market BRAND A as a Modified Risk Cigarette with product labeling and advertising that states that BRAND A has 95% less nicotine than conventional cigarettes. In December 2016, the FDA provided us with helpful and positive feedback on our combined Modified Risk Tobacco Product Applications (MRTPAs) and Premarket Tobacco Product Applications (PMTAs) for our BRAND A Very Low Nicotine tobacco cigarettes. In response to the FDA's requests, and in conjunction with additional clarifying guidance, we withdrew our existing application with the FDA in order to file new MRTPAs and PMTAs for BRAND A that will include additional scientific data and information from already completed clinical studies on our Very Low Nicotine tobacco cigarettes, in addition to smoking cessation research as requested by the FDA. In order to help further expedite the FDA review process, we also intend to bifurcate our application into separate PMTAs and MRTPAs for BRAND A, as PMTAs have shorter review periods.

In fact, 22nd Century currently does not have any MRTP applications under scientific review. See FDA list here.

This week an FDA panel voted against Philip Morris's iQOS system receiving MRTP status (link). This heat not burn system reportedly exposed consumers to lower levels of harmful chemicals, and they did not receive MRTP status. 22nd Century's Brand A cigarettes have just as much tar and cancerogen substance as normal cigarettes, only less nicotine. So if a product that has less chemicals just got denied, does XXII have any chance? We think not. But again this is moot point since it doesn't even have MRTP application under scientific review.

**X-22: (prescription low nicotine cigarettes to stop smoking)**

During the summer, 22nd Century restarted the narrative around its X-22 product (Press Release). The company even highlights the fact that it had a "productive meeting" with the FDA to try to re-ignite investors' hopes. What it conveniently omitted and is hoping that investors have forgotten is that this very same product has already failed Phase II-B clinical trials, and that happened five years ago!

*2012 - Phase II-B Trial FAILS to show any statistical difference in people quitting. (2013 10-K - Pg 8)*



*X-22*

     The *X-22* therapy protocol utilized in the Company's sponsored Phase II-B clinical trial calls for the patient to smoke our very low nicotine ("VLN") cigarettes over a six-week treatment period to facilitate the goal of the patient quitting smoking by the end of the treatment period. We believe this therapy protocol has been successful in independent clinical trials because VLN cigarettes made from our proprietary tobacco satisfy smokers' cravings for cigarettes while (i) greatly reducing nicotine exposure and nicotine dependence and (ii) extinguishing the association between the act of smoking and the rapid delivery of nicotine. *X-22* involves the same smoking behavior as conventional cigarettes and because patients are simply switching to VLN cigarettes for 6 weeks, *X-22* does not expose the smoker to any new drugs or new side effects. Our Investigational New Drug Application for *X-22*, a kit of VLN cigarettes, was cleared by the FDA in July 2011. Our *X-22* Phase II-B clinical trial was completed in the first quarter of 2012 and did not demonstrate a statistically significant difference in quitting between *X-22* and the active control, a cigarette containing conventional nicotine levels. However, the median number of *X-22* cigarettes smoked during the trial was significantly reduced compared to patients' baseline of usual brand of cigarettes. In evaluating the results of this trial, we believe we may have reduced the nicotine content of *X-22* by too great a percentage, to a level less than half the nicotine content of VLN cigarettes used in

*2013 XXII suspends all future trials for X-22*

     Although we believe that our VLN cigarettes are an effective aid to smoking cessation, we have suspended sponsoring further *X-22* clinical trials and are currently in the process of identifying potential joint venture partners or licensees to fund the remaining *X-22* clinical trials. Upon identifying a suitable joint venture partner or licensee, we will then request a meeting with the U.S. Food and Drug Administration ("FDA"), and thereafter we may resume our own sponsored *X-22* clinical trials. There is no guarantee that we will (ii) identify a joint venture partner or licensee to fund the remaining *X-22* clinical trials, (ii) obtain the funds necessary to complete additional clinical trials, (iii) obtain FDA approval, or (iv) capture significant share of the smoking cessation market upon FDA approval.

# A Fundamental Disaster! - Some Important Questions for Every Investor to Answer.

*Does the business have good margins & do they improve as the company scales?*

**NO!**

22nd Century manages to have NEGATIVE gross margins. For every $0.93 of revenue it generates, it has $1.00 of product costs and that is before the company factors in SG&A, marketing, research & development. This type of business model is destined to fail. The company is currently burning >$12 million in cash a year and has no product, licensing agreements, or other fundamental way to stop the bleeding.

| 22nd Century Fundamental Performance | | | |
|---|---|---|---|
| | FY 2015 | FY 2016 | LTM 2017 |
| Revenue (in $Mm) | $ 8,521,998 | $12,279,979 | $13,995,205 |
| COGS | 9,102,560 | 12,709,678 | 15,002,340 |
| **Gross Profit** | **-6.8%** | **-3.5%** | **-7.2%** |
| R&D | 1,571,365 | 2,340,958 | 2,690,394 |
| SG&A | 7,760,127 | 6,193,269 | 6,454,743 |
| Sales & Marketing | 1,357,518 | 1,581,741 | 1,193,483 |
| **Operating Loss** | **(12,043,883)** | **(11,387,847)** | **(12,259,356)** |

Source - XXII SEC Filings (2016 10-K & 10-Qs)

*Are "Low Nicotine Cigarettes" a major source of revenue?*

**NO!**

If you only read XXII 42 press releases you would think that its Spectrum (Brand A) Low Nicotine Cigarettes have been a huge growth driver, but in fact they are a meaningless source of revenue (1.5%).

*Have sales of "Low Nicotine Cigarettes" been increasing?*

**NO!** The sales of Spectrum cigarettes declined in 2017

| XXII Revenue from Spectrum Cigarettes | | | | | | |
|---|---|---|---|---|---|---|
| | FY 2015 | | FY 2016 | | 9M 2017 | |
| Spectrum revenue (in $Mm) | $ | 0.24 | $ | 0.33 | $ | 0.16 |
| Total Revenue (in $Mm) | $ | 8.52 | $ | 12.28 | $ | 10.66 |
| **% of Revenue from Spectrum** | | **2.8%** | | **2.7%** | | **1.5%** |

Source - XXII SEC Filings (2016 10-K & 10-Qs)

Spectrum cigarettes have made up less than 3% of revenue since 2015 and both Spectrum revenue and sticks ordered per year has been constantly declining since 2011.





*(Sources for charts - SEC Filings - 2012-2016 10-Ks, Q3-17 10-Q)*

## So where are the actual revenues?

The majority of revenue comes from three sources:

- Red Sun Cigarettes (The **Highest Nicotine Cigarette** on the Market)
- Magic Cigarettes in Europe
- Private Label Normal Cigarettes & Cigars

That's right, 98% of the revenue actually come from Red Sun and Private Label cigarettes & cigars (We assume Magic sales are de minimis since the company focused all marketing & sales efforts on Red Sun since 2015 - pg 11 of 2016, 10-K). Magic cigarettes were also listed for false advertising in the 2000 FTC consent order listed earlier.

The most interesting fact about Red Sun is that it claims to be the HIGHEST Nicotine Cigarette on the US Market.

Don't believe us. Below is Red Sun's advertising previously captured from its own website.

Red Sun - "America's Highest Nicotine Tobacco!"

& "Nicotine, More is Better"





Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 13 of 47

To XXII's management's credit, in November 2017, it recently decided to close down the Red Sun brand since it was would not be in line with any future FDA mandate. However, we suspect this was the only positive gross margin product in its portfolio. Thus, future gross margins should be even worse. Also, 22nd Century decided to announce that it was closing down the Red Sun Brand and that those sales will be going away after market close the Wednesday before Thanksgiving. Seems like for once it was trying to bury a press release.

**Private Label -** Continuing with 22nd Century's fundamental disaster, the private label cigarette and cigar deal is a horrible deal. 22nd Century agreed to produce cigarettes and cigars for Smoker Friendly International for break-even/negative gross margins (in 22nd Century words "just enough to cover overhead costs") in exchange for getting distribution for Red Sun Cigarettes (Extreme Nicotine Cigarettes) in Smoker Friendly Locations (press release here).

So in exchange for distribution for Red Sun (a brand it recently shuttered) 22nd Century has agreed to give away cigarettes and cigars for cost/below cost. No wonder revenue has finally started growing for it. It is giving cigarettes and cigars away for below cost.

## XXII History - Red Flags Galore - Why we believe investors should doubt everything 22nd Century Management says!



**Reverse Merger -** 22nd Century came public in 2011 the way that all great short opportunities enter the public markets - by reverse merging with a mining company (Touchstone Mining Ltd. in 2011 - Pg 4; 2016-10K). This in and of itself doesn't mean that 22nd Century is horrible investment and a great short opportunity, but we have never found a reverse merger into a mining company that isn't.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 14 of 47

**Former CEO & Founder, Joe Pandolfino, was charged with share price manipulation by the SEC!** The SEC charged former CEO and 22nd Century Founder Joseph Pandolfino, Jr. in 1992 with share price manipulation and Joseph agreed to disgorge his profits and never mail anonymous letters with false information to pump stocks again.

*Washington Post Story summarizing SEC case against Joe Pandolfino.*

**FTC Complaint and Consent Order Against Joe Pandolfino & Alternative Cigarettes** (related party to 22nd Century that transferred assets to 22nd Century) **FOR FALSE ADVERTISING!**

The 2000 FTC complaint is regarding advertising for its cigarette brands with false statements purporting that its cigarettes were healthier for you…any of this starting to sound familiar.



**Concerns over Corporate Governance -** Joe Pandolfino, the founder who was charged by SEC with share price manipulation and has an FTC violation is concerned about the company's corporate governance! He raised these concerns in his lawsuit (Pandolfino vs. 22nd Century NYSCEF: Index No 802706/2015).

21.     Upon information and belief, the Anticipatory Breach Notice was a retaliatory action by the Company in response to corporate governance and other concerns expressed by Mr. Pandolfino in writing through his counsel to the Company's General Counsel on or about February 5, 2015.

## Free Stock Giveaway & Paid Stock Promotion:

XXII treats its stock as though it's the free toy in a Cracker Jack box.

A new red flag indicator to us is a company being so desperate for sales that it **actually gave away shares of stock for sales.** In XXII's case, it gave away $3 of free stock for the purchase of cartons of cigarettes. Investors should note that it was diluting investors to increase sales of its Red Sun Product which has HIGHER nicotine than any other cigarette. As a reminder, the Red Sun slogan is "Extremely Nicotine"

"2015 Trade Partners Program - We will issue you stock in our publicly traded company… ABSOLUTELY FREE!"

"For each & every carton of RED SUN you buy in 2015, you will earn $3.00 worth of XXII Stock!"

Case 2:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 16 of 47



Paid stock promotion is commonplace in penny stocks similar to XXII and is a great indicator of good short candidates. Why? **We believe legitimate companies do not pay stock promoters!**

## Partial list of the Paid Stock Promotions:

Case 1:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 17 of 47

## XXII Paid Stock Promotions! (Partial List)

| Stock Promoter | Date | Amount | Paying Party | Title |
|---|---|---|---|---|
| Small Cap Network | 10/23/2017 | undisclosed | undisclosed | 22nd Century Group Inc (XXII) - Smoke and a Pancake? |
| Small Cap Traders | 9/19/2017 | undisclosed | undisclosed | Daily Trader Update |
| The Stock Expert.com | 8/4/2017 | $32,500 | Sunrise Media | Long Term Play Watch: XXII Hits New 52 Week High Up |
| Road Runner Stocks (Inv | 8/3/2017 | undisclosed | undisclosed | *The corner of High and Main...* |
| The Stock Expert.com | 6/16/2017 | $12,500 | Sunrise Media | XXII Makes Gains Of 12% After Our Alert |
| Small Cap Traders | 6/8/2017 | Unpaid? | undisclosed | "A New Century in Bio-engineering" |
| Road Runner Stocks (Inv | 5/15/2017 | undisclosed | undisclosed | |
| Stock Trade Wire | 6/22/2016 | $2,000 | Infinity Consulting, LLC | Red Hot Mega Pick - $XXII |
| Small Cap IR | 5/26/2016 | $25,000 | Star Media | XXII just in product to be placed in 750 retail stores |
| Small Cap Leader | 5/24/2016 | $20,000 | Third Coast Media | 22nd Century Group, Inc.(XXII) is our new NYSE alert |
| Stocks Impossible | 5/24/2016 | $25,000 | Star Media | Could this one be a takeover target? |
| Ultimate Stock Alerts | 1/28/2016 | $20,000 | Star Media | NYSE Alert |
| Street Picks | 1/24/2016 | $15,000 | Star Media | Update 22nd Century Group and this week |
| Small Cap Leader | 1/20/2016 | $15,000 | Star Media | Extremely quick FDA response NYSE profile inside |
| First Penny Picks | 12/17/2015 | $10,000 | Star Media | XXII medical marijuana collaboration and more |
| Small Cap Leader | 12/16/2015 | $15,000 | Star Media | XXII News Update |
| AwesomeStocks.com | 12/16/2015 | $20,000 | Star Media | Trade Idea: 22nd Century Group, Inc. (NYSE: XXII) |
| Blazing Penny Stocks | 4/23/2015 | undisclosed | undisclosed | Is This Cigarette the Future of Smoking? |
| Pennybuster.com | 9/9/2014 | undisclosed | undisclosed | ***** XXII Huge News ***** |
| pennystockprophecy | 3/6/2014 | undisclosed | undisclosed | ****XXII*** |
| **Total Spent** | | **$212,000** | | |

Stock promotion messages publically captured regarding XXII are available on StockPromoters.com here and on HotStocked.com here.

**Headquartered in a dentist office** - If SEC violations, FTC consent orders against false advertising, and paid stock promotions have not already made you sell shares in XXII, we suggest that investors take a visit to the headquarters of this $500m company.



Taking a trip on Google maps to XXII's headquarters at 9530 Main Street in Clarence, New York, you won't find what you expect for the HQ of a half a billion company that claims it has a technological advantage over the whole tobacco industry.

Instead you **find a small office shared with a local dentist!** Dr. Carmine Tiso DDS, and ironically, the dentist is the only profitable business at this address.



The Dentist's office website confirms that the dentist office is still at the same address as XXII's headquarters.

## Insiders & Major Institutional Shareholders Selling!

XXII has a low institutional ownership to begin with <25%, but when a large institutional holders, Empery Asset Management, which recently held ~13% of the company (in stock and warrants) sells 99.9% of its common stock (according to this filing and Bloomberg) and files to liquidate an additional 91.5% of its warrants (see prospectus) it's a strong sell signal investors should pay attention to. It's a sign to run, not walk away, from a stock.

| Holder Name | Portf | Source | Opt | Position↓ | % Out | Latest Chg | File Dt |
|---|---|---|---|---|---|---|---|
| EMPERY | | All ▼ | Al ▼ | | | | |
| EMPERY ASSET MANAGEMENT LP | | 13G | | 9,531 | 0.01 | -4,825,128 | 12/31/17 |

The company recently filed for institutional investors that had just invested in June 2017 to sell 11,293,211 shares (Prospectus is here). The soonest they could sell was six months after the deal, and they did exactly that (sell almost everything!).

**SELLING STOCKHOLDERS**

The shares of common stock being offered by the selling stockholders consist of those issuable to the selling stockholders upon exercise of outstanding warrants. For additional information regarding the issuance of the common stock and warrants, see "Description of Capital Stock – Warrants - Warrants Relating to 11,293,211 Shares of Common Stock Being Registered in this Prospectus." We are registering the shares of common stock issuable upon the exercise of outstanding warrants in order to permit the selling stockholders to offer the shares for resale from time to time.

The table below lists the selling stockholders and other information regarding the beneficial ownership (as determined under Section 13(d) of the Securities Exchange Act of 1934, as amended, and the rules and regulations thereunder) of the shares of common stock held by the selling stockholders as of October 30, 2017. The second column lists the number of shares of common stock beneficially owned by each selling stockholders, based on its ownership of the shares of common stock and warrants, as of October 30, 2017, assuming exercise of the warrants held by the selling stockholders on that date, without regard to any limitations on exercises. The third column lists the shares of common stock being offered by this prospectus by the selling stockholders. The fourth column assumes the sale of all of the shares of common stock offered by the selling stockholders pursuant to this prospectus.

Under the terms of the warrants, a selling stockholder will not have the right to exercise the warrants to the extent such exercise would cause such selling stockholder, together with its affiliates, to beneficially own a number of shares of common stock in excess of 4.99% of the number of shares of our then outstanding shares of common stock following such exercise, excluding for purposes of such determination shares of common stock issuable upon exercise of the warrants which have not been exercised. The number of shares in the second column does not reflect this limitation. The selling stockholders may sell all, some or none of their shares in this offering. See "Plan of Distribution."

| Name | Number of Shares of Common Stock Owned Prior to Offering | Maximum Number of Shares of Common Stock to be Sold Pursuant to this Prospectus | Number of Shares of Common Stock Owned After Offering |
|---|---|---|---|
| Empery Asset Master, Ltd. (1) | 4,575,688(5) | 3,670,809 | 904,879 |
| Empery Tax Efficient, LP (2) | 1,993,697(6) | 1,993,697 | - |
| Empery Tax Efficient II, LP (3) | 4,878,705(7) | 4,878,705 | **Sell Everything!** |
| Anson Investments Master Fund LP (4) | 750,000(8) | 750,000 | - |

Joseph Pandolfino, the company's founder, former CEO, and formerly charged stock manipulator by the SEC, is even selling stock.

A recent updated 13D filing from July 24, 2017, has him selling 682,828 shares of common stock in the open market for total proceeds of approximately $1,186,000 and at an average price per share of approximately $1.74. So as recent as three months ago, the person who knows the company best was selling at prices >50% below today's.

The VP of R&D, Michael Moynihan, is also taking advantage of the hyped stock price to sell:

- Selling 29.5k shares on 7/31/17 (link)
- Selling 50k shares on 9/29/17 (link)

## Who is looking out for shareholders?

**Red Flag - Involvement of Chardan Capital Markets (bankers), IRTH Communications (investor relations) & Freed Maxick (an unknown auditor):**

Companies can often be judged by the quality of the firms they hire. In this case, XXII has chosen third-rate investment bankers (Chardan), an IR firm associated with paid stock promotions (IRTH Communications) and an unknown auditor, Freed Maxick (median

market cap of public company they audit is $30m). In our opinion, three brands you will only associate with if there are no better options available.

Chardan's claim to fame is having been one the main facilitator for bringing a multitude of now delisted Chinese reverse mergers and SPACs public. If this is news to you, below is a partial list of its past SPAC/RTO failures. Or check out its Nasdaq consent letter for violating market making rules.

Performance of some past Chardan deals:

- SEED (-95%)



- APWR (Delisted, -100%)
- FUQI (Delisted, -100%)
- CABLF (Delisted, -100%)
- DJSP (-99.99%)
- LIWA (-99.99%)
- AAMA (Delisted, -100%)
- KGJI (-85%)
- CAVO (Delisted, -100%)
- CBBD (-99.99%)
- CNWHF (-99.99%)

- SGOC (-96%)

You will quickly see a common pattern of all Chardan Capital Markets' deals. The company spikes on promotional press releases, crashes by 75-90% to either be delisted or trade at <$10m mkt cap.

XXII has hired IRTH Communications as its investor relations. IRTH's recent claim to fame is due to two of its clients receiving inquiries from OTC Markets regarding stock promotion. Just last week IRTH client Wheaton Income (OTCQX:CBWTF) declared in its response to an OTC stock promotion inquiry that IRTH was running stock promotions without its knowledge and which included "potentially exaggerated or misleading statements contained in the materials" (link to statement).

> "After due inquiry the Company believes the promotional material to have been distributed by IRTH Communications, LLC ('IRTH'), an independent third-party investor relations and consulting firm, without the consent or knowledge of the Company."

Another IRTH client MassRoots (OTCQB:MSRT) also received an OTC stock promotion inquiry in July 2017 (link). From the MassRoots case, we can see that IRTH utilized Sunrise Media as an intermediary to mask direct payments to third parties like Small Cap IR which directly promoted the stock. Unsurprisingly, both Sunrise Media and Small Cap IR have been extensively involved in XXII paid stock promotions too (see paid promo chart above).

Hiring a completely unknown auditor is always a big red flag. So of course XXII has made sure to sign one up - Freed Maxick CPAs. We had never heard of Freed Maxick (before digging deep into XXII) but not surprisingly Freed Maxick Battaglia (predecessor company) was sued for assisting a company Student Finance Corp. (SFC) in conspiring to conceal its bad loans (Royal Indemnity Co. vs. Freed Maxick & Battaglia, et al - Delaware C.A. No. 05-165-JJF).

But to Freed Maxick's credit, it was still able to point out material weaknesses in 22nd Century's internal controls in the 2015 10-K.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 22 of 47

**Material weaknesses related to financial closing and reporting process.**

The Company had inadequate segregation of duties consistent with control objectives. The Company's corporate and financial reporting function is currently composed of a small number of individuals resulting in situations where limitations on segregations of duties exist. As a result we noted instances whereby individuals performed aspects of the financial reporting process which are incompatible duties, including but not limited to access to the underlying records and system, the ability to post and record journal entries, the responsibility to perform and review account reconciliations as well as the responsibility for the preparation of the financial statements.

These material weaknesses were considered in determining the nature, timing, and extent of audit tests applied in our audit of the 2015 financial statements, and this report does not affect our report dated February 16, 2016 on those financial statements.

In our opinion, because of the effect of the material weaknesses described above on the achievement of the objectives of the control criteria, the Company has not maintained effective internal control over financial reporting as of December 31, 2015, based on criteria established in *Internal Control - Integrated Framework* issued by the Committee of Sponsoring Organizations of the Treadway Commission in 2013.

We have also audited, in accordance with the standards of the Public Company Accounting Oversight Board (United States), the consolidated balance sheets as of December 31, 2015 and 2014 and the related consolidated statements of operations, changes in shareholders' equity and cash flows of the Company for each of the years in the three year period ending December 31, 2015 and our report dated February 18, 2016 expressed an unqualified opinion.

/s/ FREED MAXICK CPAs, P.C.

Buffalo, New York
February 18, 2016

# Extreme Dilution:

22nd Century clearly is not in the business of making profits or cash flow, but its seven-year history shows it is outstanding at issuing new shares and warrants at very dilutive prices. The share count has exploded by >6x since its reverse merger from ~20 million shares to now 123 million (134m including warrants). Investors should note that all of the sales over the last year have taken place at prices significantly lower than today's price today too.

Below are examples (Pg 12 and 13 of 10-Q) of recent sweat-heart deals that it has given only to institutional investors. Oh, and these are the same institutional investors that recently registered to sell all their shares in XXII in December of 2017.

- Feb. 2016 - 5 million shares $1.10 per share with 50% warrant coverage at $1.21
- July 2016 - 6.2m shares at $0.81 with 7m warrants at $1.00
- Oct. 2016 - 8.5m shares sold for $1.34 with 50% warrant coverage at $1.45
- June 2017 - 7m shares at $1.00 per share with 60% warrant coverage at $1.45
- Oct. 2017 - 20.6m shares at $2.625 (25% below the previous day closing price)

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 23 of 47



## Valuation:

Even if investors apply the incredibly generous 3x sales that American Spirit got when Reynolds initially bought it; a $2.9 million valuation for the patent portfolio that BAT wouldn't pay $3m for, book value for the Anandia Hemp investment (growing THC free Hemp - another failed product), we come up with a price estimate of $0.82 or 76% downside to the current price.

| 22nd Century Valuation | | |
|---|---|---|
| Cash Balance | $ | 64,000,000 |
| Patent Portolio (<$3m) | $ | 2,900,000 |
| Anandia Investment at BV | $ | 1,366,493 |
| Current Sales Multiple (3.0x) | $ | 42,638,352 |
| Market Cap | $ | 110,904,845 |
| Shares Outstanding including warrants | $ | 135,768,697 |
| Fair Value Per Share | $ | 0.82 |
| Downside to Current Price ($3.40) | | -76% |

Source - XXII SEC Filings (Recent 10-K & 10-Q)

## Conclusion:

XXII is a misleading story stock. XXII has capitalized FDA's desire to regulate the nicotine requirements in tobacco to pretend that it is the only company that can do this. In reality, it is the only tobacco company that currently cannot market and sell a low nicotine cigarette.

Case 2:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 24 of 47

Technology to remove nicotine from cigarettes has been around since the 1930s, so everyone has it. The story of 22nd century is a misleading story predicated on false information and hope for products that are not only unlikely to be approved but have actually already been denied by the FDA for MRTP status or have failed Phase II-b studies!

Instead it is a story of how a retail investor can lose his life savings by trusting paid stock promoters, third-rate bankers and auditors, and a management team that is touting failed products. This is what happens when you buy into a reverse-merger that is run out of an office space shared with a dentist.

XXII is only good at selling three things:

- Hype
- Private label cigarettes and cigars at negative gross margins
- And its own stock (normally with lots of free warrants)

**We are Short XXII. It has > 75% downside.**

*We contacted XXII investor relations with questions about this report & analysis and they have not responded.*

**Disclosure:** I am/we are short XXII. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it. I have no business relationship with any company whose stock is mentioned in this article.

**Additional disclosure:** The author and accounts consulted by them are short XXII. This can but does not necessarily include negative positions in derivatives. The author holds no duty to update the disclosure of their positioning at any time.

---

**Fuzzy Panda's ratings on XXII**



Latest rating: Very Bearish    Very Bullish    Bullish    Neutral    Bearish    Very Bearish

**All Ratings by Fuzzy Panda »**

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 25 of 47

## Comments (131)

**Fuzzy Panda**
 **Contributor**

Author's reply »   yes, in fact it is in the above article - please actually read the section on Joe Pandolfino the SEC sanctions, FTC consent order, and his corporate governance concerns. There you will find the answers to your questions.

08 May 2018, 09:45 AM

---

**User 32864715**

"squandered by a management team reported for "corporate governance concerns" by the recently departed CEO (himself the recipient of SEC and FTC sanctions)."- is there a source for this??

08 May 2018, 09:05 AM

---

**User 49310090**

LOL, WENT OUT OF YOUR WAY THERE!!! LOVE THE PART THAT SAYS YOUR SHORT THIS POSITION!!!
TRY WRITING AN ARTICLE OBJECTIVELY.
COMPANY IS A FINE SAFE PLAY, THEY JUST DID AN OFFERING IS ALL WHY THEY ARE DOWN BUT $3 IS AROUND TOE CORNER MATE.

18 Apr 2018, 05:25 AM

---

> **Dividends My Own Way**
>  **Contributor**
> Why don't you try not using all caps.
>
> 18 Apr 2018, 12:42 PM

---

**User 48042324**

Fuzzy Panda,

I try my best to wait until after I do my own research to read third party work. After spending my weekend researching XXII, there was so many questionable claims that made me wonder. I was often thinking "Wow if this is true, this firm has a durable competitive advantage and will see positive margins with increased economies of scale". I was thinking it was all to good to be true for a mico-cap. Educated investors pick up on these things usually way before I even hear of the equity.

Anyway, great article. Very informative and hysterical (I was literally laughing the entire time). Hope we work together one day!

25 Mar 2018, 05:06 PM

---

**fistfulwales**

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 26 of 43

Thoughts on earnings yesterday? Seems like they addressed many of the question marks in this article...

08 Mar 2018, 11:25 AM

---

### Fuzzy Panda
**Contributor**

Author's reply »   I think you need to read the below article if all of your questions are answered. The way they are hyping their stock. Through boiler room cold calls + undisclosed paid articles by fake authors is illegal

https://seekingalpha.c...

08 Mar 2018, 01:34 PM

---

### Jemericoy
**PREMIUM**

There's some seriously greasy stuff going on in that linked article!!!

08 Mar 2018, 01:39 PM

---

### Jemericoy
**PREMIUM**

LMAO - I think this article sums it up nicely. This company is associated with frauds and shills.

Please for the love of god do not invest in this company. The tech is crap and the men behind the curtain are crooked.

https://seekingalpha.c...

07 Mar 2018, 11:27 AM

---

### BuyersStrikeWP

Exactly. There are 0 legitimate companies that pay stock promoters. ZERO.

08 Mar 2018, 11:16 AM

---

### Jemericoy
**PREMIUM**

Double like thumbs up

08 Mar 2018, 11:29 AM

---

### IpeWooD

If you smoke cigarettes and you die! Well guess what hahahahahaaaa you were told and did it anyways..don't let that be the basis of investing hahahahaaaa

28 Feb 2018, 08:13 AM

---

### The_Hammer

Project 2: Strategies for Reducing Nicotine Content in Cigarettes The purpose of the study is to show how VLN under certain level will reduce or remove the nicotene addiction and help smoking cessation or reduced cig . One study is showing how weening the smoker off cigs over an extended period of time as they smoke reg cigs for 20 weeks and

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 27 of 47

move down the nicotine levels to non addiction levels.You keep agreeing that XXII cigs have the very tasty flavor. Probably right cuz they grow the tobacco plant from the seed not alter the leaf via bleech or any other process. To ween off so many smokers it will take time and a vln plan along with other safe alternatives too. Shorty talks about cash burn but the sacarstically talks about the "modest" headquarter the company has with a dentist. What would shorty want mgt to do, build a spanking new office complex for a headquarters or have cheap rent office to curtail cash burn?

07 Feb 2018, 07:48 PM

---

**The_Hammer**

Funny how shorty had my comment deleted, the first one ever in over 5000 comments.

Here's what shorty says:
The hype to investors is the idea that XXII can get Modified Risk Tobacco Product (MRTP) designation. Then somehow that designation (despite having no known brand) will help it gain a significant portion of the tobacco market.

Noone except shorty is talking about significant here. All XXII has to do is get several billion of a massive market and XXII soars.

07 Feb 2018, 06:42 PM

---

**Scott Sandridge**
 **Contributor   PRO**
> All XXII has to do is get several billion

See this is where the thesis falls apart. The ability to make several billion dollars is just assumed flat out like it is super easy to do without any detailed plan on how it will happen. I saw that the person allegedly doing the boiler room calls on behalf of the company making the same point. They aren't the only company with, or with the ability to produce, VLN cigarettes, they just claim to have the tastiest VLN cigarettes. If you really want to be a health product to encourage smoking cessation like they claim to be, a not very tasty cigarette seems like a better choice. If the one defining feature of their VLN cigarette compared to competing VLN is that smokers will enjoy it the most, why would this be used as a smoking cessation device after all cigarettes are mandated to be VLN?

07 Feb 2018, 07:26 PM

---

**Fuzzy Panda**
 **Contributor**
Author's reply »  I believe the XXII hype that their telemarketers is selling is that all XXII has to do is get "1/10 of 1% of a $800 billion market and then the company is worth $800 million"...if you believe that hype then good luck to you.

Link to that exact quote from the tele-marketing calls on XXII is here:
http://bit.ly/2BfmVBQ

07 Feb 2018, 08:09 PM

---

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 28 of 47

**The_Hammer**

good luck to you shorty. Oh by the way shorty the auditor gave the company a clean bill of health in 2016 and would expect the same his year. Most of your article was old hype. The bottom line is you think XXII patent and technologies are not worth much, I disagree with FDA regulating tobacco and in agreement that low nicotine cigs can reduce the risk of smoking with fewer cigs and even stopping it. Also you keep throwing around that big tobacco can produce a lower nicotine to. Unfortunately their cigs will not help since no one will smoke theirs. Big tobacco sees the handwriting on the wall and are panicking to come up with alternatives as the traditional cig market slowly declines. I wonder if xxii has the ability to produce tobacco without the cancer carninogen properties?

07 Feb 2018, 08:22 PM

**Pie-eyed piper**

Appears the market has already digested and/or spit out your article.

09 Feb 2018, 10:46 PM

**Pie-eyed piper**

Obviously, you aren't a former smoker. Not that that isn't good, but your ignorance is shining.

09 Feb 2018, 10:51 PM

**Time2shine**

Fuzzy Panda, is your article basically similar to what Pandolfino did at age 23? It's information one sided to manipulate a stock?? Agree? I do commend you for disclosing your short position.

Did you get paid to write your article?

Compared to the of shares Pando owns, the little he sold may have been used for a good cause?

Build something and watch it be taken from you, let's see how you react. We all remember Steve Jobs.

With the upmost respect, if XXII technology, and future proves right and you wrong, It's going to be a long year for you.

We all know you and friends will buy back if it drops, then SA will write a great review like they did in the past.

Don't get squeezed like a sour grape! Good luck.

07 Feb 2018, 01:26 PM

**Fuzzy Panda**
 Contributor

Author's reply »  Time2shine - Care to explain why you have only written comments on XXII related articles over the past 4 years. Are you a fake account controlled by IRTH, the investor relations firm? Despite that i'll dignify you with a response.

Pandolfino's relevant background with a major SEC violation and FTC consent order is especially valid since he is quoted in his own legal filing as saying that the company has "bad corporate governance". So if an insider with a sketchy past & large ownership stake in the company thinks they have bad corporate governance then that is very important to the investment case.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 29 of 47

07 Feb 2018, 02:39 PM

---

## Scott Sandridge
 **Contributor   PRO**

In response to deleted question by Time2Shine about why would XXII cigarettes be used in studies if other tobacco companies had VLN cigarettes (correct me if I misphrased your question):

It could be because big tobacco companies are interested in making money instead of selling at a loss in order to create enticing PR.

Most of these studies are attempting to measure the effects of VLN cigarettes on smokers, not trying to figure out the effects of SPECTRUM XXII cigarettes on smokers.

Numerous older news articles can be found of large tobacco companies producing but failing to market a VLN cigarette. VLN cigarettes are not economically viable when competing against anything else. See below:

http://nyti.ms/2BjqpD4

So this statement from the company website is just a lie:

"As the only company in the world capable of producing Very Low Nicotine (VLN) tobacco products, 22nd Century was chosen by the National Institute on Drug Abuse (NIDA) to supply its proprietary cigarettes as a subcontractor under a federal government contract."

Changing the wording from "capable of" to "currently" would make it more accurate.

XXII, to be successful, would need two things:

1. For the government to mandate that only VLN cigarettes to be sold.
2. That the cigarettes produced using XXII tech will dominate that market.

Point two is a massive stretch and seems to be taken by bulls to be self-explanatory because they believe that no other company can make them. Again, the subtle difference between "can" and "currently is" is huge here. As stated in this article and by a simple google search, many other companies have a way to produce VLN cigarettes if they needed to.

I've seen this point raise elsewhere and some bulls acknowledged that other companies could make a VLN cigarette, but that XXII method is superior. That would mean that XXII's core mission is not to help reduce smoking by producing VLN cigarettes, but to make VLN cigarettes more palatable for consumers, thereby increasing smoking. If the purpose of the FDA is to reduce smoking, it would seem likely they would avoid approving "tastier" VLN cigarettes if the alternatives would actually cause less smoking.

07 Feb 2018, 05:58 PM

---

## Time2shine

Scott, I didn't anything?

07 Feb 2018, 07:20 PM

---

## Time2shine

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 30 of 47

Scott, I didn't delete anything or any question. Xxii obviously is still in a speculative stage, with enormous upside potential.

There is risk with any stock, especially those that trade under $5 a share.

If you don't have the money to lose, then you shouldn't have money in this game. Period. Most traders that short stocks do NOT care about the company, they trade the ticker only for quick Gaines. If you believe in this current team that is running the ship and believe in the technology, then hold on to your shares and look again in a few years. You could be very happy like I did. Yes, we got in under $1.00. I'm sure these folks shorting want to do the same!

07 Feb 2018, 07:30 PM

---

### Scott Sandridge
  **Contributor  PRO**

Sorry I think I was actually responding to The_Hammer but his comment got deleted as I was writing it.

07 Feb 2018, 08:13 PM

---

### Pie-eyed piper

From your own article!"Tobacco industry analysts predict that the potential market for a cigarette marketed as "ultra-low-nicotine" is potentially enormous...."

Can you list the other companies that "GROW" VLN Tobacco?? Or just bleach tobacco and put an extra long filter on it?

Hello?

09 Feb 2018, 10:41 PM

---

### Dave D.

Since we're taking about 6,365 different patents, how about identify the ONE patent that is most similar the XXII's VLN seed?

Instead of putting so much effort into taking about a dental office, compare the patents.

06 Feb 2018, 08:39 PM

---

### Fixabody

Can anyone explain a short squeeze, so i can better understand if this could play out on this Stock? New, to this card game and learning. Up 8.3% today. XXII Long only.

06 Feb 2018, 02:41 PM

---

### The_Hammer

Request your brokerage not to lend out your shares.

06 Feb 2018, 03:13 PM

---

### BuyersStrikeWP

XXII Boiler Room SCAM Alert:

Case 1:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 31 of 47

http://bit.ly/2FMek8P

Remember: ALL reverse mergers are scams.

05 Feb 2018, 10:39 AM

---

**Respawn**

All reverse mergers are NOT scams. Stop spreading lies. You obviously dont know what a reverse merger even is.

06 Feb 2018, 10:26 PM

---

**carsons7**

Below $2 by the end of this week.. Avoid this and Bitcoin if you value your hard earned money....

05 Feb 2018, 08:08 AM

---

**Dave D.**

I'm not sure if it matters, but I believe Bill Gates started out in a garage. Since the neighboring dental office was such a large point of this article, we may want to reconsider the message that it is sending, seeing that a garage is a less economically fortunate location to start than a building which has a dental office as a tenant.

I wouldn't have mentioned all this if the dental office was not mentioned in the article no less than TEN TIMES, but seeing that it was, I felt this historical information might help put things into context.

04 Feb 2018, 05:18 PM

---

**Fuzzy Panda**
  **Contributor**

Author's reply »  But did Bill Gates stay in a garage?

Did he use paid stock promoters to try to get people to buy Microsoft stock?

Was Microsoft still run out of a garage when it was a >$400 million company and had been around for over 10 years?

05 Feb 2018, 08:18 AM

---

**Dave D.**

No. But XXII isn't in a garage, either, so that comparison isn't really sensible. My point was intended to be easier to recognize - location of where a company is does not translate into a measurable quantity that can predictably be used to analyze its securities.

05 Feb 2018, 01:59 PM

---

**The_Hammer**

What a lame comment trying to make it sound that xxii is in a dental office. It is renting office space with a dentist in the same complex. what's wrong with that? Who wants a company to pay exorbitant rent. A small

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 32 of 47

biotech company does burn cash in the fda approval process. Bringing up Padolfino back from 1992 is a sham too. MSFT is a real good example to compare xxii with.

05 Feb 2018, 02:38 PM

### Jemericoy
PREMIUM

Why is bringing up the CEO's criminal past a sham? Once a crook always a crook, especially these white collar crime types.

09 Feb 2018, 03:16 PM

### Pie-eyed piper

In case you haven't looked, that isn't the CEO.
Hello?

09 Feb 2018, 10:28 PM

### Jemericoy
PREMIUM

Lol my bad, FORMER CEO. AKA shady individual with connections to the company.

A long time ago I used clean out the grease trap at the pizza joint I worked at. Even if I emptied the trap each month, it still smelled like a cesspool and was forever tainted.

10 Feb 2018, 08:08 AM

### carsons7

Phillip Morris could and should bury these guys. PM's labs are all over this place.

04 Feb 2018, 10:44 AM

### jialatinvestor

What's the best way to short this? Considering it is hard to borrow and options are highly priced..

03 Feb 2018, 08:17 PM

### 50 Cal
Marketplace

Thanks for finally writing an honest article about these guys who love and don't respect other peoples money or faith in them. How many years does it take for these guys to hold this ball in the air. I'm frankly surprised that there is anyone who still believes in them. In my opinion they are anything but shareholder friendly people.

03 Feb 2018, 04:26 PM

### retire0401

Good luck shorting. This is a strong Long Term investment. Vanguard and other houses are wrong? Cheers.

04 Feb 2018, 03:19 AM

**Fuzzy Panda**
 **Contributor**
Author's reply »   Vanguard is a passive index fund.

05 Feb 2018, 08:15 AM

---

**BuyersStrikeWP**

Yes they are. Passive funds buy anything in their assigned index. Active funds are run by people, many of whom are morons. The "Argument from Authority" is not only a classic flaw of reasoning, but also an often used tool of pumpers and crims. Don't be a sucker.

05 Feb 2018, 09:41 AM

---

**nick7333**
 **Marketplace**
Interesting.

03 Feb 2018, 12:39 PM

---

**Randy Myers**

Now I'm even more interested in the share price. Who will win the battle of price manipulation? The shorts hit piece or the promoters?

03 Feb 2018, 08:27 AM

---

**carsons7**

XXII is going down in flames. Phillip Morris owns this space.

03 Feb 2018, 08:19 AM

---

**WhitneyB**

Lost in this debate are the dubious hemp claims. Another reason to avoid.

03 Feb 2018, 07:30 AM

---

**retire0401**

New York State endorses XXII to grow hemp, Universities just harvested first crops of non thc level hemp successfully, arrangements with growers,,, not to mention growing cannabinol market and their subsidiaries in that space making money now... if you want to avoid that, all the best.

04 Feb 2018, 03:19 AM

---

**Jemericoy**
 **PREMIUM**
Can grow THC free hemp today with no XXII proprietary generics

09 Feb 2018, 03:05 PM

---

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 34 of 47

**Jemericoy**
  PREMIUM
**genetics

09 Feb 2018, 03:05 PM

---

**Steve Moore**
  Contributor

It would have been nice if you could have mentioned this as a short BEFORE it became Hard-To-Borrow. I'm not going to pay a steep fee to short it. Also, the options suffer from not being that actively traded and spreads that are too wide. So, as with Bitcoin (GBTC is also HTB), I have to just sit here and watch it go down while not being able to do anything. Onto other ideas...

03 Feb 2018, 12:32 AM

---

**basssque**

Their tobacco is NOT "genetically" engineered to remove the nicotine. All of those old patents are obsolete and irrelevant.

02 Feb 2018, 11:37 PM

---

**242work242**

people keep bashing this article but nobody really refutes any of the facts and history on some involved in the company.
I think the author does a good job of explaining why he or she is short and even if you are long you should take this article as devil's advocate and use it to balance your long thesis or disprove it.

02 Feb 2018, 09:36 PM

---

> **Richard-F**
>
> I agree that it is always good to have a devils advocate. However, this is not exactly the best article.
>
> -Too much focus on the prior CEO's issue with the SEC which happened 26 years ago while he was a Student (he was 23 years old at the time).
>
> -The author states that "The company has spun the narrative that "22nd Century is the only company in the world capable of growing tobacco with non-addictive levels of nicotine" - (Source). We will show you this is far from the truth."
>
> XXII is the only Company capable of growing tobacco with non-addictive nicotine levels. It is the truth. Others can grow reduced nicotine plants but not at non-addictive levels.
>
> -BAT not taking the deal does not automatically mean the tech is "worthless." It can be cause for concern, but the author took too much liberty with his extrapolation.
>
> -Using stock for marketing is not unheard of. Tmobile did it. Travelzoo gave away shares. Robinhood is giving stock (in other companies) for referrals.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 35 of 47

-The author decidedly only mentions one of the company's addresses because it is their "headquarters" (and because he does not like dentists). However, the company has other properties such as:

Botanical Genetics

73 High Street, Buffalo, New York

Nasco Products

321 Farmington Road, Mocksville, NC 27028

-At no point did the author give any information on the work and numerous patents related to hemp. This, of course, should be part of the company's valuation.

03 Feb 2018, 02:48 AM

---

**Big D's Boys**

I just did on several points and more to come.

03 Feb 2018, 12:03 PM

---

**BuyersStrikeWP**

Never Stop! :-)

04 Feb 2018, 11:12 AM

---

**The_Hammer**

It appears shorty thinks a biotech company would be better off spending money building a new Office complex for their headquarters. It called renting out office space in an office complex for a reasonable rent. Anything else would be dereliction of duty.

Padolfino and reverse splits are way in the past. The company is run by a Harvard MBA with big tobacco experience for several years.

05 Feb 2018, 02:53 PM

---

**Jemericoy**

 **PREMIUM**

@Richard, no one can answer my question why you would want to smoke a nicotine free cig. The whole point is to get the nicotine. They aren't addicted to the tobacco leaf that's for sure.

09 Feb 2018, 03:04 PM

---

**Richard-F**

Smoking VLN cigarettes is seen as a way to help quit smoking. studies have shown that people would try VLN to help in quitting. Furthermore, it has been demonstrated that VLN is relatively successful at helping people quit. Quitting "cold turkey" is more effective than trying to do it gradually and the non-nicotine habitual needs are met with a cigarette that tastes and feels like a normal cigarette. You are right that this would not be attractive to someone who has no wish to quit. If the only cigarettes out there are going to be VLN, XXII would have the best product (since there is no extraction process).

Case 1:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 36 of 43

09 Feb 2018, 03:25 PM

### Scott Sandridge
**Contributor    PRO**

Why would having a superior taste / quality make it a superior medicine?

If all cigarettes have VLN after mandate, then the only difference between XXII and their competitors is that XXII tobacco plants supposedly taste better.

Why you someone be more likely to quit using a good tasting cigarette vs a bad tasting one?

The only way this works is that if XXII tobacco so good that people keep smoking cigarettes without nicotine in them, but that defeats the stated mission of the company and most of bull arguments in favor of it.

09 Feb 2018, 05:12 PM

### Richard-F

I understand your point. However, I think most would preferr better tasting, less processed, and possibly cheaper, medicine. Management certainly over-pumps, and the CEO can sound like a used car salesman at times, but I think there is a market for their tech which can give value to investors, just as some cigarette brands have already done with pitching their "additive free" products.

09 Feb 2018, 05:38 PM

### Jemericoy
**PREMIUM**

@Richard-F, yes I do actually agree with you and others that VLN as a smoking cessation aid is a potential market for XXII. I however don't see this as a big market worthy of the hype around XXII's future prospects. It's niche at best. There's a lot of smoking cessation products on the market that try to step people down gradually on nicotine, but they have been around for a long time now and haven't grown into a huge market. I'm scriptural that the incrementally better taste and flavor of naturally grown tobacco with VLN will suddenly make demand surge for this type of product. The sad thing is that nicotine is an extremely potent and addictive substance, I think even more than cocaine and opioids (or at least on par). I support PM's attempt to offer a novel way to enjoy your nicotine, with the clean flavor and less offensive smell of vaping via their IQOS tech. Even though the FDA saw fit not to allow a reduced risk designation for it, let's be honest, everyone knows vaping certainly allow you to reduce intake of hazardous substances. That much has been shown so far in studies. I guess the jury is still out if this equals a reduced risk and only more time and studies can confirm this.

Anyway back to XXII, outside of a small smoking cessation market, I don't see their IP having any other potential, in both Tobacco and MJ. My thoughts on the reasons for having zero potential for MJ are elsewhere in this comment board.

10 Feb 2018, 07:46 AM

### Jemericoy
**PREMIUM**

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 37 of 47

***I'm skeptical, Not scriptural***

10 Feb 2018, 07:49 AM

## carsons7

Finally! Someone exposes this company! Great detective work..

02 Feb 2018, 09:13 PM

> ### retire0401
>
> There are so many inaccuracies and misleading statements in the article. Highly recommend doing current research on the company, Cheers
>
> 03 Feb 2018, 01:49 PM

## kcook446

What could they say to refute the facts? LOL

02 Feb 2018, 05:47 PM

## Queenstown

Would be good to see an official answer from XXII on this short article. Some points seem to be very valid...

02 Feb 2018, 04:26 PM

> ### Hacol
>
> I'd rather they ignored it entirely.
>
> 02 Feb 2018, 04:42 PM

> ### basssque
>
> A similar situation just happened to BLDP recently. A bearish article was written here on SA by someone with a short position and it crashed the stock for a day. Ballard filed a lawsuit against them
>
> 02 Feb 2018, 11:35 PM

> ### retire0401
>
> Wouldn't doubt if one comes out Monday. XXII IR is aware of sentiment, especially after last hit piece.
>
> 03 Feb 2018, 01:48 PM

> ### Jemericoy
> **PREMIUM**
>
> On what basis did BLDP have for filing a lawsuit? If they are simply bearish 🐻, then no basis. Different story if they were spreading false information.
>
> 09 Feb 2018, 03:02 PM

**Scott Sandridge**
 Contributor    PRO
Excellent article, glad to see others noticing the toxicity of anything that IRTH Communications is involved with.

02 Feb 2018, 04:10 PM

---

**BuyersStrikeWP**
Well done. XXII is a long running con following in the footsteps of safe tobacco scam Star Scientific nka Rock Creek. Retail has short memories.

02 Feb 2018, 03:53 PM

---

**Ruiz216**
Curious where did you get the Cash Balance ($64mm) number for your valuation? Thanks

02 Feb 2018, 03:16 PM

---

**Richard-F**
"The company has spun the narrative that "22nd Century is the only company in the world capable of growing tobacco with non-addictive levels of nicotine" - (Source). We will show you this is far from the truth..."
The truth is that they ARE the only company with that ability. Nicotine removal does equate to growing low nicotine tobacco.

02 Feb 2018, 03:03 PM

> **Richard-F**
> *does not equate
>
> 03 Feb 2018, 02:42 AM

---

**Richard-F**
XXII is not the only company to use it's stock for marketing purposes (Tmobile...).

02 Feb 2018, 02:55 PM

---

**Dividends My Own Way**
 Contributor
My understanding is the taste is different in the XXII cigarettes than they ones the tobacco companies created using a process that just removed nicotine from an existing plant.

This does bring up some good points, but reads like a super market tabloid.

02 Feb 2018, 01:47 PM

---

**aterosin**
I'm in Oregon where almost every acre is In Pears, grapes and mostly weed. Many of these companies have offices far smaller and more humble than the dentist office you showed. Most operate out of huge Quonset hut warehouses

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 39 of 47

and their office is a travel trailer with 4 guard dogs, guns and suitcases of cash. It's the Wild West out here folks and I'm sticking with XXII. Besides they sent me a Christmas Card!

02 Feb 2018, 01:38 PM

---

### SqueezeMetrics
**Contributor**

Yes, they send Christmas cards. I was fascinated by that.

02 Feb 2018, 02:43 PM

---

### kcook446

These other companies are not valued at 500m Why don't you try to refute some of the facts?

02 Feb 2018, 05:46 PM

---

### mandhmarketing

OMG. Sell, sell sell. Someone publishes an article like this after a week of declines. Seriously? Where was this article a few weeks/months back. On second thought disregard the fact that the entire sector is/ has dropped most of the week and sell all your XXII and pot stocks to go with it. You mentioned 3-4 times a dentist office. Do you know where Mark Cuban, Bill Gates and others started their business? You have a few valid points but come on posting this now is the equivalent to me posting to short the stock market today as it will fall over 300 points. Oh wait that already happened. I bought XXII at $.86 cents. Where was the bashing then?

02 Feb 2018, 01:37 PM

---

### Cyril R.

This article would be a lot more convincing if it were independent.

As it is, it just comes across as a cheap short selling attack. The hyperbolic language and editorial form only enforce this.

Really disappointing to see this class of article on Seeking Alpha.

02 Feb 2018, 01:36 PM

---

### Jemericoy
**PREMIUM**

You sound like the craps players who always bet the pass line and loath the "don't pass" line wrong way betters, even though don't pass is statistically a better bet.

09 Feb 2018, 02:59 PM

---

### madhastings

Ignored Pot patents - Ignored ongoing Hemp study with UVA - a reputable institution, much more reputable than you - "fuzzy panda" give me a break. Why would UVA run studies with a "failed product?" That is nonsensical, like you "fuzzy panda." You conveniently ignore that the US gov't is running studies with XXII's Spectrum Cigarettes - by

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 40 of 47

calling this a failed product, again the US Gov't and UVA are not going to waste their time running studies with "failed products," it is nonsense - like your claims, "fuzzy panda." LONG XXII - I'll stick with UVA

02 Feb 2018, 01:03 PM

### basssque

I second this!

02 Feb 2018, 01:17 PM

### Jemericoy
PREMIUM

What value are the MJ patents? Selective breeding already provides a plethora of options for High/Medium/Low/No THC and the same for the CBx family of cannabinoids. XXII is worthless for MJ.

09 Feb 2018, 02:57 PM

## Stephen Ayers
Contributor    Marketplace Guide

Great article and research. Did some digging into XXII myself about a year ago and figured it was/is sketchy at best.

02 Feb 2018, 12:58 PM

### giustino23

Could have almost tripled your money

02 Feb 2018, 01:05 PM

### Ian McIntyre

Plenty of other companies did better with much more safety/less risk and continue to hold price.

XXII has not held and is a huge gamble. Glad it paid off for some, but there are much better plays elsewhere with far less risk.

02 Feb 2018, 05:42 PM

### Big D's Boys

Really? I got in at $.78.

03 Feb 2018, 12:01 PM

### retire0401

Wow, it's. Clear you have not seen price action over past year. Oh well,

03 Feb 2018, 02:15 PM

### perilous43

Case 1:19-cv-01285-JLS-MJR Document 44-2 Filed 05/01/20 Page 41 of 47

XXII must truly be idiots then. Because they are contractually bound to the growers of their hemp-guaranteeing them a schedule of profit if they use their seeds. I'm sure that's not worth anything never mind.

02 Feb 2018, 12:55 PM

---

## Queenstown

I'm long XXII but I must say this post has some good arguments. What they do not mention is why top notch industry experts from major tobaco companies joined this company. If all this was a scam, I'm not sure they would move all their families to a new location. Also what about hemp ? I see much more value in this field than on tobacco which is much more long term. Still glad to read other comments.

02 Feb 2018, 12:50 PM

---

### Fuzzy Panda
Contributor

Author's reply »  The person from "BAT" that joined XXII had not been employed by a major tobacco company since Jan of 2016. So they hired an unemployed person...congrats!

You should try using LinkedIn

02 Feb 2018, 01:17 PM

---

### jswirbul

He also had a non compete agreement that kept him from taking another job in the industry

04 Feb 2018, 04:39 PM

---

### The_Hammer

Another sham of a comment from this shorty. This guy hired did have big tobacco experience. These shorty's are good at pumping it when the general market is in downturn making it seem this is the only stock going down. I am looking at some really good companies with cash piles down a large percentage.

05 Feb 2018, 03:00 PM

---

## ParInvestor7

Good article. I appreciate you helping beat XXII down, it was overbought and I really want to back the truck up to load up more cheap shares before the conclusion of the Phase III trial in March and this actually takes off. Respectable bearish spin.

02 Feb 2018, 12:48 PM

---

### Fuzzy Panda
Contributor

Author's reply »  Which Phase III trial? For your information, XXII is not currently sponsoring ANY Phase III trials.

Sounds like you are talking about someone else's drug study. Those are always occurring with their sub-contractor cigarettes.

Case 2:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 42 of 47

Good luck to you if you taking management hype at face value.

02 Feb 2018, 01:15 PM

**ParInvestor7**

This one:

http://bit.ly/2FBsRE7

Thank you for wishing me luck, but with my cost basis, I don't need it.

02 Feb 2018, 01:22 PM

**Fuzzy Panda**
 **Contributor**

Author's reply »   That is a study done by Wake Forest not XXII. Also mgmt has already "pre-released" the findings of this 3rd party study before scientific review to hype their own stock.

You really should read their press releases a lot more carefully.

http://bit.ly/2FGRIXb

If Wake Forest's study is successful it is meaningless for XXII's fundamental performance. They don't have MRTP approval to sell low-nicotine cigarettes and they don't even have an application pending.

02 Feb 2018, 01:49 PM

**ParInvestor7**

You're crazy. This is XXII technology being tested in a Phase III trial AT NO COST to XXII. You literally can't spin that negatively. I simply won't let you.

02 Feb 2018, 02:07 PM

**basssque**

It is a valid clinical trial in phase 3. Medical/surgical clinical trials are sponsored by hospitals, hospitals don't allow smoking if you haven't noticed.
http://bit.ly/2FBsRE7

02 Feb 2018, 05:51 PM

**Big D's Boys**

He is referring to the one that is already completed but waiting for peer review.

03 Feb 2018, 11:57 AM

**Big D's Boys**

Because they don't need it with the new FDA proposal to make ALL cigarettes low nicotine. Come on Man!

03 Feb 2018, 11:59 AM

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 43 of 47

**Pie-eyed piper**

They have Gottlieb from the FDA, this trumps all. When the mandate takes place they are the shoe in for multiple levels, from superseding MRTP to licensing large tobacco to multi internationals following suit!!! Hello?

03 Feb 2018, 04:52 PM

---

**GonzoK**

So the "Author" is short. Does that explain why, with the Company doing so poorly the 2,000 shares I sold were bought in less than 30 Seconds. Think I'll hold onto my other 4,000 shares if for no other reason than to keep this "Bottom Eater" from making $ off his articles like the Tripe he just wrote!

02 Feb 2018, 12:47 PM

---

**boogie87**

Forgot to mention that FDA sponsored trials are buying spectrum cigarettes to run the trial

02 Feb 2018, 12:45 PM

---

**Fuzzy Panda**
  Contributor

Author's reply »  That is mentioned - the company is a sub-contractor for RTI International which in turn has a contract with the government (National Institute on Drug Abuse). Sounds a little less impressive when you realize they are a sub-contractor who sells the cigarettes at a loss...doesn't it!

Also, despite the cigarettes being used for FDA sponsored trials XXII does not have the ability to sell those same cigarettes publicly in the USA.

But do you know who can sell you a low-nicotine cigarette today....every other tobacco company!

02 Feb 2018, 01:04 PM

---

**zelticdoll**

Really? The cigarettes you mentioned are not being sold in the US. It is the fact that they don't really "contain" that less of a nicotine as stated, but they "YIELD" (throughput via thru fancy filters, etc) which were banned by CDC almost a decade ago, therefore they can't sell a product that can't back their claim of low nicotine. XXII's low nicotine is from the ground (seed) up. Not from the sticks up!

03 Feb 2018, 02:36 AM

---

**Big D's Boys**

Very good point and I will add comments later. The patents the author try's to imply that big tobacco has more than XXII for reduced nicotine is to extract nicotine from tobacco similar to decaf coffee. Big tobacco is on record saying that extraction process would cost them over $12 billion a year just to extract nicotine from what they sell in Europe. And you want to know the best part? They already tried it and people hated the taste. So they don't sell them. XXII is the only one with patents to grow tobacco with reduced nicotine that does NOT effect the flavor. More to come.

Case 1:19-cv-01285-JLS-MJR    Document 44-2    Filed 05/01/20    Page 44 of 47

03 Feb 2018, 11:55 AM

---

### Pie-eyed piper

I saw a laundry list from the article, of bleached out tobaccos....not the same thing.

03 Feb 2018, 04:44 PM

---

### retire0401

FDA would not base their studies on a product if they did not think it had true value regardless whether they purchased it directly from the manufacturer or a third part. It's a little big term proposition. The application process takes time. Once submitted and approved, they will sell. By the way, did you read WellFargo paper on prospect of XXII? You have conveniently omitted that in your article as well.

04 Feb 2018, 03:19 AM

---

### BuyersStrikeWP

Incorrect. The FDA does not sponsor nor do they approve trials. They only approve drugs/devices. Phase I,II,III,IV are industry jargon, not legal categories.

04 Feb 2018, 07:33 AM

---

## Shareholders Unite
 **Contributor**   **PREMIUM**

You forgot to mention this:

["a plant biotechnology company focused on tobacco harm reduction, announced today that the Company has closed a registered direct common stock offering with institutional investors to receive approximately $54 million in gross proceeds through the sale of 20.57 million shares of common stock at a price of $2.625 per share."]
https://yhoo.it/2GFOCE3

02 Feb 2018, 12:24 PM

---

## Trending Value
 **Contributor**

@ Shareholders Unite

This is a very good counterpoint. Everyone thinking of a short should read the link.

Bascically, XXII is in Phase III of a new product to lower nicotine in cigarettes. If it had no promise, then it wouldn't already be in Phase III.

This company should not be shorted. Never short a medical researcher, or even a cigarette "health" researcher. They all lose money. That's the point. But when/if they get approval, the shares could skyrocket overnight because they patent could be worth billions. That is a nasty negative asymmetry.

The author could be right about a lot of things, but this one point could make him very wrong.

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 45 of 47

Last, if they just sold a $50+ million offering back in October, my guess is that they could raise money again. That means there is probably no catalyst to get a good return, in a reasonable timeframe.

03 Feb 2018, 01:57 AM

---

### Queenstown

my guess is that they could raise money again

Well they said that this money will be enough for the next 5 years. So I do not expect more dilution soon..

03 Feb 2018, 04:58 AM

---

### Fuzzy Panda
  Contributor

Author's reply »   They sold stock at a 25% discount to the price the day before - Ridiculous shareholder dilution.

Also, that is mentioned in the shareholder dilution section.

03 Feb 2018, 12:02 PM

---

### Pie-eyed piper

gee fella, it is misleading to imply an overnight money raise is even possible. as though they could raise $50 million in a volatile stock at that days share price??? again misleading.

03 Feb 2018, 04:41 PM

---

### User 38695386

Hey in your contacted they're in the same building as a dentist? What does that have to do with the company's performance?

05 Feb 2018, 09:09 AM

---

### Jemericoy
  PREMIUM

But what is the point of that product, the article explained why no one cares about low nicotine. the best candidate today for a low risk designation will be IQOS when they get a longer track record and dataset to re-submit to the FDA in the future. In the mean time they have the best vaping product that intuitively people are buying to reduce smell and chemical consumption. In other words a real product to sell and not some unicorn in a phase 3 trial.

05 Feb 2018, 04:30 PM

---

### The_Hammer

A real product? Yeah sure like the current cig market that is doing 100's bils around the world. XXII has a VLN product that will help some smokers wean off of smoking over time and it is not a 100% market share product either. This company is small and only a smallish %$ of marketplace can have an impact on the company. A portion of the marketplace will use VLN and probably FDA will mandate big tobacco make a VLN cig available

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 46 of 47

option as they wind down the traditional cig market over a decade or two. I am surprised you turds did not show Padolfinos 1992 shack of an office. Yes investors are aware that this company is burning cash. Spectrum cigs are not the end game here.

These sharks pile on neg sentiment at the most opportune times like today as some panic has set in today. There are some fine cos with strong balance sheets down5% today.

05 Feb 2018, 04:39 PM

---

**Dave D.**

When you say "no one cares about low nicotine," you should add a disclaimer that you are excluding Scott Gottlieb, acting commissioner of the US FDA (and the FDA itself):

http://bit.ly/2nPcVa5

06 Feb 2018, 08:54 PM

---

**Jemericoy**
  **PREMIUM**
But I bet Gottlieb isn't a nicotine addicted customer of my main squeeze MO. Long MO and counting the days till IQOS is approved and totally undercuts the VLN combustible cigarette narrative.

09 Feb 2018, 02:51 PM

---

**georgemit9**

Cover your Short here while U can

02 Feb 2018, 12:19 PM

---

**russwise**

The article is spot on.

02 Feb 2018, 12:11 PM

---

**zelticdoll**

Spot on!! Sure, if you don't know how to comprehend what you are reading and do your own research. At least he's honest enough to introduce himself as a short, lol ... I give him that!

07 Feb 2018, 02:49 PM

---

**Brainfelt**
  **Marketplace**
Wow! I'm selling my small holding. Will buy back at $1.50/sh. for another hype run one day. I don't know if the company will be successful one day, but I do know that it is a super-hype stock in the meantime that will have good run-ups now and then.

02 Feb 2018, 12:10 PM

---

**retire0401**

Case 1:19-cv-01285-JLS-MJR   Document 44-2   Filed 05/01/20   Page 47 of 47

Respectfully, if you are going to wait for the $1.50 price point for teen try, I strongly doubt that price point will be seen.

04 Feb 2018, 03:19 AM

---

**More articles by Fuzzy Panda**

22nd Century: Key Patents Behind MRTP And PMTA Applications Have Expired! Wed, Apr 17

BioDelivery Sciences - A Money Losing Opioid Company Founded By The Bankr… Tue, Mar 12

ShotSpotter - Court Case Exposes Failures Of ShotSpotter Technology Fri, Nov 16

Wins Finance - Insider Transactions Show Fair Value Is <$20 - Resumes Tradin…   Mon, Dec 4