# EXHIBIT 3

Case 1:19-cv-01285-LS-MJR　Document 44-3　Filed 05/01/20　Page 2 of 11

Seeking Alpha$^{\alpha}$

**Short Ideas | Healthcare**

# 22nd Century Group - FOIAs Reveal Suspected Undisclosed SEC Investigation

Oct. 25, 2018 12:00 PM ET 20 comments | 2 Likes

by: Fuzzy Panda

## Summary

- Our FOIA requests on 22nd Century Group received a 7(a) exemption response including the line "releasing the withheld information could reasonably be expected to interfere with on-going enforcement proceedings". As a result, we suspect there is an ongoing SEC investigation regarding the company.

- Sharesleuth exposed articles from network of connected authors promoting XXII – those authors also wrote about many other "IRTH Communications" & "Honig, Brauser, and Frost" companies.

- Still no MRTP (Modified Risk Tobacco Product) application!

We are short XXII (22nd Century Group) because our FOIA (Freedom of Information Act) requests received 7((a)) exemptions that lead us to suspect that the SEC is actively investigating 22nd Century Group. The SEC Office of the General Counsel determined that records regarding any information about an investigation into XXII could be withheld from our FOIA requests due to a 7((a)) exemption because "releasing the withheld information could reasonably be expected to interfere with on-going enforcement proceedings".



**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9612                                                                    September 21, 2018

Re:    Appeal, Freedom of Information Act Request No. 18-02520-FOIA, designated on
       appeal as No. 18-00609-APPS

Dear

This responds to your Freedom of Information Act (FOIA) appeal of the FOIA Officer's denial of your July 16, 2018 FOIA request for "all documents in the possession of SEC that pertain to investigations regarding 22nd Century Group (XXII) for the time period January 1, 2016 through July 16, 2018." By letter dated August 13, 2018, the FOIA Officer denied your request pursuant to FOIA Exemption (b)(7)(A). On September 14, 2018, you filed this appeal challenging the FOIA Officer's invocation of Exemption 7(A). I have considered your appeal and it is denied.

I have determined that the FOIA Officer correctly asserted Exemption 7(A).[1] There is a two-step test to determine whether information is protected under Exemption 7(A), whether: (1) a law enforcement proceeding is pending or prospective, and (2) release of information about it could reasonably be expected to cause some articulable harm.[2] We have confirmed with staff that releasing the withheld information could reasonably be expected to interfere with on-going enforcement proceedings.[3]

_____

[1] Exemption 7(A) authorizes the withholding of "records or information compiled for law enforcement purposes, but only to the extent that production of such law enforcement records or information * * * could reasonably be expected to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A), 17 C.F.R. § 200.80(b)(7)(i).

*Sources – Letter from the SEC Office of the General Counsel (we redacted the Name & Address it was mailed to & the highlights are our additions); Initial SEC FOIA denial; More information on 7 (A) exemptions.*

It is important to note that we cannot deduce exactly what the SEC is investigating due to this 7((a)) exemption, nor should the existence of an investigation mean that a person, entity or security has violated the law. We would only discover those things if/when the SEC brought forth any charges. We are unsure if 22nd Century Group is aware of an active investigation since they have not replied to our request for comment and since the Commission conducts its investigations on a non-public basis.

## Our Recent History with Undisclosed SEC Investigations – Zion Oil & Gas

The last time we suspected an undisclosed SEC investigation and received an 7((a)) exemption in response to our FOIAs it involved Zion Oil & Gas on March 26, 2018 (see our tweet). Zion management publicly denied there was an investigation. They even called us "market manipulators." Then months later the company confirmed that there was an ongoing SEC investigation when Zion filed an 8-K that the SEC Dallas Ft. Worth Office had subpoenaed Zion Oil & Gas. Meanwhile the stock fell from $5.35 (on March 26th) to its current $1.09—a 79% decline.

## Alleged Undisclosed Stock Promotion for XXII – An IRTH Communications client:

Since we wrote our earlier article on XXII, Chris Carey at Sharesleuth wrote a damning exposé of a large network of often undisclosed stock promotions that included the creation of fictitious authors. 22nd Century (XXII) was a constant focus of these authors' bullish articles: see Sharesleuth's Pretenders & Ghosts: Stealth Promotion Network article. This should be required reading for anyone considering investing in XXII, either long or short.

The article suggests how the same authors (sometimes fictitious people) wrote a multitude of bullish investment articles for both IRTH Communication clients & companies backed by Barry Honig, Michael Brauser, and Philip Frost. Since Sharesleuth's article was published, the SEC filed charges (link) against Barry Honig, Michael Brauser, Philip Frost, John H. Ford, et al. for allegedly running pump & dumps and manipulating the stock price of 3 specific companies (assumed to be MBVX, COCP, and MGTI). MBVX was also written on extensively by Samuel Rae, an author of many of the past bullish XXII pieces in 2017 (here & here). John H. Ford, who was charged by the SEC and has already settled the charges (link), was also an author of a positive article on XXII (it has since been removed from SeekingAlpha.com).

Highlights of the Sharesleuth article involving 22nd Century Group include:

- Fake authors like George Ronan writing positive XXII stories. This fake author is shown to have 3 different profile pictures & bios for different investment sites, but despite his multiple fictitious personalities, he is bullish on XXII.
- Lack of disclosure - authors like Samuel Rae did not disclose if they were compensated for or had positions in the stocks. If they were indeed compensated then this lack of disclosure would violate the law.
- Exposed a network of connected authors for XXII (they produced more than 20 positive stories in 2017 alone). Sharesleuth's list of XXII promotional articles is here.

Authors were shown to write positive articles about IRTH Communications or Honig-related companies and often right before events like stock offerings.

The exposé of this network of promotional authors is especially important given that last year, the SEC brought enforcement actions against 27 different firms & individuals for stock promotion schemes that led investors to believe they were reading independent, unbiased analyses. (SEC charges)

22nd Century's management has still not explained who authorized or funded the positive articles regarding XXII. Nor has it provided any reasoning for who else could be responsible for these tactics of having fake authors write positive articles.

Furthermore, XXII continues to pay & use IRTH Communications as their investor relations firm. IRTH Communications is still listed as 22nd Century's IR contact on their website & in press releases (link, and link) - even as it sits at the epicenter of these articles.



Despite having extraordinarily long quarterly calls in which management talks about hypothetical future licensing deals, 22nd Century has not bothered to offer an explanation for why XXII has consistently been the subject of positive articles from this network of authors or other paid stock promotions.

## MRTP (Modified Risk Tobacco Product) Update:

22nd Century has still failed to re-file their MRTP application 2 years after it was withdrawn in December 2016. Recently, they finally promised they will do so by the end of 2018 (XXII promise). Despite not even having an MRTP application on file (see FDA list of applications here), management still talks extensively about what receiving an MRTP

Case 1:19-cv-01285-LSMJR   Document 44-3   Filed 05/01/20   Page 6 of 11

designation would do for their business and how they could hypothetically license out this designation/brand. We find it highly unlikely that the FDA will ever approve a low-nicotine cigarette for a MRTP marketing designation primarily because XXII's Low Nicotine Brand A cigarettes contain a similar amount of tar & other carcinogens.

As a reminder, 22nd Century has already attempted to get a MRTP designation and failed. (2016 10-K pg 8).

> On December 31, 2015, we submitted to the FDA a Modified Risk Tobacco Product application requesting a reduced exposure marketing authorization from the FDA to market *BRAND A* as a Modified Risk Cigarette with product labeling and advertising that states that *BRAND A* has 95% less nicotine than conventional cigarettes. In December 2016, the FDA provided us with helpful and positive feedback on our combined Modified Risk Tobacco Product Applications (MRTPAs) and Premarket Tobacco Product Applications (PMTAs) for our *BRAND A* Very Low Nicotine tobacco cigarettes. In response to the FDA's requests, and in conjunction with additional clarifying guidance, we withdrew our existing application with the FDA in order to file new MRTPAs and PMTAs for *BRAND A* that will include additional scientific data and information from already completed clinical studies on our Very Low Nicotine tobacco cigarettes, in addition to smoking cessation research as requested by the FDA. In order to help further expedite the FDA review process, we also intend to bifurcate our application into separate PMTAs and MRTPAs for *BRAND A*, as PMTAs have shorter review periods.

## Cannabis Update:

The one positive development for 22nd Century Group has come from their minority stake in Anandia Laboratories. Anandia was purchased by Aurora Cannabis in an all stock deal (they exchanged 12,716,482 shares and 6,358,210 warrants) in August 2018 (link). We estimate that XXII's 14.8% stake in Anandia Labs would amount to 1.88m shares and 941k warrants (with a $9.37 strike price) to be worth about $15 million if they sold & exercised all their shares today. Depending on if XXII has held their Aurora shares, they should also have a small investment (~$85k) in Australis Capital.

*Source for Anandia Labs Deal - Aurora Cannabis FY2018 Annual Report pg 30-h (download available from SEDAR)*

## Previous Article on XXII:

Please see our earlier XXII article on Seeking Alpha – 22nd Century - Cutting Through the Smoke & Hype for a more complete list of all the red flags that an investor needs to be aware of before considering investing in XXII. We introduce investors to XXII's history of a reverse merger & paid stock promotion, analyze their failed MRTP application and failed phase II-B trials of X-22, compare XXII's patents & products with competitors, go through the dismal fundamentals of XXII's business, analyze a major tobacco company giving up a cheap option on XXII's patents, and more.

## Investors need their questions answered:

Case 1:19-cv-01285-LS-MJR    Document 44-3    Filed 05/01/20    Page 7 of 11

Is the company aware of an SEC investigation? If so what exactly is the SEC looking into, and why haven't the SEC's "on-going enforcement proceedings" been disclosed to shareholders?

Why is the company still involved with IRTH Communications and a network of promotional authors?

We are short XXII due to all the red flags raised in our 1st article and because our FOIAs makes us suspect that XXII could be the subject of an undisclosed SEC investigation.

**Disclosure:** I am/we are short XXII. I wrote this article myself, and it expresses my own opinions. I am not receiving compensation for it. I have no business relationship with any company whose stock is mentioned in this article.

**Additional disclosure:** Fuzzy Panda and affiliates of Fuzzy Panda are short shares of 22nd Century (XXII) as of the time of publication. Fuzzy Panda does not claim any responsibility to update their report or their positioning in shares of XXII at any future time. This article is our opinion and the result of extensive research on the company; investors are encouraged to do their own due diligence.

Additional disclosures found at fuzzypandaresearch.com/...

## Fuzzy Panda's ratings on XXII



## Comments (20)

**lulu977**

to me this company has become a joke. Apparently thry have filed Mrtp in what is probably a shotgun effort to deflect the SEC. become like many biotech companies in that they keep on kicking the can down the road as long as they can. Empty promises and PR all the time, running this study and that study and never following through on anything except grabbing their paycheck. Eventually they will run out of racetrack and the stock will go to pennies imo. All u

Case 1:19-cv-01285-LSMJR　Document 44-3　Filed 05/01/20　Page 8 of 11

needed to know is no one has bought the tech, not even BAT that had licensed it to begin with and that was intimately aware of it. and then xxii press release comes out pretending it was a victory for xxii!!! that told me everything I needed to know. let's remember Joe P and Henry aren't young anymore, they held huge chunks of the company back then and wouldve easily walked away worth 10s or 100s of millions if this was legit but the offers never came in. what's worse is that it wouldve cost big T relative pocket change.....again....if it was legit. I think 2019 might be the year that people stop drinking the koolaid about xxii

27 Jan 2019, 04:40 PM

---

### toms57363

don't know one way or another but what I do know is that they have dangled MRTP for probably 5 years now and BAT had a chance to make a deal with them and they passed on it last year. This is why I do not hold anymore.

13 Nov 2018, 09:01 PM

---

### Commenter8504289

Based on the information in this article there is probably an enforcement action being undertaken against IRTH, but not necessarily XXII.

If IRTH is the focal point of the investigation and not XXII then this is not material to the prospects of XXII's ability to eventually bring its technology to market.

Longs should find some comfort in the fact that 22nd Century was explicitly named multiple times in the FDA's feasibility study on nicotine elimination:

www.federalregister.gov/...

The report corroborates many of the claims made by XXII's management about its technology including that it is one of the only if not the only company that could reduce the nicotine content of tobacco to near zero levels without impacting taste.

26 Oct 2018, 11:11 AM

---

### The Stock Panda

Google Street View is your friend.

26 Oct 2018, 10:18 AM

---

#### kas23
  Marketplace

What does it show? I grew up in a town extremely close to Clarence, NY. That's just the way it looks. It's not a Mecca of commerce. The founders are from Clarence and this is usually how businesses runs in WNY. You pretty much Google street view any place in upstate NY and it would look pretty much the same. I do give these local boys credit for staying close to their roots though. They're sticking it out in the tax cesspool of NY, where I can't say the same for myself.

26 Oct 2018, 09:02 PM

**The Stock Panda**

@kas23 The question I ask is why a company that supposedly has a multi-billion dollar opportunity in an industry which is dominated by players in the South apparently, according to Google, shares an address with an optometrist and shop called Paula's Donuts in a city that you admit is "not a Mecca of commerce" and a state that you admit is a "tax cesspool."

Where a company is located affects everything from business development to employee recruiting and retention.

While I obviously understand that it's not going to be dispositive for everyone, based on my own experience, I personally don't bet against this heuristic.

30 Oct 2018, 01:36 AM

---

**NDHT**

Agreed. One should focus on the science and evidence a company presents, not their location/office.

Had XXII rent a floor in Trump Tower, would it make them more credible, or get bombarded for "wasting investors' hard earned money"?

02 Nov 2018, 11:49 PM

---

**ccx**

Get ready to burn FP!

ir.xxiicentury.com/...

26 Oct 2018, 09:11 AM

---

**kjgarofa**

What is the difference between a person who writes a positive article about a stock they want to go up and a person who writes a negative article about a stock they admittedly want to go down using an alias no less.

You admit at the beginning or the article: "It is important to note that we cannot deduce exactly what the SEC is investigating due to this 7((a)) exemption, nor should the existence of an investigation mean that a person, entity or security has violated the law. We would only discover those things if/when the SEC brought forth any charges. We are unsure if 22nd Century Group is aware of an active investigation since they have not replied to our request for comment and since the Commission conducts its investigations on a non-public basis."

So you don't actually no what's going on?

Then, without any evidence whatsoever, you claim: "We find it highly unlikely that the FDA will ever approve a low-nicotine cigarette for a MRTP marketing designation primarily because XXII's Low Nicotine Brand A cigarettes contain a similar amount of tar & other carcinogens."

If you reduce addiction you reduce the intake of both tar and carcinogens genius. I'm sure the FDA/NIH has spent millions testing XXII cigarettes, provided countless peer reviewed articles, submitted a ANPRM which specifically mentions XXII because they had too much time and money on their hands to do anything else.

Case 1:19-cv-01285-JLS-MJR   Document 44-3   Filed 05/01/20   Page 10 of 11

I'd rather put my money with the people who are Harvard/Cornell/Cambridge/Georgetown educated than someone who goes by the moniker of "Fuzzy Panda Shorts." You're a joke and should be treated as such.

26 Oct 2018, 08:09 AM

---

### The Novice Investor

I approve this message 🙏 ☑

10 Nov 2018, 12:00 AM

---

### Pie-eyed piper

yawn.......

25 Oct 2018, 10:40 PM

---

### SnoopDoog

Another BIG Yawn and XXII responded to all your points

26 Oct 2018, 02:36 PM

---

### User 32864715

Not the first SEC investigation, look at old sec docs going back years into xxii and see for yourself

25 Oct 2018, 02:43 PM

---

### Fuzzy Panda
#### Contributor

Author's reply »   We documented former CEO Joe Pandolfino being charged by the SEC with share price manipulation and FTC for false advertising in our previous article - seekingalpha.com/...

If you have links or proof of other SEC investigations regarding XXII please post a link to it.

Undisclosed on-going enforcement proceedings from the SEC are uncommon and a HUGE issue.

25 Oct 2018, 07:07 PM

---

### User 32864715

I think it was your original article that got me to sell. I went to look at past sec generated letters and the whole thing just didn't feel like the right investment for me after that

26 Oct 2018, 10:29 AM

---

### Jérôme Verony
#### Contributor

Thanks for your efforts. Obviously a big red flag with regards to this company.

25 Oct 2018, 01:01 PM

---

### poole1449

Case 1:19-cv-01285-JLS-MJR   Document 44-3   Filed 05/01/20   Page 11 of 11

So believing the FDA report is something that people like u (cig.com.) would put no stock in what they have to say.

25 Oct 2018, 12:44 PM

---

**perilous43**

Who cares in the least who authorized or funded factitious authors. Was the information they published true or false. Makes me think I should go to all these various investment boards, create fake's names and then write positive articles. Pretty sure it's my first amendment right

25 Oct 2018, 12:20 PM

---

**Fuzzy Panda**
 **Contributor**

Author's reply »   The information was false, and more importantly it is ILLEGAL to write those articles if authors are being paid by the company or from IRTH and not disclosing it.

John H Ford - one of the members of XXII's network of stealth authors just settled with the SEC after they accused him of helping to run pump & dumps for Barry Honig by writing fake bullish articles.

25 Oct 2018, 12:28 PM

---

**Big D's Boys**

Again? You guys are unbelievable.

25 Oct 2018, 12:17 PM

---

## More articles by Fuzzy Panda

22nd Century: Key Patents Behind MRTP And PMTA Applications Have Expired! Wed, Apr 17

BioDelivery Sciences - A Money Losing Opioid Company Founded By The Bankr… Tue, Mar 12

ShotSpotter - Court Case Exposes Failures Of ShotSpotter Technology Fri, Nov 16

Wins Finance - Insider Transactions Show Fair Value Is <$20 - Resumes Tradin…    Mon, Dec 4