**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> 22ND CENTURY GROUP, INC., HENRY SICIGNANO, III, and JOHN T. BRODFUEHRER, <br><br> Defendants, | CA Docket No. 21-347 <br><br> Index No. 1:19-cv-01285-JLS |

**INDEX TO RECORD ON APPEAL**

**District Court (WDNY) Docket Record, Case No. 19-cv-01285-JLS**

| Date Filed | Item # | District Court Docket # | Docket Text |
|---|---|---|---|
| 01/21/2019 | 1 | 1 | COMPLAINT against All Defendants filing fee $ 400, receipt number ANYEDC-11122111 Was the Disclosure Statement on Civil Cover Sheet completed -YES,, filed by Matthew Bull. (Attachments: # 1 PSLRA Certification, # 2 Civil Cover Sheet, # 3 Proposed Summons, # 4 Proposed Summons, # 5 Proposed Summons) (Kim, Phillip) [Transferred from nyed on 9/20/2019.] (Entered: 01/21/2019) |
| 01/21/2019 | 2 | 2 | Summons Issued as to All Defendants. (Bowens, Priscilla) [Transferred from nyed on 9/20/2019.] (Entered: 01/22/2019) |
| 01/22/2019 | 3 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to |

| | | | |
|---|---|---|---|
| | | | consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) [Transferred from nyed on 9/20/2019.] (Entered: 01/22/2019) |
| 01/31/2019 | 4 | 4 | Notice of Related Case indicated on the civil cover sheet in case number 19cv553. (Rodin, Deanna) [Transferred from nyed on 9/20/2019.] (Entered: 01/31/2019) |
| 02/08/2019 | 5 | 5 | Notice of Related Case indicated on the Civil Cover Sheet in Case No. 2:19-cv-00748. (Flanagan, Doreen) [Transferred from nyed on 9/20/2019.] (Entered: 02/08/2019) |
| 03/22/2019 | 6 | 6 | SCHEDULING ORDER: An in-person initial conference will be held at 10:00 a.m. on May 22, 2019 in Hearing Room N504 in the North Wing. All counsel must attend. Counsel are directed to complete the attached Discovery Plan Worksheet and electronically file same with the Court no later than May 20th. So Ordered by Magistrate Judge Steven Tiscione on 3/22/2019. (Vasquez, Lea) [Transferred from nyed on 9/20/2019.] (Entered: 03/22/2019) |
| 03/22/2019 | 7 | 7 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *and Lead Plaintiff* by Joseph Berterman. (Attachments: # 1 Proposed Order) (Kim, Phillip) [Transferred from nyed on 9/20/2019.] (Entered: 03/22/2019) |
| 03/22/2019 | 8 | 8 | MEMORANDUM in Support re 7 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff* filed by Joseph Berterman. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit) (Kim, Phillip) [Transferred from nyed on 9/20/2019.] (Entered: 03/22/2019) |
| 03/25/2019 | 9 | 9 | MOTION to Consolidate Cases , MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* by Joseph Noto, Garden State Tire Corp., Stephens Johnson. (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 03/25/2019) |
| 03/25/2019 | 10 | 10 | MEMORANDUM in Support re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 03/25/2019) |
| 03/25/2019 | 11 | 11 | AFFIDAVIT/DECLARATION in Support re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS* |

8

| | | | |
|---|---|---|---|
| | | | *LEAD PLAINTIFF AND APPROVAL OF COUNSEL* filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Attachments: # 1 Exhibit A - Press Release, # 2 Exhibit B - Certifications, # 3 Exhibit C - Loss Chart, # 4 Exhibit D - Firm Resume) (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 03/25/2019) |
| 03/25/2019 | 12 | 12 | Letter *re: clerical error of filing* by Garden State Tire Corp., Stephens Johnson, Joseph Noto (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 03/25/2019) |
| 03/25/2019 | 13 | 13 | NOTICE of Appearance by J. Alexander Hood on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Hood, J. Alexander) [Transferred from nyed on 9/20/2019.] (Entered: 03/25/2019) |
| 03/29/2019 | 14 | 14 | NOTICE by Joseph Berterman re 7 MOTION to Consolidate Cases MOTION to Appoint Counsel *and Lead Plaintiff (Notice of Withdrawal of Motion)* (Kim, Phillip) [Transferred from nyed on 9/20/2019.] (Entered: 03/29/2019) |
| 05/13/2019 | 15 | 15 | NOTICE of Appearance by Garth Avery Spencer on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Spencer, Garth) [Transferred from nyed on 9/20/2019.] (Entered: 05/13/2019) |
| 05/16/2019 | 16 | 16 | MOTION to Adjourn Conference by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 05/16/2019) |
| 05/16/2019 | 17 | | ORDER granting 16 Motion to Adjourn Conference: The initial conference scheduled for May 22nd before the undersigned is adjourned without date. So Ordered by Magistrate Judge Steven Tiscione on 5/16/2019. (Vasquez, Lea) [Transferred from nyed on 9/20/2019.] (Entered: 05/16/2019) |
| 06/04/2019 | 16 | 17 | Letter MOTION for Extension of Time to File Answer *or Response to Complaint* by 22nd Century Group, Inc., John T. Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) [Transferred from nyed on 9/20/2019.] (Entered: 06/04/2019) |
| 06/04/2019 | 19 | 18 | NOTICE of Appearance by Jonathan Hale Friedman on behalf of All Defendants (notification declined or already on case) (Friedman, Jonathan) [Transferred from nyed on 9/20/2019.] (Entered: 06/04/2019) |
| 06/04/2019 | 20 | | ORDER granting 17 Motion for Extension of Time to Answer. Once the MOTION to Consolidate Cases, MOTION to Appoint Counsel and Lead Plaintiff have been decided, counsel for Defendants shall file a motion proposing a firm date by which to respond to the complaint. So Ordered by Magistrate Judge Steven Tiscione on 6/4/2019. (Vasquez, Lea) [Transferred from nyed on 9/20/2019.] (Entered: 06/04/2019) |

| 06/05/2019 | 21 | 19 | NOTICE of Appearance by Brian Calandra on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (aty to be noticed) (Calandra, Brian) [Transferred from nyed on 9/20/2019.] (Entered: 06/05/2019) |
|---|---|---|---|
| 07/25/2019 | 22 | | ORDER: The court understands that Plaintiff has voluntarily dismissed the related case (No. 19-cv-553). In light of that dismissal, Plaintiff is directed to advise the court whether Plaintiff's 9 Motion to Consolidate is moot. Ordered by Judge Nicholas G. Garaufis on 7/25/2019. (Strohmeier, Seguin) [Transferred from nyed on 9/20/2019.] (Entered: 07/25/2019) |
| 07/29/2019 | 23 | 20 | Letter by Garden State Tire Corp., Stephens Johnson, Joseph Noto (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 07/29/2019) |
| 07/30/2019 | 24 | | ORDER: In light of the 20 Letter submitted by Plaintiffs Joseph Noto, Garden State Tire Corp., and Stephens Johnson (the "22nd Century Investor Group"), the 22nd Century Investor Group is DIRECTED to file an amended proposed order appointing the 22nd Century Investor Group as Lead Plaintiff and approving its selection of Pomerantz LLP as Lead Counsel by no later than Thursday, August 1, 2019 at 5:00 p.m. Ordered by Judge Nicholas G. Garaufis on 7/30/2019. (Strohmeier, Seguin) [Transferred from nyed on 9/20/2019.] (Entered: 07/30/2019) |
| 07/30/2019 | 25 | 21 | NOTICE by Garden State Tire Corp., Stephens Johnson, Joseph Noto re 9 MOTION to Consolidate Cases MOTION to Appoint Counsel *NOTICE OF MOTION OF THE 22ND CENTURY INVESTOR GROUP FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL NOTICE OF SUBMISSION OF AMENDED [PROPOSED] ORDER* (Attachments: # 1 Proposed Order) (Lieberman, Jeremy) [Transferred from nyed on 9/20/2019.] (Entered: 07/30/2019) |
| 08/01/2019 | 26 | 22 | ORDER Appointing Lead Plaintiff and Approving Selection of Counsel. So Ordered by Judge Nicholas G. Garaufis on 7/31/2019. (Lee, Tiffeny) [Transferred from nyed on 9/20/2019.] (Entered: 08/01/2019) |
| 09/03/2019 | 27 | 23 | Joint MOTION to Change Venue *to Western District of New York* by 22nd Century Group, Inc., John T. Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) [Transferred from nyed on 9/20/2019.] (Entered: 09/03/2019) |
| 09/06/2019 | 28 | 24 | Joint Stipulation and Order Transferring Case to the Western District of New York and Tolling Time for Defendants to Respond to the Complaint. So Ordered by Judge Nicholas G. Garaufis on 9/4/2019. (Please Note: As per Local Civil Rule 83.1., In a case ordered transferred from this District, the Clerk, unless otherwise ordered, shall upon the expiration of seven (7) days effectuate the transfer of the case to the transferee court.) (Lee, Tiffeny) [Transferred from nyed on 9/20/2019.] (Entered: 09/06/2019) |
| 09/16/2019 | 29 | | Case transferred to Western District of New York. Original file, certified copy of transfer order, and docket sheet sent via CM/ECF **ALL FILINGS ARE TO** |

8

| | | | |
|---|---|---|---|
| | | | **BE MADE IN THE TRANSFER COURT, DO NOT DOCKET TO THIS CASE.** (Lee, Tiffeny) [Transferred from nyed on 9/20/2019.] (Entered: 09/16/2019) |
| 09/20/2019 | 30 | 25 | Case transferred in from District of New York Eastern; Case Number 1:19-cv-00409. (Entered: 09/20/2019) |
| 09/23/2019 | 31 | | Notice of Availability of Magistrate Judge: A United States Magistrate of this Court is available to conduct all proceedings in this civil action in accordance with 28 U.S.C. 636c and FRCP 73. The Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (AO-85) is available for download at http://www.uscourts.gov/services-forms/forms. (KM) (Entered: 09/23/2019) |
| 09/23/2019 | 32 | | AUTOMATIC REFERRAL to Mediation The ADR Plan is available for download at http://www.nywd.uscourts.gov/alternative-dispute-resolution(KM) (Entered: 09/23/2019) |
| 10/01/2019 | 33 | 26 | STIPULATION *and Proposed Scheduling Order* by 22nd Century Group, Inc., John T Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) (Entered: 10/01/2019) |
| 10/04/2019 | 34 | 27 | TEXT ORDER re 26 Stipulation. The parties have proposed a scheduling order regarding the filing of an amended complaint and subsequent motion to dismiss. The schedule proposes lengthy time periods between deadlines, some as long as two months, without providing any explanation as to why such extended deadlines are necessary. The parties are instructed to provide the Court with an explanation for why they propose these extended deadlines on or before 10/7/2019. Upon consideration of the parties' explanations, the Court will issue a scheduling order setting deadlines for the filing of an amended complaint and responsive pleadings. SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 10/4/2019. (KAC) (Entered: 10/04/2019) |
| 10/04/2019 | 35 | 28 | NOTICE of Appearance by Jeremy A. Lieberman on behalf of Garden State Tire Corp., Stephens Johnson, Joseph Noto (Lieberman, Jeremy) (Entered: 10/04/2019) |
| 10/07/2019 | 36 | 29 | REPLY/RESPONSE to re 27 Text Order,, - *Joint Application for Approval of Proposed Schedule* filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Lieberman, Jeremy) (Entered: 10/07/2019) |
| 10/09/2019 | 37 | 30 | TEXT ORDER. The Court has reviewed the parties' 29 Joint Application for Approval of the Proposed Schedule, and approves the dates set forth therein subject to the conditions set forth herein.<br><br>An amended complaint must be filed on or before November 19, 2019.<br><br>The briefs regarding any motion to dismiss are to be "bundled" as follows: The moving party will prepare its motion in accordance with the applicable Local |

8

|  |  |  |  | and Federal Rules of Civil Procedure. The notice of motion <u>shall not contain a return date</u>. The moving papers shall be served on all parties on or before January 29, 2020, <u>but only a copy of the movants cover letter shall be filed</u> via CM/ECF, and designated as a Letter. The filing of the cover letter within the prescribed time period shall constitute timely filing of the motion as required by Federal Rule of Civil Procedure 5(d)(1).<br><br>Opposition papers shall be served on all parties on or before March 30, 2020, <u>but only a copy of the opponent's cover letter shall be filed</u> via CM/ECF, and designated as a Letter. Reply papers shall be served on or before April 29, 2020, with only a copy of the cover letter filed via CM/ECF, and designated as a Letter. The filing of these aforementioned cover letters, like the cover letter with the initial motion, shall constitute timely filing of opposition and reply papers.<br><br>Within five days after the motion has been fully briefed, the moving party will file <u>all</u> of the papers on CM/ECF, and cause one hard courtesy copy thereof to be delivered to Chambers, together with a cover letter listing each document submitted. Each paper shall be clearly denominated when docketing on CM/ECF as a motion, memorandum, etc.<br><br>Failure to abide by the bundling as set forth herein shall result in the motion being terminated without prejudice to refiling in compliance therewith.<br><br>NO FURTHER EXTENSIONS OF THE DEADLINES SET FORTH HEREIN SHALL BE GRANTED.<br><br>SO ORDERED. Signed by Hon. Elizabeth A. Wolford on 10/9/2019. (KAC) (Entered: 10/09/2019) |
| 11/15/2019 | 38 |  |  | ATTENTION CORPORATION PLAINTIFFS/DEFENDANTS: All Corporate Disclosure Statements pursuant to Fed.R.Civ.7.1(b) are to be filed within seven(7) days of this notice. (MD) (Entered: 11/15/2019) |
| 11/19/2019 | 39 | 31 | | AMENDED COMPLAINT against 22nd Century Group, Inc., John T Brodfuehrer, Henry Sicignano III, filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto.(Calandra, Brian) (Entered: 11/19/2019) |
| 11/20/2019 | 40 | 32 | | Corporate Disclosure Statement by 22nd Century Group, Inc.. (Friedman, Jonathan) (Entered: 11/20/2019) |
| 01/03/2020 | 41 | 33 | | TEXT ORDER REASSIGNING CASE to the Hon. John L. Sinatra, Jr. Signed by Mary C. Loewenguth, Clerk of Court, on January 3, 2020. (JMM) (Entered: 01/03/2020) |
| 01/27/2020 | 42 | 34 | | MOTION to appear pro hac vice *for John A. Tucker, Esq.* ( Filing fee $ 150 receipt number 0209-3719416.) by 22nd Century Group, Inc., John T |

8

| | | | |
|---|---|---|---|
| | | | Brodfuehrer, Henry Sicignano III. (Attachments: # 1 Admission by Petition, # 2 Affidavit, # 3 Attorney's Oath, # 4 Civility Principles Oath, # 5 Attorney Database & Electronic Case Filing Registration Form)(Ritter, Charles) (Entered: 01/27/2020) |
| 01/28/2020 | 343 | | E-Filing Notification: 34 MOTION to appear pro hac vice *for John A. Tucker, Esq.* E-Filing Notification: The Court's forms must be used found on our website at www.nywd.uscourts.gov or if retyped be identical. Action required: please resubmit the following forms using the Continuation of Exhibits event for each Attorney seeking Pro Hac Vice admission: Sponsoring Affidavit (MD) (Entered: 01/28/2020) |
| 01/29/2020 | 44 | 35 | CONTINUATION OF EXHIBITS to E-Filing Notification, *Sponsoring Affidavit*. (Ritter, Charles) (Entered: 01/29/2020) |
| 01/29/2020 | 45 | 36 | Letter filed by John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. as to John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. *Motion to Dismiss Amended Class Action Complaint*. (Friedman, Jonathan) (Entered: 01/29/2020) |
| 01/30/2020 | 46 | | Verified admission to the Florida State Bar for Attorney John A. Tucker. (MD) (Entered: 01/30/2020) |
| 01/31/2020 | 47 | 37 | TEXT ORDER. IT IS HEREBY ORDERED that the 34 Motion for Pro Hac Vice Admission of John A. Tucker, Esq., is GRANTED. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 1/31/2020. (KEF)<br><br>-CLERK TO FOLLOW UP- (Entered: 01/31/2020) |
| 03/30/2020 | 48 | 38 | Letter filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto as to John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. *Letter to the Hon. John L. Sinatra, Jr. re: confirming Plaintiffs have served their opposition to Defendants motion to dismiss on Defendants counsel.*. (Calandra, Brian) (Entered: 03/30/2020) |
| 04/29/2020 | 49 | 39 | Letter filed by John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. as to John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. *Confirming Defendants have served their reply in support of their motion to dismiss on counsel for Plaintiffs*. (Friedman, Jonathan) (Entered: 04/29/2020) |
| 05/01/2020 | 50 | 40 | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM in re 31 Amended Complaint by 22nd Century Group, Inc., John T Brodfuehrer, Henry Sicignano III.(Friedman, Jonathan) Modified on 5/4/2020 (JHF). (Entered: 05/01/2020) |
| 05/01/2020 | 51 | 41 | MEMORANDUM in Support re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by 22nd Century Group, Inc., John T Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) (Entered: 05/01/2020) |

| 05/01/2020 | 52 | 42 | DECLARATION in Support signed by Jonathan Friedman re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Friedman, Jonathan) Modified on 5/4/2020 (JHF). Modified on 5/5/2020 to correct name of signatory (SG). (Entered: 05/01/2020) |
| --- | --- | --- | --- |
| 05/01/2020 | 53 | 43 | MEMORANDUM in Opposition re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Friedman, Jonathan) (Entered: 05/01/2020) |
| 05/01/2020 | 54 | 44 | DECLARATION in Support signed by Brian Calandra re 43 Memorandum in Opposition to Motion filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3) (Friedman, Jonathan) Modified on 5/4/2020 (JHF). (Entered: 05/01/2020) |
| 05/01/2020 | 55 | 45 | REPLY in Support to re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by 22nd Century Group, Inc., John T Brodfuehrer, Henry Sicignano III. (Friedman, Jonathan) Modified on 5/4/2020 (JHF). (Entered: 05/01/2020) |
| 05/04/2020 | 56 | | E-Filing Notification: Clerk revised docket of 40 , 42 , 44 and 45 to clarify the filing events. (JHF) (Entered: 05/04/2020) |
| 05/05/2020 | 57 | | E-Filing Notification: 42 DECLARATION in Support signed by Jonathan Friedman re 40 MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM Modified on 5/5/2020 to correct name of signatory (SG). (SG) (Entered: 05/05/2020) |
| 06/25/2020 | 58 | 46 | TEXT ORDER re 40 Motion to Dismiss for Failure to State a Claim: Oral Argument set for 7/31/2020, at 10:00 AM in U.S. Courthouse, 2 Niagara Square, Buffalo, NY 14202-3350 before Hon. John L. Sinatra, Jr. SO ORDERED. Issued by Hon. John L. Sinatra, Jr. on 6/24/2020. (KEF) (Entered: 06/25/2020) |
| 07/31/2020 | 59 | 47 | Minute Entry for proceedings held before Hon. John L. Sinatra, Jr.: Oral Argument held by Zoom for Government on 7/31/2020 re Defendants' 40 Motion to Dismiss for Failure to State a Claim. Court orders parties to submit, by letter, citations to any cases not already cited in briefs. Letters due by 8/7/2020. Parties to file a stipulation to change the court caption to accurately reflect party roles as previously ordered by the originating court. Appearances. For Lead Plaintiff (22nd Century Investor Group): Brian Calandra. For Defendants: John A. Tucker, Charles C. Ritter, Jr., Jonathan Hale Friedman, and Heather Lee. (Court Reporter Bonnie Weber) (KLH) (Entered: 07/31/2020) |
| 08/06/2020 | 60 | 48 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Proceedings, held on July 31, 2020, before the Honorable John L. Sinatra, Jr. Court |

| | | | |
|---|---|---|---|
| | | | Reporter/Transcriber Bonnie S. Weber, Contact Info Bonnie_Weber@nywd.uscourts.gov. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/27/2020. Redacted Transcript Deadline set for 9/8/2020. Release of Transcript Restriction set for 11/4/2020. (Weber, Bonnie) (Entered: 08/06/2020) |
| 08/07/2020 | 61 | 49 | Letter filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto as to John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. . (Calandra, Brian) (Entered: 08/07/2020) |
| 08/07/2020 | 62 | 50 | STIPULATION *AND [PROPOSED] SCHEDULING ORDER REGARDING AMENDED COMPLAINT AND PLEADINGS OR MOTIONS* by Garden State Tire Corp., Stephens Johnson, Joseph Noto. (Calandra, Brian) (Entered: 08/07/2020) |
| 08/07/2020 | 63 | 51 | Letter filed by John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. as to John T Brodfuehrer, Henry Sicignano III, 22nd Century Group, Inc. . (Friedman, Jonathan) (Entered: 08/07/2020) |
| 08/10/2020 | 64 | 52 | ORDER re 50 Stipulation filed by Garden State Tire Corp., Stephens Johnson, Joseph Noto. The Clerk of Court is directed to update the docket to reflect the amended caption, which appears on page 2 of this so-ordered stipulation. The Court notes that this so-ordered stipulation uses "Plaintiffs" in the amended caption, which differs from Dkt. 50. Signed by Hon. John L. Sinatra, Jr. on 8/10/2020. (KEF)<br><br>-CLERK TO FOLLOW UP- (Entered: 08/10/2020) |
| 08/11/2020 | 65 | | Remark: Pursuant to 52 Order, Clerk updated the case caption to reflect the amended caption on page 2 of 52 ORDER. (JHF) (Entered: 08/11/2020) |
| 01/14/2021 | 66 | 53 | ORDER granting 40 Motion to Dismiss for Failure to State a Claim and dismissing the amended complaint, with prejudice. The Clerk of Court shall close this case. Signed by Hon. John L. Sinatra, Jr. on 1/14/2021. (KEF)<br><br>-CLERK TO FOLLOW UP- (Entered: 01/14/2021) |
| 01/15/2021 | 67 | 54 | JUDGMENT in favor of 22nd Century Group, Inc., Henry Sicignano, III, John T. Brodfuehrer against Garden State Tire Corp., Joseph Noto, Stephens Johnson. Amended Complaint is dismissed. Signed by Mary C. Loewenguth, Clerk of Court on 1/15/2021. (LMD) (Entered: 01/15/2021) |
| 02/12/2021 | 68 | 55 | NOTICE OF APPEAL as to 53 Order on Motion to Dismiss for Failure to State a Claim, 54 Judgment, by Garden State Tire Corp., Stephens Johnson, Joseph Noto. Filing fee $ 505, receipt number 0209-4149652. (Lieberman, Jeremy) (Entered: 02/12/2021) |

8

| 02/16/2021 | 69 | | E-Filing Notification: RE 55 NOTICE OF APPEAL. Pursuant to Local Rule 12.1 of the US Court of Appeals for the Second Circuit, Forms C and D must be completed within 14 days after the filing of a notice of appeal. Forms C and D can be obtained at www.ca2.uscourts.gov (Lieberman, Jeremy) (BK) (Entered: 02/16/2021) |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 26, 2021, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties whose counsel has appeared in this action, by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Brian Calandra*
Brian Calandra

1