**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**

JOSEPH NOTO, GARDEN STATE TIRE CORP.,
and STEPHENS JOHNSON, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

22ND CENTURY GROUP, INC., HENRY
SICIGNANO, III, and JOHN T.
BRODFUEHRER,

Defendants,

Case No. 1:19-cv-01285-JLS

**ORAL ARGUMENT REQUESTED**

**NOTICE OF DEFENDANTS' MOTION TO DISMISS**
**AMENDED CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, Declaration of Jonathan H. Friedman, and exhibits thereto, Defendants will move this Court, at a date and time convenient for the Court, before the Honorable John L. Sinatra, Jr., United States District Judge, at the Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, New York 14202, for an Order dismissing Plaintiffs' Amended Class Action Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).

Dated: August 8, 2022

Respectfully submitted,

FOLEY & LARDNER LLP

   */s/ Jonathan H. Friedman*

Jonathan H. Friedman
90 Park Avenue
New York, NY 10016
Telephone: 212-338-3416
Email: jfriedman@foley.com

John A. Tucker (admitted *pro hac vice*)
1 Independent Drive
Jacksonville, FL 32202
Telephone: 904-633-8924
Email: jtucker@foley.com

and

Charles C. Ritter, Jr.
DUKE, HOLZMAN, PHOTIADIS
& GRESENS LLP
701 Seneca Street, Suite 750
Buffalo, NY 14210
Telephone: (716) 855-1111
Email: critter@dhpglaw.com

*Counsel for Defendants*