**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK**

JOSEPH NOTO, GARDEN STATE TIRE CORP.,
and STEPHENS JOHNSON, Individually and on
Behalf of All Others Similarly Situated,

Plaintiff,

vs.

22ND CENTURY GROUP, INC., HENRY
SICIGNANO, III, and JOHN T.
BRODFUEHRER,

Defendants,

Case No. 1:19-cv-01285-JLS

**ORAL ARGUMENT REQUESTED**

**DECLARATION OF JONATHAN H. FRIEDMAN IN SUPPORT OF DEFENDANTS'
MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT**

I, Jonathan H. Friedman, hereby declare:

1.      I am an attorney with the law firm Foley & Lardner LLP, counsel for Defendants 22nd Century Group, Inc. ("22nd Century"), Henry Sicignano, III, and John T. Brodfuehrer. I respectfully submit this declaration in support of Defendants' motion to dismiss to place before the Court certain documents that are referenced in the Complaint or are of public record.

2.      Attached hereto are true and correct copies of the following documents:

a.      Exhibit 1 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-K for the 2015 fiscal year, filed on February 18, 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

b.      Exhibit 2 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the first quarter of 2016, filed on May 10, 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

c.    Exhibit 3 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the second quarter of 2016, filed on August 9, 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

d.    Exhibit 4 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-Q for the third quarter of 2016, filed on November 8, 2016, with highlighting added to denote portions cited in Defendants' memorandum of law.

e.    Exhibit 5 hereto is a true and correct copy of 22nd Century's SEC filing on Form 10-K for the 2016 fiscal year, filed on March 8, 2017, with highlighting added to denote portions cited in Defendants' memorandum of law.

f.    Exhibit 6 hereto is a true and correct copy of the article titled "22nd Century Group – FOIAs Reveal Suspected Undisclosed SEC Investigation" that is visible on the *Seeking Alpha* website (last accessed July 27, 2022), indicating that it was posted at 12:00 p.m. on October 25, 2018. This article is cited throughout the Amended Complaint.

g.    Exhibit 7 hereto is a true and correct copy of the hourly intraday stock prices for 22nd Century's stock (XXII) on October 25, 2018, as obtained from Barchart.com on August 8, 2022. Rows 2 through 8 list data for the hour beginning with the time listed in Column A. Column B lists the price of the first trade of the hour, Column C lists the highest price at which the stock traded during the hour, Column D lists the lowest price at which the stock traded during the hour, and Column E lists the last price at which the stock traded before the end of the hour. Column F lists the dollar amount of the change from the last price of the prior hour (the column E value for the preceding hour) to the last price of the indicated hour.

For example, the last traded price in the 11:00 a.m. hour (immediately before noon) was $2.46 as listed in cell E6, and the last traded price during the noon hour was $2.465 as listed in cell E5; the value of 0.005 in cell F5 is the difference between these two trading prices expressed in dollars, showing the increase in trading value from immediately before noon until immediately before 1:00 p.m. Column G reflects the change listed in Column F expressed as a percentage. Column H lists the trading volume during the hour.

h.      Exhibit 8 hereto is a true and correct copy of the article titled "22nd Century: Key Patents Behind MRTP And PMTA Applications Have Expired!" that is visible on the *Seeking Alpha* website (last accessed July 27, 2022), indicating that it was posted on April 17, 2019. This article is cited throughout the Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 8, 2022 in New York, New York.

    *Jonathan H. Friedman*
    Jonathan H. Friedman