# Exhibit 7

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | Time | Open | High | Low | Last | Change | %Chg | Volume |
| 2 | 10/25/2018 15:00 | 2.4811 | 2.4901 | 2.4114 | 2.45 | -0.04 | -1.61% | 633517 |
| 3 | 10/25/2018 14:00 | 2.46 | 2.5 | 2.42 | 2.49 | 0.0389 | 1.59% | 237214 |
| 4 | 10/25/2018 13:00 | 2.46 | 2.48 | 2.4 | 2.4511 | -0.0139 | -0.56% | 310841 |
| 5 | 10/25/2018 12:00 | 2.4698 | 2.51 | 2.3479 | 2.465 | 0.005 | 0.20% | 1349821 |
| 6 | 10/25/2018 11:00 | 2.495 | 2.5 | 2.46 | 2.46 | -0.0361 | -1.45% | 260510 |
| 7 | 10/25/2018 10:00 | 2.45 | 2.5 | 2.37 | 2.4961 | 0.0511 | 2.09% | 709452 |
| 8 | 10/25/2018 9:00 | 2.56 | 2.56 | 2.35 | 2.445 | -0.1051 | -4.12% | 1057420 |
| 9 | Downloaded from Barchart.com as of 08-08-2022 12:14pm CDT | | | | | | | |