# Exhibit 8

Seeking Alpha$^\alpha$

**Short Ideas | Healthcare**

# 22nd Century: Key Patents Behind MRTP And PMTA Applications Have Expired!

Apr. 17, 2019 10:00 AM ET42 comments  | 4 Likes

by: Fuzzy Panda

## Summary

- XXII's key QPT patents behind the tobacco used in their MRTP & PMTA applications started expiring in 2018.

- QPT expired patents are the essential patents behind the Vector 21-41 tobacco. In our opinion, the Patent Expiration explains why BAT was not willing to pay even $3m for exclusivity.

- Big Tobacco can produce a similar plant to XXII now. Major tobacco companies already have a plethora of low-nicotine tobacco patents and can adhere to FDA low-nicotine standards.

- Lawsuit accusing XXII and CEO Henry Sicignano of stealing and copying the intellectual property of Global Tobacco LLC.

- XXII was exposed by Sharesleuth as having fake positive article written about them, engaging in paid stock promotion, a 7a) exemption to deny an FOIA reveal a likely SEC investigation.

We discovered that the most important patents in XXII's patent portfolio have now expired. In fact, some of them expired back in 2018!

From the evidence we uncovered, we believe that these expired patents (the QPT family of patents) are the primary patents behind the Brand A/VLN (very low nicotine) cigarettes. Those who have been tracking XXII for a while know that Brand A/VLN Cigs are the exact same cigarettes that XXII submitted their FDA applications for their MRTP (Modified Risk Tobacco Product) and PMTA (Premarket Tobacco Product Applications). This patent expiration is important because it means that even if XXII were successful in getting FDA approvals, then Big Tobacco companies would be able to come out with similar products by developing their own tobacco plant strain using the expired patents.

Explore Premium Features

These patent expirations finally explain why British American Tobacco walked away from their XXII license agreement 2 years ago, in my opinion. As a reminder, it would've cost BAT only $3 million in license fees for what XXII says is "game changing technology." BAT evidently didn't think it was worth the cost and now we know why.

## Essential Patents Expired! (QPT Patent Family started expiring in 2018)

XXII's disclosed in the 2017 10-K that the QPT patent family started expiring in 2018. When you think QPT Patents, we want you to realize that these are the essential patents behind Brand A/VLN Cigarettes for which XXII filed their MRTP and PMTA applications.

From **2017 10-K pg 12:**

> **Our patent protection relation to the QPT gene expires in 2018. The expiration of the QPT patent family will give third-parties the freedom to target to the QPT gene in experiments…"**

> Our patent protection relating to the QPT gene expires in 2018. The expiration of the QPT patent family will give third-parties the freedom to target the QPT gene in experiments to try to reduce nicotine levels in tobacco plants to levels that may satisfy the planned new nicotine reduction regulations coming from the FDA. There can be no assurance about whether any third-parties will or will not be successful in such efforts and/or how long or short in time such efforts will entail. If our competitors are able to successfully reduce nicotine levels in tobacco plants without violating our patent protections, our ability to license our technology would be negatively impacted and we would likely face increased competition.

**Brand A/VLN cigarettes are used in MRTP & PMTA Applications:**

We will first show below that Brand A/VLN (aka Spectrum cigarettes) are the cigarettes that XXII's MRTP and PMTA applications are based on. Then we will show that the QPT patent family is the essential patents group behind Vector 21-41 tobacco, which we believe is the tobacco used in Brand A Cigarettes.

> *On December 27, 2018, 22nd Century submitted to the FDA the Company's MRTPA for its BRAND A product under the proposed brand name of VLNTM cigarettes…*
> ***The MRTPA states that 22nd Century's proposed VLNTM cigarettes are the same as the lowest nicotine content style of the Company's SPECTRUM® research cigarettes.***

*Source - (March 6, 2019 press release)*

Also shown on Pg 9 2018 10-K:

FDA's plan to dramatically reduce nicotine in cigarettes is technologically feasible. Since our proprietary VLNC tobacco has been the subject of numerous completed and on-going independent clinical studies, we are investigating the potential use of our VLNC tobacco in our own products that will be intended to comply with the new FDA regulations, as well as we are investigating the potential license of the use of our VLNC tobacco by third-parties. In the United States, we will focus on working with the FDA on its nicotine reduction mandate and on our Premarket Tobacco product application ("PMTA") and our Modified Risk Tobacco Product application ("MRTPA") that we submitted to the FDA in December 2018 for our *BRAND A* Very Low Nicotine Content cigarettes with product labeling that includes the proposed brand name of VLN$^{TM}$ and states that the VLN$^{TM}$ product has 95% less nicotine than conventional cigarettes. Outside the United States, we will focus on working with WHO-member countries that desire to utilize our proprietary VLNC tobacco to implement the WHO recommendation of limiting the sale of cigarettes to brands with a nicotine content that is not sufficient to lead to development and/or maintenance of addiction.

Brand A cigarettes, Spectrum, and VLN cigarettes are the same:

On December 5, 2018, we submitted a Premarket Tobacco Application ("PMTA") with the FDA seeking authorization to commercialize the Company's "*BRAND A*" cigarette products under the proposed brand name VLN$^{TM}$ (the product name is subject to FDA approval). 22nd Century's proposed VLN$^{TM}$ cigarettes – the subject of the PMTA – are made with 22nd Century's proprietary VLN$^{TM}$ tobacco and, as a result, contain very low levels of nicotine. A PMTA marketing order is a prerequisite to commercializing any new tobacco product in the United States. 22nd Century's proposed VLN$^{TM}$ cigarettes are modeled after the Company's VLNC SPECTRUM® research cigarettes. 22nd Century's PMTA for the proposed VLN$^{TM}$ brand cigarettes references more than 50 independent studies conducted using the Company's proprietary SPECTRUM® research cigarettes. The World Health Organization ("WHO") Study Group on Tobacco Product Regulation has recommended that all member countries limit the nicotine content of cigarettes to the level found in our VLNC SPECTRUM® cigarettes.

(pg 37 of 2018 10-K)

## Tobacco for Spectrum/Brand A cigarettes (Vector 21-41) comes from the expired QPT patents:

The problem for XXII is that the tobacco used in Spectrum and Brand A cigarettes is believed to be from a tobacco plant called Vector 21-41. The Vector 21-41 tobacco plant was developed (pg. 16) at North Carolina State University by Dr. Mark Conkling. The Vector 21-41 works by suppressing the QPTase gene. The Vector 21-41 plant was developed from the same QPT patent family that just expired in 2018.

## GMO Tobacco - Vector 21-41

- Commercial scale production has not been validated
- Vector 21-41 is believed to be a major component of SPECTRUM® cigarettes
- Available research indicates poor taste negatively influences adult smoking perception and behavior
  (S. Dolan et.al., SRNT abstract, 2018)
- Nardone *et.al.*, reported 78% non-compliance in clinical studies
  (Nardone N et.al., Addiction, 2016)
- Impact of Vector 21-41 on HPHCs in conventional cigarettes has not been determined



Altria
Altria Client Services

Altria Client Services | Lionel DeLoach | September 17, 2018 | Final | TSRC 2018 | 12

*Source - Altria Presentation on Nicotine Reduction - slide 12*

Background on Vector 21-41 tobacco from Department of Agriculture filing:

II.    BACKGROUND

A. Development of Vector 21-41 tobacco.

The Vector 21-41 reduced-nicotine tobacco was developed at the North Carolina State University, Department of Genetics under a research grant to Dr. Mark Conkling from a private company called Alternative Cigarettes. Vector Group, the parent company of Vector Tobacco (USA) Ltd.[1] and the Liggett Group cigarette company, has sublicensed the technology with the intent of producing cigarettes or other tobacco products that will help smokers to reduce or quit

Page 16 - Vector 21-41 Department of Agriculture

Disclosure in the 2018 10-K also shows that that Vector 21-41 tobacco plant was developed using these now expired QPT patents:

Our Vector 21-41 VLNC tobacco plants with the QPT Modification"

We have extensive patent protection and exclusive rights covering tobacco plants with altered nicotine content produced from modifying expression of certain genes in the tobacco plant, including NBB, QPT, A622, MPO and several transcription factor genes, and tobacco products produced from these plants. A portion of the QPT patent family expired in 2018, and the remainder of the QPT patent family is expected to expire in 2020, although a Brazilian application of the family, now under appeal, could expire later if granted. The majority of our other patent families related to nicotine biosynthesis are expected to expire between 2021 and 2036, with certain extensions of terms in the U.S. applications resulting from patent term adjustments at the U.S. Patent and Trademark Office. (A "patent family" is a set of patent applications and patents, filed in various countries, that relate back to at least one common earlier application.). Our Vector 21-41 VLNC tobacco plants with the QPT modification are also protected by plant variety protection ("PVP") through 2023, which further restricts third-parties from using such plants.

**More proof that Vector 21-41 comes from the QPT gene modifications.**

The approved application for the Vector 21-41 tobacco strain by the International Service for the Acquisition of Agri-Biotechs Applications specifically references modifying the QPT gene.

**Event Name: Vector 21-41**

Event Code : not available
Trade Name: not available

Crop: _Nicotiana tabacum L. - Tobacco_

| Basic Information | Authorizations | Documents and Links |

Developer:
Vector Tobacco Inc. (USA)

**Method of Trait Introduction:**
_Agrobacterium tumefaciens_-mediated plant transformation

**GM Trait s :**
Nicotine reduction , Antibiotic resistance

**Commercial Trait:**
(Singular)  Modified Product Quality

**Summary of Basic Genetic Modification**

| Gene Introduced | Gene Source | Product | Function |
|---|---|---|---|
| NtQPT1 (antisense) | _Nicotiana tabacum_ | antisense RNA of quinolinic acid phosphoribosyltransferase (QPTase) gene; no functional QPTase enzyme is produced | suppresses the transcription of the QPTase gene, thereby reducing the production of nicotinic acid, a precursor for nicotine |
| nptII * | _Escherichia coli_ Tn5 transposon | neomycin phosphotransferase II enzyme | allows transformed plants to metabolize neomycin and kanamycin antibiotics during selection |

* : Selection Marker/Reporter

# QPT Patents are expiring!

**QPT Patent Family -** This group of patents is focused on genetically altering the DNA encoding on the QPT enzyme in order to lower the nicotine level that the plants produce. The tobacco for XXII's VLN/Brand A cigarettes is produced primarily using these patents. We have emailed management to confirm this and given them over 2 weeks to respond, but they have still not responded.

According to the below chart and the patent database, there are 8 patents that consist of the QPT Patent Family. The first issued ones and most important ones expired in 2018 and 3 other ones we have found expire later in 2019,starting next month (XXII management suggests that some patents expire in 2020, but we weren't able to identify those). The expiration of the patents in 2018 allows big tobacco companies to start working on developing a low nicotine tobacco strain based on modifying the QPT gene if they want to.

## 22nd Century IP Related to Very Low Nicotine Tobacco

| PATENT FAMILY | Assignee | Exclusive Licensee | International Application with hyperlinks | U.S. Patent/ Application with hyperlinks | Countries Patents Granted | Region/Countries* Patent Applications |
|---|---|---|---|---|---|---|
| QPT (Reducing alkaloids) | NCSU | 22nd Century | WO 1998/056923 | 6586661** | 68 | India, Brazil |
| Reduced TSNAs | NCSU | 22nd Century | WO 2002/100199 | 6,907,887 | 6 | |
| NBB1 & A622 (Reducing Alkaloids) | 22nd Century | | WO 2006/109197 | 8,791,329 | 23 | ARIPO plus 8 countries |
| MPO (Reducing alkaloids)*** | 22nd Century | | N/A | 9,102,948 | 1 | U.S. |
| MPO (Reducing alkaloids)*** | 22nd Century | | WO 2008/020333 | 8,410,341 | 2 | U.S., Canada, China, Hong Kong |
| Transcription Factors*** | 22nd Century | | WO 2009/063312 | 8,822,757 | 2 | U.S., Canada, China, Hong Kong |
| Transcription Factors*** | NCSU | 22nd Century | WO 2014/134354 | 20140246036 | 0 | U.S. plus 12 countries |
| Reduced Exposure Tobacco Products | 22nd Century | | WO 2005/018307 | 20070034220 | 19 | U.S. plus 5 countries |
| Non-addictive Tobacco Products | Berger | 22nd Century | N/A | 5,713,376 | 1 | 0 |

*Source* - Patent Estate - Heracles Pharmaceuticals Has Over 200 Issued Patents

Patents - 6,423,520; 6,586,661; 7,425,670; 7,605,308; 7,645,925 - All expired in 2018

Patent - 7,304,200 - Expires July 29, 2019; 7,408,098 - Expires May 15, 2019; 7,795,509 - Expires Nov 28, 2019

In their 2018 10-K, XXII management admits that the expiration of the QPT Patent Family will allow third parties to target the QPT gene and work on developing their own tobacco plant that would be similar to the Vector 21-41 plant.

The creation and production of unique tobacco plants with agronomic traits of VLNC levels, with sufficiently high germination rates and sufficiently large plant yields at harvest, among many other desirable qualities, are necessary for the plants to be sufficiently reliable to be planted at commercial scale. The expiration of a portion of the QPT patent family in 2018 provides third parties with the freedom to target the QPT gene in the tobacco plant, but such targeting of the QPT gene alone does not mean that a third party will be successful in creating a tobacco plant with altered levels of nicotine. The freedom to target the QPT gene means that a third party may conduct scientific experiments to try to discover how to alter or affect the QPT gene in ways that may or may not result in a change in nicotine levels in the tobacco plant. If a third party is able subsequently to learn, over time, how to utilize the QPT gene to alter nicotine levels in the tobacco plant, then such third party would still need to develop and create a unique tobacco plant with *very low* levels of nicotine (not just a "reduced nicotine" plant), which would involve, among many other things, multiple plantings over multiple generations of the plants to try to create stable and reliable VLNC plants, with no assurance that any third party could be successful in such efforts. We believe that targeting of the QPT gene alone will not result in a VLNC tobacco plant and, hence, that other genes will have to be targeted in the tobacco plant, possibly (and we believe likely) including genes and other intellectual property for which we have continuing patent protection that would need to be used, in combination with QPT to result in VLNC tobacco. However, if a third party is able, over time, to develop a tobacco plant with very low levels of nicotine, then the third party still would need to develop a VLNC plant with sufficiently high germination rates and sufficiently large plant yields at harvest for the plant to be sufficiently reliable to be planted in large quantities to support its use at commercial scale, which again would involve, among many other things, multiple plantings over multiple generations of the plants to determine the reliability and stability of the germination rates and plant yields at harvest.

FY 2018 - 10-K Pg 13

Based on XXII's unwillingness to disclose bad news, we do not expect them to confirm for investors or acknowledge on conference calls how important the expiration of the QPT patents are.

## Competition - Big Tobacco already has low-nicotine patents:

As XXII admits, any tobacco company can make low nicotine cigarettes using the exact same methods as XXII via QPT gene modification, provided they wanted to. They cannot use the exact same Vector 21-41 plant in their cigarettes until 2023 due to it being under "Plant Variety Protection," but if they wished to, they could use the same methods to modify the QPT gene in order to develop their own new plant varietal. As we illustrated in our initial article on XXII "22nd Century - Cutting through the Smoke & Hype - 75% downside," Big Tobacco companies do not need the Vector 21-41 plant as they have all been capable of growing low nicotine tobacco for a while and already have very robust low nicotine patent portfolios.

Recent developments confirm that Big Tobacco has other means of meeting the FDA's low nicotine tobacco requirements if those regulations come into effect.

**RJ Reynolds** presentation (slides 10-20) from September 2018 shows 7 cases including Vector 21-41 where researchers were able to reduce nicotine content by over 90%.

1. Vector 21-41 (2001): 92.5% nicotine reduction
2. Wang (2008): 97% nicotine reduction
3. Shoji & Hashimoto (2003): 93% to 97% nicotine reduction
4. DeBoer (2009): 96.2% nicotine reduction
5. Lewis (2015): 94% nicotine reduction
6. Shoji & Hashimoto (2011): 99% to 97% nicotine reduction
7. Kato (2014): 95% nicotine reduction

**British American Tobacco** just published a new patent (WIPO Patent # WO 2018/237107 Al) in December 2018 for their own low nicotine tobacco plant.

SUMMARY OF THE INVENTION

It has been surprisingly found that by modulating the activity or expression of a *Nicl ERF* gene as taught herein, the alkaloid content of plants can be modulated. Thereby tobacco products with modulated alkaloid content and commercially desirable traits sought after by consumers of tobacco products can be produced. in some instances, consumers may desire a product with low levels of alkaloid content e.g. low levels of nicotine content.

(12) INTERNATIONAL APPLICATION PUBLISHED UN

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
27 December 2018 (27.12.2018)

W!PO | P

(51) **International Patent Classification:**
C12N 15/82 (2006.01)    A24B 13/00 (2006.01)
A01H S/12 (2018.01)    A24B 15/16 (2006.01)
A24B 3/12 (2006.01)

(21) **International Application Number:**
PCT/US20 18/038679

(22) **International Filing Date:**
2 1 June 2018 (21 .06.2018)

(25) **Filing Language:**    English

(26) **Publication Language:**    English

(30) **Priority Data:**
62/524,216    23 June 2017 (23.06.2017)    US

(71) **Applicant:** UNIVERSITY OF KENTUCKY RESEARCH FOUNDATION [US/US]; 144 ASTeCC Building, Lexington, Kentucky 40506-0286 (US).



(72) **Inventors:** HUMPHRY, Matthew Edward; c/o British American Tobacco (Investments) Limited, c/o Globe House, 1 Water Street, London WC2R 3LA (GB). YANG, Shengming; c/o University of Kentucky Research Foundation, 144 ASTeCC Building, Lexington, Kentucky 40506-0286 (US). QIN, Qiulin; c/o University of Kentucky

**Altria** (NYSE:MO) recently presented at CORESTA (**Co**operation Centre for Scientific **Res**earch Relative to **T**ob**a**cco) and reported results for a 95% nicotine reduction. (links here, here & here)

*CORESTA Meeting, Agronomy/Phytopathology, 2017, Santa Cruz do Sul, AP 12*

## Genetic and biochemical analysis of low alkaloid lines with improved leaf quality

KUDITHIPUDI C.(1); QI D.(1); SHEN Y.(1); PAYYAVULA R.(2); XU D.(1); WAREK U.(1); STRICKLAND J.A.(1)

*(1) Altria Client Services LLC, Research, Development and Regulatory Affairs, Richmond, VA, U.S.A.; (2) Eurofins Lancaster Laboratories, c/o Altria Client Services LLC, Research, Development and Regulatory Affairs, Richmond VA23219, U.S.A.*

Nicotine is the most abundant alkaloid in cultivated tobacco (*Nicotiana tabacum*), typically constituting more than 90 % of total alkaloids. Genetic control of nicotine biosynthesis in tobacco and subsequent development of low alkaloid traits has been derived historically from nic1/nic2 mutant lines. However, the quality of cured leaf from these mutant lines is commercially undesirable. Our research showed that nicotine levels in Putrescine N-methyltransferase (PMT) RNAi and PR50-RNAi lines were reduced more than 95 % and 80-90 %, respectively. Both RNAi lines had significantly better leaf grade index after curing compared to nic1/nic2 mutant controls. Using gene editing technology, mutant PMT and PR50 lines were generated and correlations of alkaloid levels with various mutated PMT isogenes were evaluated. In addition, RNA seq and metabolomics studies were performed on the different low alkaloid lines having a range of leaf quality scores. LA Bu21, which is a nic1/nic2 deleted mutant, had a strongly differentiated alkaloid metabolic profile compared to PMT or PR50 RNAi lines. PR50 RNAi lines are relatively closer to controls in their metabolite profiles compared to PMT RNAi and LA Bu21 lines. These results are consistent with PR50 RNAi leaf grade index. In conclusion, nic1nic2 deletion impacts large number of metabolites resulting in poor leaf quality, whereas targeted gene reduction has minimal impact on metabolites and leaf quality.

## BAT wasn't willing to pay $3 MILLION for XXII Patents!

Independent major tobacco company British American Tobacco let its partnership with XXII expire when it would cost only $3 million in license fees over the next two years to have exclusivity over the commercialization of XXII's patent portfolio. In other words, some of the smartest tobacco investors in the world decided that XXII's "tech" is **worth less than a $3m call option.**

If BAT exercises the option for a worldwide Commercial License, BAT is required to pay us $3.0 million in aggregate annual license fees over a 2-year ramp-up period, and thereafter a royalty, subject to annual minimums and maximums contained in the Commercial License, of (i) $100 per metric ton of licensed tobacco that is supplied to, or grown and ready for shipment to, BAT and its affiliates (other than Reynolds American, Inc. and Reynolds' affiliates) and all other third parties; and (ii) $200 per metric ton of licensed tobacco supplied to, or grown and processed by, BAT's affiliate Reynolds American, Inc. and Reynolds' affiliates.

*(Pg 6 - 2016 10-K)*

Here is the September 2017 press release by XXII on BAT not deciding exercise their option to license XXII's patents. (Press Release)

## A recent lawsuit brings into question the ethical standards of XXII's CEO and connects him to Trey Prevost, a felon.

In the lawsuit *Global Tobacco LLC v. 22nd Century Group*, (Case # 2:15-cv-05227-RGK-PJW) Global Tobacco alleges that CEO Henry Sicignano and a man named Trey Prevost have teamed up to steal, copy and capitalize on the existing goodwill of a popular brand of cigars called Clipper. XXII at the direction of Sicignano designed manufactured and sold a

brand of cigars called Cigar Cartel, which were designed to look exactly like a successful competing brand called Clipper Cigars. We believe it shows questionable decision making for the CEO Henry Sicignano to associate himself with Trey Prevost, a man with a history of criminal activity. (WSJ story below)

## THE WALL STREET JOURNAL.

Home    World    U.S.    Politics    Economy    Business    Tech    Markets    Opinion    Life & Arts    Real Estate

# Black Market in Descramblers Is Sunk by Hidden Camera

*By Mark Robichaux Staff Reporter of The Wall Street Journal*
Updated May 12, 1997 12:22 a.m. ET

In a Kenilworth, N.J., warehouse filled with illegal cable-TV boxes, Frank Russo, a suspected kingpin among cable pirates, was asked by an undercover agent if he was afraid of getting caught by the authorities. His reply: "The only way they'll catch me is if they have videotape of me." Nearby, a hidden video-camera silently captured the moment.

. . . .

In all, 15 people, including Mr. Russo and a top accomplice, Trey Prevost, have pleaded guilty to felonies. The inquiry continues and more arrests are expected. Both men face lengthy prison terms and will be sentenced this fall. None of the defendants named in the criminal case would comment on their involvement.

The case was settled out of court, but interestingly XXII now manufactures Clipper cigars for Global Tobacco, and we believe Global Tobacco is one of XXII's largest contract manufacturing customers. Given the nature of the relationship between Global Tobacco and XXII, we think this could explain why the economics on their contract manufacturing business have such terrible gross margins (just 3% in 2018 and -4.3% in 2017) (pg 35 2018 10-k)

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | 2018 | 2017 | 2016 | 2015 | 2014 |
| **Consolidated Statements of Operations and Comprehensive Loss data:** | | | | | |
| Revenue | $ 26,426,347 | $ 16,600,244 | $ 12,279,979 | $ 8,521,998 | $ 528,991 |
| Gross profit (loss) | $ 898,987 | $ (707,912) | $ (429,699) | $ (580,562) | $ 30,555 |
| Operating expenses (1) | $ 23,575,279 | $ 11,644,955 | $ 10,115,968 | $ 10,689,010 | $ 11,302,623 |
| Equity based compensation included in operating expenses | $ 3,187,331 | $ 941,650 | $ 911,382 | $ 3,585,540 | $ 4,524,468 |

See below for a photo of XXII Cartel cigars vs Clipper Cigars from the lawsuit. You can judge for yourself if XXII copied Clipper's intellectual property:

43. True and correct copies of photographs taken of the Clipper Trade Dress and Cartel Trade Dress (in the Infringing Packaging) alongside one another are set out below and are collectively attached hereto as Exhibit "5".



Summary of claims from the lawsuit:

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| GLOBAL TOBACCO, LLC, a Texas limited liability company, | Case No. 2:15-CV-05227-RGK-PJW |
| Plaintiff, | FIRST AMENDED COMPLAINT FOR: |
| vs. | (1) FEDERAL TRADE DRESS INFRINGEMENT; VIOLATION OF THE LANHAM ACT § 43(A); |
| R.K. CO., INC., a Nevada Corporation, dba CIGAR CARTEL; WILLIAM "TREY" PREVOST, an individual; NASCO PRODUCTS, LLC, a North Carolina limited liability company; 22ND CENTURY GROUP, INC., a New York corporation; HENRY SICIGNANO III, an individual; and DOES 1 through 10. | (2) COMMON LAW TRADE DRESS INFRINGEMENT (3) CONTRIBUTORY TRADE DRESS INFRINGEMENT; (4) UNFAIR COMPETITION; (5) INJUNCTIVE RELIEF. [DEMAND FOR JURY TRIAL] |
| Defendants. | |

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

15. This action arises out of a premediated and intentional attempt by Defendants to pass off CIGAR CARTEL'S goods as those of GLOBAL. As distributor of Clipper Cigars, CIGAR CARTEL became fully familiar with GLOBAL's packaging and sales channels for Clipper Cigars, as well as pricing information and other market factors.

16. Using this information, CIGAR CARTEL (at the direction of PREVOST, who had specific intent to infringe on GLOBAL's rights), in conjunction with and at the urging of NASCO and 22nd CENTURY (at the direction of SICIGNANO, who had specific intent to infringe on GLOBAL's rights), developed its own cigar product and began selling the product in packaging containing trade dress virtually identical to the trade dress used by GLOBAL for its Clipper Cigars.

17. Making Defendants' conduct exceptionally galling is that: (a) CIGAR CARTEL and PREVOST engaged in the conspiracy to unfairly compete with GLOBAL while simultaneously and actively distributing Clipper Cigars and enjoying premium pricing and other benefits from GLOBAL; and (b) at the same time NASCO and 22nd CENTURY were conspiring with CIGAR CARTEL, NASCO and 22nd CENTURY were (at the direction of SICIGNANO) in discussions with GLOBAL regarding the opportunity to manufacture Clipper Cigars and obtained pricing information for the manufacturing of Clipper Cigars from GLOBAL that, based on information and belief, NASCO and 22nd CENTURY then used to develop and manufacture Cartel Cigars for CIGAR CARTEL that could be sold at a lower price point than Clipper Cigars.

Humorously, XXII CEO Henry Sicignano actually thought they had created unique artwork & packaging sending an email stating

"This is our most recent artwork. Let us know what you think!"

31.  By mid-December 2014, the parties' discussions regarding the production of Cartel Cigars that copied Clipper Cigars had turned to trade dress and packaging. On December 17, 2014, SICIGNANO sent PREVOST an email stating "This is our most recent artwork.  Let us know what you think!"  Attached to SICIGNANO's email were images of packaging for Cartel Cigars that were nearly identical to the Clipper Trade Dress.  Although the initial packaging for Cartel Cigars designed by NASCO and 22nd CENTURY (at SICIGNANO's direction) was nearly identical to the Clipper Trade Dress, it did not include certain elements of the Clipper Trade Dress. The missing elements were specifically noticed by PREVOST.

40.  SICIGNANO participated in and personally authorized and directed NASCO and 22nd CENTURY in its efforts to intentionally induce PREVOST and CIGAR CARTEL to infringe on the Clipper Trade Dress by designing and producing the Cartel Trade Dress and Cartel Cigars in the Infringing Packaging.

41.  SICIGNANO also participated in and personally authorized and directed NASCO and 22nd CENTURY to manufacture and supply Cartel Cigars in the Infringing Packaging to CIGAR CARTEL with knowledge that CIGAR CARTEL had intended to and was infringing on the Clipper Trade Dress.

## SEC Investigation update:

In October we published SEC FOIA's in an article "FOIA's reveal suspected undisclosed SEC Investigation" that showed that the company was likely under active investigation. Instead of addressing that for shareholders, management has focused on telling investors that they currently don't have an "SEC Enforcement action." In our opinion, this specific wording of "Enforcement Action" is likely only confusing word-play by XXII management. An enforcement action only comes at the conclusion of an investigation. So, in our opinion, they are trying to disprove the existence of what we suspect is an ongoing SEC investigation by saying that they don't have an "Enforcement Action."

The lawsuits repeatedly referred to these articles without any apparent effort to determine whether the statements in the articles are accurate. For example, the lawsuits include an incomplete photocopy of an SEC response letter to a Freedom of Information Act request that misleads an uninformed reader to incorrectly believe that 22nd Century is under some sort of SEC enforcement action. Let me state unequivocally, 22nd Century has not received any notice of and the company has no knowledge of any enforcement proceeding against 22nd Century by the SEC or by any other regulator. Simply put, 22nd Century believes the statements and the charges in such class action lawsuits are, like the misleading short articles, incorrect and meritless, and the company intends to defend vigorously against these lawsuit claims.

For more information on SEC Investigations & Enforcement Actions, please see the SEC Website.

We reiterate that the SEC's responses to FOIAs on XXII and subsequent appeals that were denied are clear. Based on the Exemption 7a) response to our FOIAs it is our suspicion that there is an active SEC Investigation into XXII. As the below letter printed on SEC letterhead explains an exemption 7a) was correctly asserted regarding XXII because **"releasing the withheld information could reasonably be expected to interfere with ongoing enforcement proceedings."**



UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
WASHINGTON, D.C. 20549

OFFICE OF THE
GENERAL COUNSEL

Stop 9612                                                September 21, 2018

Re:    Appeal, Freedom of Information Act Request No. 18-02520-FOIA, designated on
       appeal as No. 18-00609-APPS

Dear

This responds to your Freedom of Information Act (FOIA) appeal of the FOIA Officer's denial of your July 16, 2018 FOIA request for "all documents in the possession of SEC that pertain to investigations regarding 22nd Century Group (XXII) for the time period January 1, 2016 through July 16, 2018." By letter dated August 13, 2018, the FOIA Officer denied your request pursuant to FOIA Exemption (b)(7)(A). On September 14, 2018, you filed this appeal challenging the FOIA Officer's invocation of Exemption 7(A). I have considered your appeal and it is denied.

I have determined that the FOIA Officer correctly asserted Exemption 7(A).[1] There is a two-step test to determine whether information is protected under Exemption 7(A), whether: (1) a law enforcement proceeding is pending or prospective, and (2) release of information about it could reasonably be expected to cause some articulable harm.[2] We have confirmed with staff that releasing the withheld information could reasonably be expected to interfere with on-going enforcement proceedings.[3]

_____

[1] Exemption 7(A) authorizes the withholding of "records or information compiled for law enforcement purposes, but only to the extent that production of such law enforcement records or information * * * could reasonably be expected to interfere with enforcement proceedings." 5 U.S.C. § 552(b)(7)(A), 17 C.F.R. § 200.80(b)(7)(i).

We encourage investors to do their own due diligence here. It is easy to submit your own FOIA. Click on this link, select XXII as the company you would like to FOIA, and then choose investigations. For the vast majority of other public companies, you'll get a reply citing no material regarding investigations found. For XXII you should receive the same 7a) denial (like the above) that we did on SEC letterhead stating that records are being withheld.

We think this situation will end up similar to the one at Zion Oil & Gas where the company adamantly denied there being an SEC investigation and then months later filed an 8-k that they had received subpoenas from the SEC Ft. Worth office.

## XXII other suspect practices:

**Fake Positive Articles -** XXII has had fake positive articles published about their company. XXII and their investor communications firm IRTH Communications were at the center of a major expose by the author Sharesleuth.

"Pretenders And Ghosts: Stealth Promotion Network Exploits Financial Sites To Tout Stocks"

**Paid Stock Promotion** -We detailed extensively XXII's paid stock promotions in our initial report on the company.

### XXII Paid Stock Promotions! (Partial List)

| Stock Promoter | Date | Amount | Paying Party | Title |
|---|---|---|---|---|
| Small Cap Network | 10/23/2017 | undisclosed | undisclosed | 22nd Century Group Inc (XXII) - Smoke and a Pancake? |
| Small Cap Traders | 9/19/2017 | undisclosed | undisclosed | Daily Trader Update |
| The Stock Expert.com | 8/4/2017 | $32,500 | Sunrise Media | Long Term Play Watch: XXII Hits New 52 Week High Up |
| Road Runner Stocks (Inv | 8/3/2017 | undisclosed | undisclosed | *The corner of High and Main...* |
| The Stock Expert.com | 6/16/2017 | $12,500 | Sunrise Media | XXII Makes Gains Of 12% After Our Alert |
| Small Cap Traders | 6/8/2017 | Unpaid? | undisclosed | "A New Century in Bio-engineering" |
| Road Runner Stocks (Inv | 5/15/2017 | undisclosed | undisclosed | |
| Stock Trade Wire | 6/22/2016 | $2,000 | Infinity Consulting, LLC | Red Hot Mega Pick - $XXII |
| Small Cap IR | 5/26/2016 | $25,000 | Star Media | XXII just in product to be placed in 750 retail stores |
| Small Cap Leader | 5/24/2016 | $20,000 | Third Coast Media | 22nd Century Group, Inc.(XXII) is our new NYSE alert |
| Stocks Impossible | 5/24/2016 | $25,000 | Star Media | Could this one be a takeover target? |
| Ultimate Stock Alerts | 1/28/2016 | $20,000 | Star Media | NYSE Alert |
| Street Picks | 1/24/2016 | $15,000 | Star Media | Update 22nd Century Group and this week |
| Small Cap Leader | 1/20/2016 | $15,000 | Star Media | Extremely quick FDA response NYSE profile inside |
| First Penny Picks | 12/17/2015 | $10,000 | Star Media | XXII medical marijuana collaboration and more |
| Small Cap Leader | 12/16/2015 | $15,000 | Star Media | XXII News Update |
| AwesomeStocks.com | 12/16/2015 | $20,000 | Star Media | Trade Idea: 22nd Century Group, Inc. (NYSE: XXII) |
| Blazing Penny Stocks | 4/23/2015 | undisclosed | undisclosed | Is This Cigarette the Future of Smoking? |
| Pennybuster.com | 9/9/2014 | undisclosed | undisclosed | ***** XXII Huge News ***** |
| pennystockprophecy | 3/6/2014 | undisclosed | undisclosed | ****XXII*** |
| **Total Spent** | | **$212,000** | | |

**Reverse Merger** incorporated in Nevada - Public service reminder that XXII came public via a reverse merger from a mining company and is incorporated in the state of Nevada.

Item 1.        Business.

Background

    22nd Century Group, Inc. was incorporated under the laws of the State of Nevada on September 12, 2005 under the name Touchstone Mining Limited. On January 25, 2011, we entered into a reverse merger transaction with 22nd Century Limited, LLC, which we refer to herein as the "merger." Upon the closing of the merger, 22nd Century Limited, LLC became our wholly-owned subsidiary. After the merger, we succeeded to the business of 22nd Century Limited, LLC as our sole line of business.

## Summary:

XXII's essential patents, the QPT Patent Family, have now mostly expired. These patents were the key patents behind Vector 21-41 tobacco, which is the tobacco used in Brand A/VLN/Spectrum cigarettes, the tobacco that XXII used with their MRTP and PMTA applications with the FDA. The expiration of these patents means that XXII's technology is no longer defensible, and it is finally clear why British America Tobacco did not think it was worth paying $3 million for exclusive rights to their patent portfolio. Furthermore, big tobacco is unlikely to ever pay XXII licensing fees since the "technology" XXII has to license is no longer protected by patents.

XXII management have been accused of stealing their customer's intellectual property, paying for stock promotions, having fake positive articles written about the company, and worst of all now the "technology" & "patents" that this whole story has been built on have EXPIRED.

We are short XXII and believe that their technology is worthless.

**Disclosure:** I am/we are short XXII.

**Additional disclosure:** Fuzzy Panda and affiliates of Fuzzy Panda are short shares of XXII as of the time of publication. Fuzzy Panda and possibly any companies affiliated with them and their members, partners, employees, consultants, clients and/or investors (the "Fuzzy Panda Affiliates") have a short position in all stocks (and/or options, swaps, and other derivatives related to the stock) and bonds of companies covered in such reports and research. Fuzzy Panda and the Fuzzy Panda Affiliates intend to continue transactions in the securities of issuers covered on this site for an indefinite period after his first report on a subject company, and they may be short, neutral, or long at any time hereafter regardless of initial position and the views stated in Fuzzy Panda's research. Fuzzy Panda does not claim any responsibility to update their report or their positioning in shares of XXII at any future time. This article is our opinion and the result of extensive research on the company; investors are encouraged to do their own due diligence.

Additional disclaimers can be found at fuzzypandaresearch.com/...

We have contacted XXII mgmt for comments and given them 2 weeks to reply to our questions and not received any answers. If they reply we will post their reply or update the article.

## Fuzzy Panda's ratings on XXII

Latest rating:  Very Bearish          Very Bullish      Bullish      Neutral      Bearish      Very Bearish

**All Ratings by Fuzzy Panda »**



## Comments (42)

**Jemericoy**
 **PREMIUM**
Fast Forwarding to the future here:

seekingalpha.com/...

XXII down -46% at one point today.

20 Nov 2019, 03:00 PM

**Jemericoy**
 **PREMIUM**
@Fuzzy Panda

20 Nov 2019, 03:00 PM

**ccx**
@Fuzzy Panda @toms57363 Please enlighten us on how today's PR from XXII supports your claims for this company being nothing more than a fraud subject to an 'undisclosed SEC investigation'. If it does not, please show some integrity by acknowledging as much.

30 Apr 2019, 01:45 PM

**Fuzzy Panda**
 **Contributor**
Author's reply »  you should buy more stock every time they put out a meaningless press release, it's a can't lose strategy

30 Apr 2019, 02:15 PM

**ccx**
Bulls make money, bears make money but pandas get slaughtered!

30 Apr 2019, 02:29 PM

**Fuzzy Panda**
 **Contributor**
Author's reply »  wwf.panda.org/...

Can pandas fight back?

Giant pandas are solitary and peaceful animals, which will usually avoid confrontation, but if escape is impossible, they will certainly fight back.

And as cuddly as they may look, pandas can protect themselves as well as most other bears by using their physical strength, and powerful jaws and teeth.

Feel free to check out our track record...
www.tipranks.com/...

30 Apr 2019, 04:57 PM

**Churchie14**

Does anyone know the timeline for the MRTP decision?

24 Apr 2019, 09:27 AM

**Fuzzy Panda**
 **Contributor**
Author's reply »  No and XXII's MRTP application is not even listed on the MRTP website as being under scientific review.

www.fda.gov/...

We think this is really strange since the website was last update April 12, 2019....so where is XXII's application?

25 Apr 2019, 03:06 PM

**toms57363**

I've been saying the exact same thing about the last application that was "withdrew", coincidentally right at the time when the FDA was mandated to provide an answer to them regarding it. That too was never listed on the FDA site in the pending applications spot. Also, you ever notice that all PR regarding this stuff is very ambiguous? "positive feedback", "several conversations", "20 phone calls" etc...nothing ever quoted and nothing ever concrete. no names, no verifiable sources or info, just fluff.


Btw, bulls will tell you that the mrtp app isnt listed yet simply because it needs to be "accepted" first lol. and "acceptance"? oh...any day now.

I'll bet u dollars to donuts that u will never see that MRTP on the website. And the bulls? they will say that's because both the FDA and XXII want to do everything on the down low. They
bury their head in the sand when it's so obvious that it's a scam. I give them another 12 to 18 months until they r exposed.

25 Apr 2019, 04:49 PM

**NDHT**

Thought that XXII would be leading the herd of the MJ frenzy by now. Instead, it is being stampeded by the herd, big and small.

Maybe we have to wait until hearing the announcement: "Today is the first day of the 22nd Century".

23 Apr 2019, 09:47 PM

**Jemericoy**
**PREMIUM**
Not likely, ever. I sincerely hope they chapter 7 as soon as they run out of paid-in capital. And then I will sit back with popcorn as they attempt to borrow money to stay afloat on more hopes, dreams and aspirations. Why? Because no bank in their right mind would ever loan to this company with no future.

03 Aug 2019, 10:48 AM

**kjgarofa**

Looks like XXII has called you out again. PR below. Feel free to warp this as you please.

ir.xxiicentury.com/...

18 Apr 2019, 01:25 PM

**Dabruns**
Beat me to it 👍

18 Apr 2019, 02:06 PM

**Dabruns**
I don't expect to see a rebuttal here, attempted retraction maybe

18 Apr 2019, 02:25 PM

**kjgarofa**
I doubt Fuzzy Panda is that bright. He'll probably double down on the SEC rhetoric of mentioning "enforcement proceedings." Even though his initial inquiry was in September 2018 and nothing has come of it 7 months later besides a denial for his FOIA request. But in "his opinion" he "believes" that means they are under investigation. Not that his opinions and beliefs are biased or anything.

18 Apr 2019, 03:04 PM

**ccx**
Go check FP's twitter handle. Already double'd down on the SEC enforcement proceedings as an undisclosed action against XXII to which Henry is not privy. Strikes me as a libelous claim.

18 Apr 2019, 03:32 PM

**kjgarofa**

His brilliant overuse of the word "undisclosed." Somehow Fuzzy Panda is the only person who knows of an undisclosed SEC investigation.

Undisclosed: adjective; not revealed or made known publicly.

What a joke this guy is.

18 Apr 2019, 03:39 PM

**Fuzzy Panda**
  Contributor

Author's reply »   we suggest you send in your own foias, in fact we outlined how you can!

then you will also be in the "know"

22 Apr 2019, 12:54 PM

**Permuddlologist**

I can hear Don Meredith singing, "Turn out the lights....... the party's over.......they say that all good things must end." XXII won't be around for much of the rest of the 21st century. Oh, well....

17 Apr 2019, 08:47 PM

**Dabruns**

Should get to audiologist and get that tinnitus checked out.

18 Apr 2019, 08:50 AM

**HaroldRamis**

they cant do squat for tinnitus , they just get rich telling you, you have it

18 Apr 2019, 01:20 PM

**Wall Street for Main Street**
  Contributor

According to the IB website there are only 45,000 shares available to short. Can this even be shorted? at what cost? Seems like options the only way to really take a short position and they are very expensive.

17 Apr 2019, 06:30 PM

**HaroldRamis**

wrong , not expensive, and 140k today , short at will

18 Apr 2019, 01:22 PM

**Wall Street for Main Street**
  Contributor

You have to kidding, the put premiums are sky high. The January expiration requires a 33% drop just to break even. Also, as far as the number of shares available to short, I was basing my comment on this: www.interactivebrokers.com/...

18 Apr 2019, 06:28 PM

---

**Jemericoy**
  **PREMIUM**

I'd be very careful shorting this name. It's likely to linger on for some years as a zombie, not really going either direction. I hate this company a lot but would never recommend that people short them at this point unless their imminent demise was more obvious.

31 Jul 2019, 04:39 PM

---

**toms57363**

yes, have been saying it for years now that this is a scam company. biggest red flag was BAT walking away and then Henry, to demonstrate what a liar he is, made it sound like a good thing when before they walked away he was all excited at the prospect of BAT renewing their agreement. knew right there he could not be trusted. Henry also makes the point if saying "as far as we know" there are no other companies with the ability to do what they do. but they have the patent right? so it must be exclusive, no? BS. There are 1000 ways to skin a cat and XXII MIGHT have the patent for one of those ways and I do not really believe that anyway. actually surprised how they've duped so many for so long.

17 Apr 2019, 05:56 PM

---

**kjgarofa**

There are other companies that can produce VLN. Radient Technologies has MAP (Microwave Assisted Processing.) So far they have done little with that. BT has said they can extract nicotine chemically, but that it would cost billions. There are multiple ways to skin a cat, but wouldn't it be cheaper and more efficient to develop a way give birth to skinless cats?

XXII is quite the scam company. They have been given millions by the FDA to use their cigarettes in clinical studies, had their cigarettes used at many other higher institutes by independent researchers, and have submitted thousands of pages for the PMTA and MRTP. All of these entities are very committed to propagating the lies.

18 Apr 2019, 10:15 AM

---

**toms57363**

the scam to me is there ability, or lack there of, to monetize or commercialize whatever tech they do possess which is why people invest in them in the first place.

19 Apr 2019, 10:27 AM

---

**Jemericoy**
  **PREMIUM**

@toms57363 YES! Amen! If there was anything to this company's IP, they would have been bought out long ago. There is almost zero commercial market for their tech besides possibly some small potatoes in smoking cessation. Nothing even close to justify their current price.

03 Aug 2019, 07:22 PM

---

**kjgarofa**

Another "short and distort" article written by a short cleverly finding ways to distort the truth by skewing every story to fit their agenda. Notice the excessive use of phrases like "we believe," "we think," "in our opinion," etc. to slant the narrative so that it fits their short position. Remember people, this is from an "author" who was specifically called out in a Forbes article about SA spreading fake news.

www.forbes.com/...

The first three bullet points are a mixture of lies and conjecture which can easily be distinguished from facts just by looking at the links and excerpts in the article. The QPT patent expiration does not open the door for everyone and their mother to start making VLNCs. Vector 21-41 is believed to be a major component of SPECTRUM (Altria slide deck) so even they don't know if that's completely true or not. XXII has patents for modifying gene expression of NBB, QPT, A622, MPO and other transcription factors involved altering nicotine content. From the RJ Reynolds slides you can see that Vector 21-41 results in 92.5% nicotine reduction, whereas XXII can reduce nicotine to up to 97%. The discrepancy may be related to the other genes. Either way it's irrelevant, the scientist who are modifying the genome of the plants have no way of knowing if the plant will have a desired trait. An excerpt from the Biotechnology Dept. of Purdue University: "Once the genetic material is in the cells, the plants incorporate the DNA into their own chromosomes. But because scientists have no control over where the genes might go in the plant cells, they must germinate, grow and test hundreds or thousands of plants to find the ones where the introduced genes work properly and produce the desired traits. "The current state-of-the-art technology is unpredictable. Where the genes end up is a random process and can have unanticipated effects," Goldsbrough says. "But the plants that don't have the appropriate characteristics are discarded."

Read to the end of the RJ Reynolds and Altria slide decks. Here are some thinking points for those too lazy to do so, and which the author seems to have purposely left out.

RJ Reynolds: From the published literature 0.3 – 0.5 mg/g is not currently achievable by cross breeding and genetic engineering alone

Altria: Conclusion
☐ A product standard of 0.3-0.5 mg nicotine/g filler is currently not technically achievable
- Commercial feasibility and sensorial acceptability
☐ Combination of different solutions is not yet proven to meet the FDA's suggested nicotine levels
☐ GMO tobaccos could be a possible solution, but require validation at commercial scale
☐ Impacts of GMO tobaccos on sensory and constituents profiles are unknown
☐ Even if achievable, significant development time would be required to meet the FDA's suggested nicotine levels

Altria also submitted a document to the FDA admitting that: A product standard of 0.3-0.5 mg Nicotine per gram in tobacco- or any nicotine ceiling even remotely close to that ceiling- is not technically achievable.

www.altria.com/...

Also, please see the following PR from XXII with quotes from Reynolds and PMI about the feasibility of producing VLNC:

ir.xxiicentury.com/...

It doesn't appear that big tobacco has anything close to the VLNCs that have been extensively studied by the FDA and independent researchers.

I could tackle the other subjects in this article, and still may, but I'll leave this here for now. Below is XXII's response to the previous article written by this "author"

ir.xxiicentury.com/...

17 Apr 2019, 01:11 PM

---

**Fuzzy Panda**
 **Contributor**

Author's reply »  a) That isn't an article written by Forbes. It's a contributor article that anyone can write. We suggest you re-read the Sharesleuth piece about how XXII has been already been caught paying for illegal "contributor articles" that didn't disclose they were paid promotions.

b) You should re-read the 2018 10-k specifically the highlighted sections we brought up where XXII readily admits that any Major Tobacco company can now work on producing VLNs in the same way/methodolgy they have

c) The press release from XXII you linked to again mentions an SEC "Enforcement Proceeding." They have an undisclosed SEC investigation, and not yet an "enforcement proceeding." XXII would be forced to disclose an enforcement proceeding.

Glad to see you are continuing to recycle mgmt's BS for them. 21 comments defending XXII so far!

17 Apr 2019, 02:09 PM

---

**ccx**

Well done. I was coming over here to cross-examine this bogus "research" and you have already done an excellent job!

17 Apr 2019, 02:21 PM

---

**Dabruns**

Excellent evaluation.

17 Apr 2019, 05:36 PM

---

**ccx**

@Dabruns it appears that you missed out on two further comments from @kjgarofa and myself which have rather conveniently been deleted. Fuzzy panda is a hack and SA should be embarrassed to pay for his border-line libelous "research"

17 Apr 2019, 08:18 PM

---

**kjgarofa**

b.) All 10-k have sections on risk. It's a way to preemptively negate any legal issues which may arise. They state that others may now target the QPT patent family, not that this is the "key to unlocking the VLN secret sauce." You can silence, knockdown, overexpress, mutate, etc. genes ad nauseum. The fact that the big tobacco companies are readily admitting that they are 10-20 years away from having the technology doesn't frighten me.

18 Apr 2019, 08:08 AM

---

**kjgarofa**

c.) Your quote: "In our opinion, this specific wording of "Enforcement Action" is likely only confusing word-play by XXII management. An enforcement action only comes at the conclusion of an investigation. So, in our opinion, they are trying to disprove the existence of what we suspect is an ongoing SEC investigation by saying that they don't have an "Enforcement Action."

Again, this is you skewing the narrative. Your beliefs mean nothing. "Just because they didn't say 'investigation' automatically means there is an investigation. Because it's not A then it must be B because that is what I believe and that is what fits my narrative"

18 Apr 2019, 08:09 AM

---

**Dabruns**

finance.yahoo.com/...

18 Apr 2019, 01:54 PM

---

**Jag3034**

Congrats, they are now looking to take legal action against you. LOL

18 Apr 2019, 03:14 PM

---

**Fuzzy Panda**
 Contributor

Author's reply »  there is indeed an undisclosed investigation. Seeking Alpha editors prefer added belief, alleged, etc. We suggest you FOIA XXII for yourself and find out, then you are reliant on our research/work

18 Apr 2019, 03:38 PM

---

**Fuzzy Panda**
 Contributor

Author's reply »   This is often what happens when a shady company runs out of options. They try to sue their critics rather than produce financial results.

Potential positive results could mean -
a) licensing their technology to another Tobacco Company since BAT isn't interested
b) creating their own product that has good sales (previous product attempt was Red Sun Cigarettes - The highest nicotine cigarettes out there)
c) explaining why they submitted a MRTP application using tobacco who is based on expired patents.

18 Apr 2019, 03:41 PM

---

**kjgarofa**
Please define undisclosed...

18 Apr 2019, 04:11 PM

---

**toms57363**
looking at legal action and filing a claim r two very different things. I suspect that Henry will not defend his shareholders.....as usual

19 Apr 2019, 10:30 AM