**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER,<br><br>                              Defendants. | Civil Action No. 19-cv-01285-JLS |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF LEAD PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS SECOND MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

I, Brian Calandra, hereby declare:

I am Of Counsel at Pomerantz LLP, and I represent Lead Plaintiffs Joseph Noto, Garden State Tire Corp., and Stephens Johnson ("Plaintiffs") in this matter. I respectfully submit this Declaration on behalf of Lead Plaintiffs' Memorandum of Law in opposition to Defendants' second Motion to Dismiss (ECF No. 64) the Amended Class Action Complaint (ECF No. 31). Specifically, I submit this Declaration to place before the Court certain documents that are referenced in this matter.

Attached hereto are true and correct copies of the following documents:

1.      The Definitive Proxy Statement for 22nd Century Group, Inc. ("22nd Century"), dated March 18, 2016. A true and correct copy is attached as Exhibit 1.

2.      The Definitive Proxy Statement for 22nd Century, dated March 17, 2017. A true and

correct copy is attached as Exhibit 2.

3.      An article entitled "22nd Century pushes back on short report; shares down 13.5%," by "Stephen Alpher, SA News Editor" on the website Seeking Alpha on October 26, 2018. A true and correct copy is attached as Exhibit 3.

4.      An article entitled "22nd Century Says Has Not Received Any Notice by SEC," by "Yueqi Yang" on the website Bloomberg on October 26, 2018. A true and correct copy is attached as Exhibit 4.

5.      Barchart's "Terms of Service," which was published on the website Barchart.com and was last updated on October 15, 2021. A true and correct copy is attached as Exhibit 5.

6.       The "Transcript of the Recording of the September 2, 2021 Oral Argument," in the action *Joseph Noto, Garden State Tire Corp., Stephens Johnson, Individually and on Behalf of All Others Similarly Situated v. 22nd Century Group, Inc., Henry Sicignano, III, John T. Brodfuehrer*, No. 21-0347-cv (2d. Cir). A true and correct copy is attached as Exhibit 6.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 22, 2022, at New York, New York.

*/s/ Brian Calandra*
Brian Calandra