# Exhibit 3



Case 1:19-cv-01285-JLS-MJR Document 67-3 Filed 09/23/22 Page 2 of 4



Healthcare    On the Move

# 22nd Century pushes back on short report; shares down 13.5%

Oct. 26, 2018 9:16 AM ET | **22nd Century Group, Inc. (XXII)** | By: Stephen Alpher, SA News Editor | 6 Comments

22nd Century (NASDAQ:XXII) dipped 4.3% yesterday after Seeking Alpha contributor Fuzzy Panda Shorts said it suspects there's an undisclosed SEC investigation underway.

The company minutes ago responded, calling the essay "a grossly misleading hit piece."

Shares down 13.5% premarket

**Now Read:** 22nd Century Group, Inc. (XXII) CEO Jim Mish on Q2 2022 Results - Earnings Call Transcript

# Comments (6)

Sort by    Newest ▾    ⋮



T    **Timmy !**                              10 Nov. 2018, 1:19 PM    ⋮

**Premium**

Comments (283)   |   + Follow

Something tells me these hit pieces are paid for by big tobacco

↪ Reply        👍 Like

Case 1:19-cv-01285-JLS-MJR Document 67-3 Filed 09/22/22 Page 3 of 4

T **toms57363**    19 Dec. 2018, 9:24 PM ⋮

Comments (1.47K)  |  + Follow

meh if BT was worried they would've thrown a few billion at this already. Chump change. that would've made Joe and Henry worth 100s of millions and fulfilled their dream of "reducing the harm caused by smoking" but they didn't. BAT had the chance and they didn't. this has been going on for years, makes u wonder what's REALLY going on here

↪ Reply    👍 Like

 **kas23**    26 Oct. 2018, 9:01 PM ⋮

**Premium**  **Marketplace**

Comments (2.72K)  |  + Follow

So much for the short thesis. XXII was one my few stocks that ended in the green today. Nice little rocket that shot upwards to the right today.

↪ Reply    👍 Like (4)

**User 48707956**    26 Oct. 2018, 7:08 PM ⋮

Comments (905)  |  + Follow

Ahhh , Citron's , Mamba's , Panda's , and Bears ...
Accountability , Maybe ? ..
Co. Filed a Grievance with the SEC .. Source Market Watch .

↪ Reply    👍 Like (1)

 **ForestFromTrees**    26 Oct. 2018, 4:27 PM ⋮

Comments (904)  |  + Follow

Good on the company for responding swiftly and comprehensively to a short seller trying to manipulate the stock to their own personal benefit. Impressive retort.

↪ Reply    👍 Like (5)

D **DisruptiveDave**                                          26 Oct. 2018, 11:21 AM   ⋮

Comments (4.36K)   |   + Follow

Who knew that a Fuzzy Panda could be bloodthirsty?

↳ Reply        👍 Like (5)

D **DisruptiveDave**