# Exhibit 4

# News

## 22nd Century Says Has Not Received Any Notice by SEC

Oct 26 2018 09:12:11

By Yueqi Yang

(Bloomberg) --

22nd Century Group says it "has not received any notice of, and the Company has no knowledge of, any enforcement proceeding against 22nd Century by the SEC or any other regulator."

- Company's statement in response to recent short seller's article
- Shares down 13.5% pre-market before trading halted; trading will resume 9:15 ET

Link to Statement: **22nd Century Group Comments on Grossly Misleading "Short and Distort" Article**

To contact the reporter on this story:
**Yueqi Yang** in New York at **yyang492@bloomberg.net**

To contact the editor responsible for this story:
**Chakradhar Adusumilli** at **cadusumilli@bloomberg.net**