# Exhibit 5

barchart

The most comprehensive method for keeping track of all your investments. FREE 30 Day Trial

# TERMS OF SERVICE

Last Updated October 15, 2021

From time to time Barchart.com may review and update this policy.

These Terms of Use govern your use of any services provided by Barchart.com, Inc., ("Barchart", "we", or "us") including without limitation, any content, functionality or services offered on or through www.barchart.com  (collectively, the "Barchart Services"), whether as a guest or a registered user.

PLEASE READ THE TERMS OF USE CAREFULLY BEFORE YOU START TO USE THE BARCHART SERVICES. YOUR AFFIRMATIVE ACT OF USING THE BARCHART SERVICES SIGNIFIES THAT YOU AGREE TO THE FOLLOWING TERMS OF USE, AND YOU CONSENT TO THE COLLECTION, USE AND DISCLOSURE OF PERSONAL INFORMATION AS DISCLOSED IN THE PRIVACY POLICY, WHICH IS INCORPORATED HEREIN BY REFERENCE. IF YOU DO NOT AGREE, DO NOT USE THE BARCHART SERVICES.

**CHANGES TO THE TERMS OF USE**

We may change these Terms of Use at any time. You can review the most current version of these Terms by clicking on the "Terms of Use" link located at the bottom of our web pages. You are responsible for checking these terms periodically for changes. If you continue to use the Barchart Services after we post changes to these Terms of Use, you are signifying your acceptance of the new terms.

**ACCESS TO WEBSITES AND SERVICES**

We may discontinue or change any Barchart service or feature at any time and without notice. We will not be liable if for any reason all or any part of the Barchart Services is unavailable at any time or for any period. From time to time, we may restrict access to some parts of the Barchart Services, or the entirety of the Barchart Services, to users, including registered users.

To access some of the Barchart resources, such as watchlist, screeners, or portfolios, you may be asked to provide certain registration details or other information. If you register as a user (a "Member") of any of the Barchart Services, during the registration process you may be prompted to click a "Register Now," "Submit," or similar button. Clicking any such button will further confirm your agreement to be legally bound by these Terms.

It is a condition of your use of the Barchart Services that all the information you provide is correct, current, and complete. You agree that all information you provide to register with Barchart or otherwise, including, but not limited to, through the use of any interactive features on the Barchart Services, is governed by our Privacy Policy, and you consent to all actions we take with respect to your information consistent with our Privacy Policy. By registering with Barchart, you represent that you are of legal age to form a binding contract and are not a person barred from receiving Barchart services under the laws of the United States or other applicable jurisdiction.

If you choose, or are provided with, a user name, password, or any other piece of information as part of our security procedures, you must treat such information as confidential, and you must not disclose it to any other person or entity. You are responsible for maintaining the confidentiality of the password and account and are fully responsible for all activities that occur under your password or account. You also acknowledge that your account is personal to you and agree not to provide any other person with access to any Barchart Site, or any portion of a Barchart Site, using your user name, password, or other security information. You agree to notify us immediately of any unauthorized access to or use of your user name or password or any other breach of security. Barchart will not be liable for any loss or damage arising from your failure to comply with this provision./p>

We have the right to disable any user name, password, or other identifier, whether chosen by you or provided by us, at any time in our sole discretion for any or no reason, including if, in our opinion, you have violated any provision of these Terms of Use.

If you register as a Member of any of the Barchart Services, including the Barchart family of newsletters, we will automatically opt you into to our email lists. The Barchart email lists are an important revenue source for Barchart which help pay for the upkeep and continued development of the Barchart Services. As a Member, Barchart will look to send you relevant content, some of which is advertisements for third party products and services, including special offers, webinars, educational booklets, and promotions tailored to your perceived interests.  You can edit your account information, including your newsletter preferences, at any time. Commercial email communications from Barchart come with an unsubscribe link at the bottom for you to opt-out of future such marketing communications. You can also email Barchart at any time and request to be removed, temporarily or permanently from one or all of our email lists. We do not share your email address with any third party advertisers.

**TERMINATION**

You may terminate your Barchart account and thereby your access to the Barchart Services by submitting such termination request to Barchart. Members can automatically deactivate or delete their Barchart account through the Member Profile page. You agree that Barchart may, without prior notice, immediately terminate, limit your access to, or suspend your Barchart account and the Barchart Services, and delete your and associated email address. Cause for such termination, limitation of access or suspension shall include, but shall not be limited to, (a) breaches or violations of the Terms of Use or other incorporated agreements or guidelines, (b) requests by law enforcement or other government agencies, (c) discontinuance or material modification to the Barchart Services (or any part thereof), (d) unexpected technical or security issues or problems, (e) extended periods of inactivity, (f) engagement by you in fraudulent or illegal activities, (g) and/or abusive correspondence with Barchart. Further, you agree that all terminations, limitations of access and suspensions for cause shall be made in Barchart's sole discretion and that Barchart shall not be liable to you or any third party for any termination of your account, your access to the Barchart Services, or the removal of any associated email address.

**BARCHART PREMIER & NO-ADS BILLING, CANCELLATION & REFUND POLICY**

Unless otherwise stated, all subscriptions are automatically renewing. To cancel your Barchart Premier or Barchart No-Ads subscription, please login to www.barchart.com and visit the "Subscription Details" page or send a request to cancel to our Support Desk through our Contact Form.

Annual and bi-annual subscriptions are eligible for a full refund within the first 30-days of your payment. Monthly subscriptions are eligible for a refund within 24-hours of your payment. After the aforementioned refund periods, all sales are final.

Upon receipt and processing of the request, Barchart will acknowledge the cancellation via email. Please retain a copy of the cancellation email for your records. If the refund request was sent within the time period allowed, the refund will be approved and processed within 7 business days.

Barchart does not offer partial cancellations. Upon cancellation your service will remain active through the end of your paid term.

Trials are limited to a maximum of 2 trials per 12-month period per person. Cancellation of a trial takes effect immediately, not at the end of the trial period.

**OWNERSHIP OF INFORMATION; LICENSE TO USE BARCHART.COM; REDISTRIBUTION OF DATA.**

Unless otherwise noted, all right, title and interest in and to the Barchart Services, and all information and content ("Content") made available through the Barchart Services, in all languages, formats and media throughout the world, including all copyrights and trademarks therein, are the exclusive property of Barchart, its affiliates or its Data Providers (as defined below). Any Content on websites that are hosted by Barchart and/or its affiliates (a "Site" or "Sites") is owned by or licensed to Barchart. User acknowledges the Content is protected under United States copyright, trademark, trade secret, and other intellectual property or proprietary rights laws. Such Content may include data and prices wholly owned by Barchart and/or managed by Barchart on behalf of the Site.

Use of Barchart.com Screenshots, Static Images and Broadcasting:

You may capture and use static screenshots of Barchart charts, information, web pages or graphics, as well as broadcast Barchart web pages on screen/video (live or recorded) for news, social or educational purposes, in news, social media, videos, reports, publications and other works you create, provided you display without modification applicable attribution, indications of authorship or ownership, and copyright notices (e.g. "Chart Provided by Barchart.com" or "© [YEAR] Barchart.com.").

In addition, you may use the Barchart Services as follows for your personal, non-commercial use only:

- You may use Barchart Content offered for downloading, such as daily data files, for personal use only and subject to the rules, if any, that accompany that

particular Content.

- Your computer may temporarily store copies of Barchart content in RAM incidental to your accessing and viewing such Content.
- You may store files that are automatically cached by your web browser for display enhancement purposes.

In no event shall any user:

- Modify copies of any materials from the Barchart Services.
- Delete or alter any copyright, trademark, or other proprietary rights notices from copies of materials from the Barchart Services.
- Use any data mining, robots, or similar data gathering and extraction tools to capture data or content from the Barchart Services.
- Frame any portion of Barchart or Content.
- Circumvent any mechanisms included in the Content for preventing the unauthorized reproduction or distribution of the Content. For information on white-labeling Barchart content, please visit Barchart Market Data Solutions.

If we provide desktop, mobile, or other applications for download, you may download a single copy to your computer or mobile device solely for your own personal, non-commercial use, provided you agree to be bound by any end user license or other applicable agreement for such applications.

EXCEPT AS OTHERWISE EXPRESSLY PERMITTED BY THE PRECEDING PARAGRAPHS, YOU AGREE NOT TO REPRODUCE, RETRANSMIT, DISSEMINATE, SELL, DISTRIBUTE, PUBLISH, BROADCAST OR CIRCULATE ANY OF THE BARCHART SERVICES OR CONTENT IN ANY MANNER OR FOR ANY PURPOSES (WHETHER PERSONAL OR BUSINESS) WITHOUT THE PRIOR EXPRESS WRITTEN CONSENT OF BARCHART AND/OR THE DATA PROVIDERS. IN ADDITION, YOU SHALL NOT, WITHOUT THE PRIOR EXPRESS WRITTEN CONSENT OF BARCHART AND THE RELEVANT DATA PROVIDERS, MAKE COPIES OF ANY OF THE SOFTWARE OR DOCUMENTATION THAT MAY BE PROVIDED, ELECTRONICALLY OR OTHERWISE, INCLUDING, BUT NOT LIMITED TO, TRANSLATING, DECOMPILING, DISASSEMBLING OR CREATING DERIVATIVE WORKS.

**MORNINGSTAR NOTICE/DISCLAIMER FOR FUNDAMENTAL DATA**

Morningstar fundamental data may include financial statements, financial ratios, corporate actions and company profile data for publicly traded companies ("Fundamental Data"). Morningstar owns all right, title and interest in and to the Fundamental Data included in the Barchart Content made available through the Barchart Services, pursuant to the following notice:

© 2022 Morningstar. All Rights Reserved. The information contained herein: (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information. Past performance is no guarantee of future results.

**THIRD PARTY SITES AND ADVERTISERS**

The Barchart Services may include links to third party websites. Some of these sites may contain materials that are objectionable, unlawful, or inaccurate. You agree that Barchart shall not be held liable for any trading activities or other activities that occur on any website you access through links on any Barchart Site. We provide these links as a convenience, and do not endorse the content or services offered by these other sites. Any dealings that you have with advertisers found on the Barchart Services are between you and the advertiser and you acknowledge and agree that we are not liable for any loss or claim you may have against an advertiser.

**DISCLAIMER REGARDING CONTENT**

Barchart cannot and does not represent or warrant that any of the Content available through the Barchart Services is accurate, reliable, current, complete or appropriate for your needs. Various Content available through Barchart may be specially obtained by Barchart from professional businesses or organizations, such as exchanges, news providers, market data providers and other content providers (e.g., the New York Stock Exchange, NASDAQ, CME Group and Dow Jones), who are believed to be sources of reliable Content (collectively, the "Data Providers"). Nevertheless, due to various factors — including the inherent possibility of human and mechanical error — the accuracy, completeness, timeliness, results obtained from use, and correct sequencing of Content available through Barchart are not and cannot be guaranteed by Barchart.

YOUR USE OF THE BARCHART SERVICES, THE CONTENT, AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE BARCHART SERVICES IS AT YOUR OWN RISK. THE SITES, CONTENT, AND ANY SERVICES OR ITEMS OBTAINED THROUGH THE BARCHART SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS, WITHOUT ANY WARRANTIES OF ANY KIND, EITHER EXPRESS OR IMPLIED. NEITHER BARCHART NOR ANY PERSON ASSOCIATED WITH BARCHART MAKES ANY WARRANTY OR REPRESENTATION WITH RESPECT TO THE COMPLETENESS, SECURITY, RELIABILITY, QUALITY, ACCURACY, OR AVAILABILITY OF THE SITES. WITHOUT LIMITING THE FOREGOING, NEITHER BARCHART NOR ANYONE ASSOCIATED WITH BARCHART REPRESENTS OR WARRANTS THAT THE SITES, THE CONTENT, OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE BARCHART SERVICES WILL BE ACCURATE, RELIABLE, ERROR-FREE, OR UNINTERRUPTED, THAT DEFECTS WILL BE CORRECTED, THAT THE SITES OR THE SERVERS THAT MAKE THEM AVAILABLE ARE FREE OF VIRUSES OR OTHER HARMFUL COMPONENTS, OR THAT THE SITES OR ANY SERVICES OR ITEMS OBTAINED THROUGH THE BARCHART SERVICES WILL OTHERWISE MEET YOUR NEEDS OR EXPECTATIONS.

TO THE FULLEST EXTENT PROVIDED BY LAW, BARCHART HEREBY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, STATUTORY, OR OTHERWISE, INCLUDING BUT NOT LIMITED TO ANY WARRANTIES OF MERCHANTABILITY, NON-INFRINGEMENT, AND FITNESS FOR PARTICULAR PURPOSE. THE FOREGOING DOES NOT AFFECT ANY WARRANTIES THAT CANNOT BE EXCLUDED OR LIMITED UNDER APPLICABLE LAW.

**DISCLAIMER REGARDING HYPOTHETICAL PERFORMANCE RESULTS**

BARCHART MAKES NO REPRESENTATION THAT ANY ACCOUNT WILL OR IS LIKELY TO ACHIEVE PROFITS OR LOSSES SIMILAR TO THOSE SHOWN.

Hypothetical performance results have many inherent limitations, some of which are mentioned below, and there are frequently sharp differences between hypothetical performance results and actual results subsequently achieved by any particular trading program. One of the limitations of hypothetical performance results is that they are generally prepared with the benefit of hindsight. In addition, hypothetical trading does not involve financial risk and no hypothetical trading record can completely account for the impact of financial risk in actual trading. For example the ability to withstand losses or to adhere to a particular trading program in spite of the trading losses are material points, which can also adversely affect trading results. There are numerous other factors related to the market in general or to the implementation of any specific trading program which cannot be fully accounted for in the preparation of hypothetical performance results and all of which can adversely affect actual trading results.

**DISCLAIMER REGARDING INVESTMENT DECISIONS AND TRADING**

DECISIONS TO BUY, SELL, HOLD OR TRADE IN SECURITIES, COMMODITIES AND OTHER INVESTMENTS INVOLVE RISK AND ARE BEST MADE BASED ON THE ADVICE OF QUALIFIED FINANCIAL PROFESSIONALS. ANY TRADING IN SECURITIES OR OTHER INVESTMENTS INVOLVES A RISK OF SUBSTANTIAL LOSSES. THE PRACTICE OF "DAY TRADING" INVOLVES PARTICULARLY HIGH RISKS AND CAN CAUSE YOU TO LOSE SUBSTANTIAL SUMS OF MONEY. BEFORE UNDERTAKING ANY TRADING PROGRAM, YOU SHOULD CONSULT A QUALIFIED FINANCIAL PROFESSIONAL. PLEASE CONSIDER CAREFULLY WHETHER SUCH TRADING IS SUITABLE FOR YOU IN LIGHT OF YOUR FINANCIAL CONDITION AND ABILITY TO BEAR FINANCIAL RISKS. UNDER NO CIRCUMSTANCES SHALL WE BE LIABLE FOR ANY LOSS OR DAMAGE YOU OR ANYONE ELSE INCURS AS A RESULT OF ANY TRADING OR INVESTMENT ACTIVITY THAT YOU OR ANYONE ELSE ENGAGES IN BASED ON ANY INFORMATION OR MATERIAL YOU RECEIVE THROUGH THE  BARCHART SERVICES.

**NO ADVICE OR SOLICITATION**

BARCHART CONTENT IS NOT INTENDED TO PROVIDE TAX, LEGAL OR INVESTMENT ADVICE AND DOES NOT CONSTITUTE A SOLICITATION BY BARCHART OF THE PURCHASE OR SALE OF SECURITIES.

**FEEDBACK TO BARCHART**

By submitting ideas, suggestions, documents, and/or proposals ("Contributions") to Barchart through its contact or feedback webpages, you acknowledge and agree that: (a) your Contributions do not contain confidential or proprietary information; (b) Barchart is not under any obligation of confidentiality, express or implied, with respect to the Contributions; (c) Barchart shall be entitled to use or disclose (or choose not to use or disclose) such Contributions for any purpose, in any way, in any media worldwide; (d) Barchart may have something similar to the Contributions already under consideration or in development; (e) your Contributions automatically become

the property of Barchart without any obligation of Barchart to you; and (f) you are not entitled to any compensation or reimbursement of any kind from Barchart.com under any circumstances.

**LIMITATION OF LIABILITY**

TO THE FULLEST EXTENT PROVIDED BY LAW, IN NO EVENT WILL BARCHART, ITS SUBSIDIARIES, AFFILIATES, OFFICERS, AGENTS, EMPLOYEES, PARTNERS AND LICENSORS BE LIABLE FOR DAMAGES OF ANY KIND, UNDER ANY LEGAL THEORY, ARISING OUT OF OR IN CONNECTION WITH YOUR USE, OR INABILITY TO USE, THE BARCHART SERVICES, ANY WEBSITES LINKED TO THE BARCHART SERVICES, ANY CONTENT ON THE BARCHART SERVICES OR SUCH OTHER WEBSITES, INCLUDING ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, CONSEQUENTIAL, OR PUNITIVE DAMAGES, INCLUDING BUT NOT LIMITED TO, PERSONAL INJURY, PAIN AND SUFFERING, EMOTIONAL DISTRESS, LOSS OF REVENUE, LOSS OF PROFITS, LOSS OF BUSINESS OR ANTICIPATED SAVINGS, LOSS OF USE, LOSS OF GOODWILL, LOSS OF DATA, AND WHETHER CAUSED BY TORT (INCLUDING NEGLIGENCE), BREACH OF CONTRACT, OR OTHERWISE, EVEN IF FORESEEABLE.

**INDEMNITY**

You agree to indemnify and hold harmless Barchart and its subsidiaries, affiliates, officers, agents, employees, partners and licensors from and against any claims, liabilities, damages, judgments, awards, losses, costs, expenses, demands, or fees, including reasonable attorneys' fees, arising out of or related to and content you submit, post, transmit, modify or otherwise make available through the Barchart Services, your use of Barchart Sites and Services, your connection to the Barchart Services, your violation of the Terms of Use, or your violation of any rights of another.

**DISPUTES**

ALL DISPUTES (EXCEPT ACTIONS FOR INJUNCTIVE RELIEF BROUGHT BY BARCHART) ARISING UNDER THIS AGREEMENT SHALL BE RESOLVED EXCLUSIVELY THROUGH BINDING ARBITRATION BEFORE A FORUM LOCATED IN CHICAGO, ILLINOIS. YOU AGREE THAT IN ANY SUCH DISPUTE OR ARBITRATION, YOU WILL ONLY ASSERT CLAIMS IN AN INDIVIDUAL (NON-CLASS, NONREPRESENTATIVE) BASIS, AND THAT YOU WILL NOT SEEK OR AGREE TO SERVE AS A NAMED REPRESENTATIVE IN A CLASS ACTION OR SEEK RELIEF ON BEHALF OF THOSE OTHER THAN YOURSELF. YOU UNDERSTAND THAT BY AGREEING TO THIS SECTION, YOU ARE GIVING UP THE RIGHT TO LITIGATE (OR PARTICIPATE AS A PARTY OR CLASS MEMBER) IN COURT. YOU ALSO AGREE THAT ANY DISPUTE RESOLUTION PROCEEDING WILL ONLY CONSIDER YOUR INDIVIDUAL CLAIMS AND YOU AGREE THAT NO DISPUTE WILL BE HEARD AS A CLASS ACTION, REPRESENTATIVE ACTION OR CONSOLIDATED ACTION. ANY ACTION, PROCEEDING, OR ARBITRATION BROUGHT BY A PARTY PURSUANT TO THIS AGREEMENT OR ANY BREACH THEREOF MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CLAIM OR CAUSE OF ACTION AROSE, WHETHER OR NOT THE PARTY HAD ANY KNOWLEDGE OR NOTICE THEREOF.

# PRIVACY POLICY

Last Updated October 15, 2021

From time to time we may review and update this privacy policy. When we make changes to this privacy policy, we will post the updated notice on the Website and update the notice's effective date. **Your continued use of our Website following the posting of changes constitutes your acceptance of such changes.Your continued use of our Website following the posting of changes constitutes your acceptance of such changes.**

This statement discloses the privacy, security, and information management guidelines that serve as the basis for our user relationships with respect to users of all websites that display a link to this Privacy Policy and that are published by Barchart.com (collectively, "Barchart.com"). Barchart is committed to protecting your privacy. We will not disclose personal information about you to any third party without your express consent. Please read the following to learn more about our privacy policy. Our Privacy Policy is subject to change.

**Children Under the Age of 16**

Barchart.com is not intended for children under 16 years of age. No one under age 15 may provide any information to or on Barchart.com. We do not knowingly collect personal information from children under 16. If you are under 16, do not use or provide any information on Barchart.com, through any of its features, register on Barchart.com, make any purchases through Barchart.com, or provide any information about yourself to us, including your name, address, telephone number, or email address. If we learn we have collected or received personal information from a child under 16 without verification of parental consent, we will delete that information. If you believe we might have any information from or about a child under 16, please contact us at ccpa@barchart.com.

California residents under 16 years of age may have additional rights regarding the collection and sale of their personal information. Please see "**Your California Privacy Rights & Do Not Sell My Personal Information**" below for more information.

**What information does Barchart.com collect?**

By registering with Barchart.com or signing up to receive a newsletter from Barchart.com, we will automatically opt your email address into our email lists, where we will look to send you relevant content, some of which are advertisements for third party products and services, including special offers, webinars, educational booklets, and promotions tailored to your perceived interests. You can opt-out at anytime (opt-out details are below). Barchart.com does not share your email address with any third-party advertisers.

Barchart maintains logs which contain information on anonymous users such as IP address, browser type, operating system, and referring web page. We use this information to track usage and diagnose bugs. We also gather regular statistical information regarding site usage, browser information, OS, device and network information, and user interaction on our various websites and services from all users without any personally identifiable information.

Websites and apps with logins require personal data, and, without such, gaining access may not be possible. When you set up an account, we collect personal data such as your name, address, company, telephone number, email address, username and password. We also collect information from third party providers (e.g., if you log-in to our site using a Google, Facebook or another third-party log-in, you grant permission the third-party to share your user details with us). This will include your user ID, first name, last name, and email address which we will then use to create a Barchart account.

- **Device Information.** We automatically track and collect data from the devices and applications you use to access our Services, such as IP addresses, domain servers, length of visit and the pages you viewed, operating system version, device type, system and performance information and browser type. We may also infer your geographic location based on your IP address or using your device's native features. We also automatically log your activity when you use our Services. These logs may identify features you use, actions you take, and information you access. This data is anonymous and does not personally identify you, but is helpful for marketing purposes or for improving our Services. For more information please visit this page.
- **Billing Information.** If you sign up for our services and/or to attend a paid event or webinar, we require you to provide billing details, such as a name, address, telephone number, email address and financial information corresponding to your applicable method of payment (e.g., payment card information).
- **Event Registration Information.** If you elect to attend an event hosted by Barchart (e.g., webinar, conference), we may collect personal data, such as your name, address, company, telephone number, email address, billing information and other information. You can choose not to provide us with certain information, but then you may not be able to register with us or take advantage of some features (e.g., receipt of emails regarding event details, electronic copies of event materials, etc.).
- **Survey Data.** We will occasionally post surveys on our sites. Participation in Barchart surveys is voluntary, and information collected from surveys will be used to improve Barchart user experience and our services.
- **Other Data.** We may collect your personal information or data if you submit it to us in other contexts (e.g., sales inquiries, customer support requests, feedback forms, etc.). Use of certain Barchart apps (e.g. Marketplace) may require you to sync and submit other personal data related to physical commodity transactions you facilitate, such as bids and offers, receipts, electronic contracts and other transactional information related to the buying and selling of physical commodities.
- **Email Information.** We record the time and date a user opts-in or opts-out of email lists as well as the source of the subscription (which form was used to sign up), your name, email address, and IP. We may track interaction within any email sent such as opens or click-throughs as well as the email client used (e.g., Gmail, Yahoo, Outlook, etc.) and/or device and OS.

We obtain the categories of personal information listed above from the following categories of sources:

1. *Directly from you*. For example, from forms you complete or products and services you purchase.

2. *Indirectly from you*. For example, from observing your actions on Barchart.com.

California residents have the right to request that we disclose certain additional information to you about our collection and use of your personal information over the past 12 months. Please see "**Your California Privacy Rights & Do Not Sell My Personal Information**" below for more information.

**Does Barchart.com use cookies?**

To optimize the user experience Barchart may make use of cookies technology. We may use cookies and other storage methods to target ads via third party providers, keep temporary user preferences per the user's device, or for some mapping services we offer. Barchart also uses functional cookies to enhance the performance of our websites and services which are unrelated to collecting or storing personal information.

Some content or applications, including advertisements, on Barchart.com are served by third-parties, including advertisers, ad networks and servers, content providers, and application providers. These third parties may use cookies alone or in conjunction with other tracking technologies to collect information about you when you use Barchart.com. The information they collect may be associated with your personal information or they may collect information, including personal information, about your online activities over time and across different websites and other online services. They may use this information to provide you with interest-based (behavioral) advertising or other targeted content.

We do not control these third parties' tracking technologies or how they may be used. If you have any questions about an advertisement or other targeted content, you should contact the responsible provider directly.

**How do I opt-out of commercial email communications from Barchart.com?**

Commercial email communications from Barchart.com come with an unsubscribe link at the bottom of the email where you can opt-out of future such marketing communications. You can also email Barchart.com at removeme@barchart.com at any time and request to be removed from one or all of our email lists, or visit our Newsletters page at www.barchart.com/my/barchart-newsletters.

**Can you opt-out of providing personally identifying information or receiving marketing messages?**

You may opt-out altogether from providing personally identifying information to us by not registering with Barchart.com and thereby not providing personal information, or by not visiting the Barchart.com sites. You can delete your Barchart.com account by emailing us at removeme@barchart.com. Such a request must include your user name. Members can automatically deactivate or delete their Barchart.com account through the Member Profile page. If you choose not to register or provide mandatory information in the registration form, Barchart.com will not be fully accessible to you. You can edit your account information, including your newsletter preferences, at any time. Commercial

email communications from Barchart.com come with an unsubscribe link at the bottom of the email for you to opt-out of future such marketing communications.

Manage your Newsletters and third-party emails: www.barchart.com/my/barchart-newsletters

Manage your end-of-day Reports emails: www.barchart.com/my/eod-reports

Manage your end-of-day Portfolio emails: www.barchart.com/my/eod-portfolio-emails

Manage your end-of-day Watchlist emails: www.barchart.com/my/eod-watchlist-emails

Manage your end-of-day My Charts emails: www.barchart.com/my/eod-my-charts-emails

Deactivate or Delete your Barchart account: www.barchart.com/my/profile

**I am a California resident, how do I delete any personal information stored on me or request more information?**

Please see the section below: Your California Privacy Rights & Do Not Sell My Personal Information

**How does Barchart.com protect its content and user information?**

To prevent unauthorized access, maintain data accuracy, and ensure the appropriate use of information, we have put in place commercially reasonable physical, electronic, and managerial procedures to protect the information we collect online, including security for credit card submissions. Such commercially reasonable precautions, however, do not absolutely guarantee the absolute protection of your personally identifying information. You must understand that there will always be some risk that any personally identifying information that you provide to us may be released without our permission or knowledge.

**What does Barchart.com do with the information it gathers and/or tracks?**

Barchart.com uses information for the following general purposes:

- To fulfill your requests for products and services.
- To create, maintain, customize and secure your account with us.
- To process and collect your payments.
- To fulfill orders and contractual obligations.
- To fulfill customer support requests.
- To customize the advertising and content you see.
- To improve our services.
- To contact you.
- To conduct research, and to provide trend reporting for internal and external clients.
- To respond to law enforcement requests as required by applicable law, court order, or governmental regulations.

- As described to you when collecting your personal information.To evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by us about our consumers is among the assets transferred.

Barchart.com may also display targeted advertisements based on personal information. Advertisers (including ad serving companies) may assume that people who interact with, view, or click targeted ads meet the targeting criteria —for example, people trading agricultural products from a particular geographic area.

We may send you certain communications relating to the Barchart.com service, such as service announcements, administrative messages and the Barchart.com Newsletter, that are considered part of your Barchart.com account.

**With whom does Barchart.com share the information it gathers and/or tracks?**

Barchart.com may share user information it gathers, in aggregate or statistical form, that does not identify individuals nor include personal information, with advertisers and other partners.  Barchart utilizes email service providers for its commercial email communications which requires providing personal information, such as email address, to the email service providers for the purpose of using their service to send commercial emails.  We only make these business purpose disclosures under written contracts that describe the purposes, require the recipient to keep the personal information confidential, and prohibit using the disclosed information for any purpose except performing the contract. Barchart uses reputable email service providers that implement high standards of care, protection and security of personal information. We also may share information about you, including personally identifying information, if sought by legal process or requested by law enforcement, or in order to protect the rights and property of Barchart.com or the safety of our users or the public, or to protect against unauthorized use of our site.

We do not sell personal information, except that if Barchart.com is acquired by another company or otherwise merged into another company, we will transfer collected registrant and user information subject to this policy to a successor. In the event that information will be subject to a materially different privacy policy, Barchart.com or its successor will provide notice.

**How long does Barchart store the data it collects?**

Barchart can store usage data for the life of the service starting from its release date. Barchart stores personal data for no longer than is necessary for the purposes for which the personal data are processed, with certain limited exceptions, or until a request has been made to delete the data.

**Security Breach Notification**

In the event of a security breach that exposes your personal information, Barchart shall notify you that there has been a breach of the system containing your Personal Information and related details.  The notification will be done as

quickly as possible and will be reported to any required authorities.

**What information do third-party advertisers gather and collect?**

Third-party companies which place advertising on Barchart.com may collect information about you when you view or click on their advertising through the use of their cookies or other tracking technologies, which may include delivering targeted advertisements and marketing messages based upon the third party websites that you visit, or through other purposes. We cannot control this collection of information and are not responsible for the privacy policies and data collection, use and disclosure practices of these third party advertisers. You should contact these third party advertisers directly if you have any questions about their use of the information that they collect from you. Google/DoubleClick DFP is our third party ad server. If you would like to know more about their information gathering practices and opt-out procedures, please see http://www.google.com/policies/technologies/ads/. Also, if you would like more information about this practice and to know your choices about not having this information used by these companies, please see: http://www.networkadvertising.org/consumer/opt_out.asp.

**Your California Privacy Rights & Do Not Sell My Personal Information**

The California Consumer Privacy Act (CCPA) and the California Privacy Rights Act (CPRA), provide California residents with the following rights:

- The right of Californians to know what personal information is being collected about them;
- The right of Californians to request the deletion of personal information collected from and retained about them (subject to certain exceptions);
- The right of Californians to know whether their personal information is sold or disclosed and to whom;
- The right of Californians to say no to the sale of personal information;
- The right of Californians to access their personal information;
- The right of Californians to rectify their personal information;

In addition, a consumer shall have the right to request that a business delete any personal information about the consumer which the business has collected from the consumer.
To exercise your California rights and request any of the actions or information under the CCPA and/or CPRA, you can contact Barchart through the methods below.

Email: ccpa@barchart.com
Phone: 800-238-5814

Mail:
Barchart.com, Inc.
209 W. Jackson Blvd, Suite 200
Chicago, IL 60606
ATTN: California Privacy Rights

For display advertising on Barchart.com to exercise your California rights and request any of the actions or information under the California Consumer Privacy Act (CCPA), you can do so at https://www.barchart.com/privacy-tool

To contact Barchart or if you have any additional questions, please visit https://www.barchart.com/contact.

Barchart.com, Inc.
209 W. Jackson Blvd, Suite 200
Chicago IL, 60606

---

## EXCHANGE DELAYS AND UNIFORM SUBSCRIBER AGREEMENT

Last Updated October 15, 2021

From time to time Barchart.com may review and update this policy.

**Exchange Delays**

Below are the exchanges and indices covered by Barchart and their respective delay times:

U.S. Equities Exchanges:
American Stock Exchange (NYSE Arca): 15-minutes
Cboe BZX Exchange: Real-Time
NASDAQ Stock Exchange: 15-minutes
FINRA OTC US: 15-minutes
New York Stock Exchange (NYSE): 15-minutes
S&P Indices: 15-minutes
Dow Indices: 15-minutes
Cboe Indices: 15-minutes
Nasdaq Indices: 15-minutes

Canadian Equities Exchanges:
Toronto Stock Exchange (TSX): 15-minutes
TSX Venture Exchange (TSX-V): 15-minutes
Canadian Securities Exchange (CNSX): 15-minutes
Aequitas NEO: 15-minutes
TSX Indices: 15-minutes

Europe and Australia Exchanges:
London Stock Exchange (LSE): 15-minutes
EuroNext Equities (Paris/Amsterdam/Brussels/Lisbon): 15-minutes
Cboe Europe (BXE/CXE): 15-minutes
EuroNext Indices: 15-minutes
Australian Securities Exchange (ASX): 20-minutes

Futures Exchanges & Forex:
BM&F Exchange: 10-minutes
Bursa Malaysia: 15-minutes
Cboe Futures Exchange (CFE): 10-minutes
CME Group (CME/CBOT/KCBT/NYMEX/COMEX): 10-minutes
Eurex: 15-minutes
EuroNext: 15-minutes
Fair Exchange: Real-Time
Hong Kong Futures Exchange (HKEX Information Services): 15-minutes
ICE Futures (US/Europe/Canada/Endex/Abu Dhabi): 10-minutes

Minneapolis Grain Exchange (MGEX): 10-minutes
Montreal Exchange: 15-minutes
The Small Exchange: Real-Time
Forex Prices: 10-minutes

Futures, Forex and Crypto prices are quoted in Central Time (CT), Equities prices are quoted in local exchange time.

---

YOUR AFFIRMATIVE ACT OF USING BARCHART.COM SIGNIFIES THAT YOU AGREE TO THE FOLLOWING UNIFORM SUBSCRIBER AGREEMENT by and between yourself ("Subscriber"), Barchart.com, Inc. and each of the Exchanges designated below ("Exchanges").

**Exchanges:**

Australia Stock Exchange (ASX), B3 (BM&F BOVESPA), Bursa Malaysia, Canadian Securities Exchange (CSE), Cboe BZX Exchange, Cboe Europe, Cboe Indices / Market Data Express, Cboe Futures Exchange, Chicago Board of Trade (CBOT), Chicago Mercantile Exchange (CME), COMEX, Eurex, Euronext, European Energy Exchange AG, Fair Exchange, Hong Kong Futures Exchange (HKEX Information Services), ICE Futures US, ICE Futures Europe, ICE Futures Canada, ICE Endex, ICE Abu Dhabi, Kansas City Board of Trade (KCBT), LIFFE, London Metals Exchange (LME), London Stock Exchange (LSE), Minneapolis Grain Exchange (MGEX), Montreal Exchange (MX), NASDAQ, New York Mercantile Exchange (NYMEX), New York Stock Exchange (NYSE), NYSE LIFFE US, Options Price Reporting Authority (OPRA), S&P Dow Jones Indices, The Small Exchange, Toronto Stock Exchange and TSX Venture Exchange (TSX Inc.)

**1. DEFINITIONS.**

- "Device" means any unit of equipment, fixed or portable, that receives, accesses or displays Market Data in visible, audible or other comprehensible form.
- "Force Majeure Event" means any flood, extraordinary weather conditions, earthquake or other act of God, fire, war, terrorism, insurrection, riot, labor dispute, accident, action of government, communications or power failures, or equipment or software malfunctions.
- "Person" means any natural person, proprietorship, corporation, partnership, limited liability company or other organization.
- "Market Data" means information and data pertaining to futures contracts and options contracts or similar derivative instruments traded on the Exchanges as well as associated index data, that includes, without limitation, opening and closing range prices, high-low prices, settlement prices, current bid and ask prices, last sale prices, price limits, requests for quotations, estimated and actual contract volume data, text messages pertaining to market activity, contract specifications, fast or late messages and, as determined by each of the Exchanges, may include information respecting exchange-for-physical (EFP) or against actuals (AA) transactions. With respect to Subscriber's obligations under this Agreement, Market Data includes information, data and materials that are derived from the foregoing and that

convey information to Subscriber that is substantially equivalent to Market Data.

**2. PROPRIETARY RIGHTS IN THE MARKET DATA.**

* Subscriber acknowledges and agrees that each of the Exchanges has exclusive and valuable property rights in and to its own Market Data, that such Market Data constitute valuable confidential information, trade secrets and/or proprietary rights of each of the Exchanges, not within the public domain, that such Market Data shall remain valuable confidential information, trade secrets and/or proprietary rights of each of the Exchanges at least until the Exchanges place their respective Market Data in the public domain or authorize placement of their respective Market Data in the public domain, and that, but for this Agreement, Subscriber would have no rights or access to such Market Data. Whether or not a particular Exchange has placed its Market Data in the public domain or has authorized the placement of its Market Data in the public domain shall be determined according to the terms of such Exchange's agreement with Vendor, which agreement is described in Section 3(a).
* Subscriber acknowledges and agrees that disclosure of any Market Data, or any breach or threatened breach of any other covenants or agreements contained herein, would cause irreparable injury to each of the Exchanges for which money damages would be an inadequate remedy. Accordingly, Subscriber further acknowledges and agrees that each of the Exchanges shall be entitled to specific performance and injunctive and other equitable relief from the breach or threatened breach of any provision, requirement or covenant of this Agreement (including, without limitation, any disclosure or threatened disclosure of Market Data) in addition to and not in limitation of any other legal or equitable remedies which may be available.

**3. RECEIPT OF MARKET DATA BY SUBSCRIBER.**

* Vendor and Subscriber have entered into an agreement by which Vendor will, among other things, provide Subscriber with Market Data. Vendor has entered into agreements with each of the Exchanges whereby Vendor has been granted the right to receive Market Data and to retransmit the same to Subscriber. This Agreement to the agreement between Vendor and Subscriber sets forth the terms and conditions upon which Subscriber may receive and use Market Data. Subscriber acknowledges that, notwithstanding such agreement, each of the Exchanges may, in its discretion, discontinue disseminating its own Market Data or change or eliminate its own transmission method, speed or signal characteristics. In addition, Subscriber acknowledges and agrees that the Exchanges reserve the right to disapprove any Subscriber and retain the right to direct Vendor to terminate any Subscriber's receipt of Market Data for any reason or no reason, in which event the Exchanges shall so notify Vendor and Vendor shall cease providing Market Data to Subscriber as soon as practicable.
* (1) Except as provided in (2) below, Subscriber will use Market Data only for its own internal business activities and only at the offices and locations and on the Devices designated by Subscriber in writing to Vendor from time-to-time. (The term "for its own internal business activities", as used in the immediately preceding sentence herein, means for Subscriber's (a) trading, for its own account or for the account of its customers, of commodity futures contracts,

options on commodity futures contracts or similar derivative instruments, or (b) evaluating, for its own internal business decisions or advice to its customers, the movements or trends in markets for commodity futures contracts, options on commodity future contracts, or like derivative instruments, subject to all of the limitations set forth below in this sub-paragraph as to the telephonic disclosure to customers of a necessary and de minimis number of segments of Market Data.) Subscriber agrees that it will not communicate or otherwise furnish, or permit to be communicated or otherwise furnished, the Market Data, in any format, to any other party or any office or location other than that designated above, nor allow any other party to take, directly or indirectly, any of the Market Data from such offices or locations, and will adopt and enforce any policy that is reasonable to prevent the Market Data from being taken therefrom. Subscriber specifically agrees, without limiting or varying its obligations under paragraph 7 herein or otherwise set forth in this Agreement, that Subscriber shall not use or permit another person to use any Market Data for the purposes of determining or arriving at any price, including any settlement prices, for commodity futures contracts, options on commodity futures contracts, or like derivatives instruments traded on any exchange other than the Exchanges. Subscriber will abide by any other limitations on such use that any of the Exchanges may specify. Subscriber will use its best efforts to ensure that its partners, officers, directors, employees and agents maintain sole control and physical possession of, and sole access to, Market Data received through Devices in Subscriber's possession. (2) Notwithstanding (1) above, Subscriber may, in the regular course of its business, occasionally furnish, to each of its customers, branch offices, and guaranteed introducing brokers, in a quantity restricted to that necessary to enable Subscriber to conduct its business, a de minimis number of segments of Market Data. Such redissemination must be strictly limited to telephonic communications not entailing the use of computerized voice synthesization or any other technology and must be strictly related to the trading activity of Subscriber or any such recipients. Any such recipients must be advised by Subscriber that such segments are proprietary and confidential information not to be disclosed or disseminated to other persons or entities. Subscriber agrees to make all reasonable efforts to ensure that such recipients abide by the provisions of this Agreement. Notwithstanding the foregoing, in the event that a Subscriber is a newspaper which reports on, among other things, exchanges on which commodity futures contracts or options on commodity futures are traded, such Subscriber shall be permitted to publish, in its newspaper published for the day following the receipt by such Subscriber of the Market Data, the Market Data received by Subscriber from Exchanges on the day prior to such publication.

- In the event that Vendor has agreed to permit Subscriber to receive, access or display Market Data through means other than a Vendor-provided Device, such as by means of: (i) the Internet, any Intranet or any other type of network; (ii) portable Devices (e.g., pocket pagers, personal digital assistants, laptop computers, etc.); and (iii) synthesized voice responses over telephones, Subscriber will use its best efforts to ensure that no other device, attachment or apparatus is used which may allow third parties not subject to Subscriber's reporting obligations under Section 3(b) above to access the Market Data.

## 4. REPORTING.

Subscriber agrees to furnish promptly to Vendor any information or reports that may be required by any of the Exchanges as applicable and that is reasonably

related to Subscriber's receipt of Market Data. Subscriber further agrees to furnish promptly to Vendor any additional information or reports that may be required by the agreement between Vendor and Subscriber referred to in Section 3(a) as it relates to Subscriber's receipt of Market Data.

**5. RIGHT OF INSPECTION AND AUDIT.**

During regular business hours, any Persons designated by any Exchange may have access to Subscriber's offices or locations in order to observe the use made of the Market Data and to examine and inspect any Devices, attachments or apparatuses, as well as any books and records required to be maintained by Subscriber under Sections 3(b) and 4 in connection with its receipt and use of Market Data. Subscriber will make prompt adjustment (including interest thereon at the rate of 1.5% per month), through Vendor, to compensate any Exchange that discovers an under-reported use of the Market Data by Subscriber. In addition, at the election of any such Exchange, Subscriber will be liable for the reasonable costs of any audit that reveals a discrepancy in such Exchange's favor of five percent (5%) or more of the amount of fees actually due such Exchange. Subscriber shall maintain the records and books upon which it bases its reporting for Cboe, CBOT, CCX, CCFE, CME, GreenX, KCBOT, or ONECHICAGO Market Data for three (3) years following the period to which the records relate. Subscriber shall maintain the records and books upon which it bases the reporting for NYMEX, COMEX, ICE FUTURES US, ICE FUTURES EUROPE, or ICE FUTURES CANADA Market Data for six (6) years following the period to which the records and books relate. In the event that Subscriber fails to retain such records and books as required above, Subscriber agrees to pay each Exchange's reasonable estimate of any discrepancy discovered pursuant to any such audit.

**6. EXCHANGE FEES.**

Subscriber will pay Vendor (unless Vendor has assumed Subscriber's payment obligations hereunder), for and on behalf of each of the Exchanges (as applicable), for the right to receive Market Data in accordance with the then-current fee schedule published by each of the Exchanges from time-to- time (including any and all applicable federal, state or local taxes). Each Exchange's fees are subject to modification by each of them at any time, without prior notice to Subscriber. In addition, Subscriber agrees to pay Vendor any penalties assessed against Subscriber by Vendor on behalf of any Exchange. Nothing herein shall limit a Vendor's obligation pursuant to separate agreement between Vendor and any of the Exchanges (as applicable) to pay Exchange fees.

**7. COVENANTS, REPRESENTATIONS AND WARRANTIES OF SUBSCRIBER.**

Subscriber covenants, represents and warrants that it is not engaged in the business of distributing Market Data and that, to its knowledge after reasonable inquiry, it is receiving the Market Data from a Vendor that is authorized by the Exchanges to distribute the Market Data. Subscriber agrees that it will not use or permit any other Person to use Market Data for any illegal purpose. Subscriber agrees that it will not use Market Data in any way to compete with the Exchanges or Vendor, nor use the Market Data in any way so as to assist or allow a third party to compete with the Exchanges or Vendor. Subscriber agrees that the provision of Market Data by the Exchanges hereunder is conditioned upon Subscriber's strict compliance with the terms of this Agreement and that Vendor may, with or without notice and with or without cause, forthwith

discontinue said service whenever in its judgment there has been any default or breach by Subscriber of the provisions hereof, or whenever directed to do so by any of the Exchanges.

**8. DISCLAIMER OF WARRANTIES.**
**SUBSCRIBER AGREES THAT NEITHER VENDOR NOR THE EXCHANGES MAKE ANY REPRESENTATIONS OR WARRANTIES, EXPRESS OR IMPLIED, WITH RESPECT TO THE MARKET DATA, OR THE TRANSMISSION, TIMELINESS, ACCURACY OR COMPLETENESS THEREOF, INCLUDING, WITHOUT LIMITATION, ANY IMPLIED WARRANTIES OR ANY WARRANTIES OF MERCHANTABILITY, QUALITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THOSE ARISING BY STATUTE OR OTHERWISE IN LAW OR FROM ANY COURSE OF DEALING OR USAGE OF TRADE.**

**9. LIMITATIONS OF LIABILITY AND DAMAGES.**
Subscriber agrees that: (i) the provision of Market Data is made with equipment, communications devices, and/or leased lines not owned or operated solely by Vendor or the Exchanges; (ii) neither Vendor nor the Exchanges, nor their respective members, directors, officers, employees or agents, guarantees the sequence, accuracy or completeness of the Market Data, nor shall any of them be liable to Subscriber or any other Person for any delays, inaccuracies, errors or omissions in Market Data, or in the transmission thereof, or for any other damages arising in connection with Subscriber's receipt or use of Market Data, whether or not resulting from negligence on their part, a Force Majeure Event or any other cause beyond their reasonable control; and (iii) if the foregoing disclaimer and limitation of liability should be deemed invalid or ineffective by a court of competent jurisdiction, neither Vendor nor the Exchanges, nor their respective members, directors, officers, employees or agents shall be liable for any of the foregoing beyond the actual amount of loss or damage, or the sum of fifty dollars ($50.00), whichever is less.

**10. TERM AND TERMINATION.**
Subject to Subscriber's strict compliance with the provisions of this Agreement, the provision of Market Data by any of the Exchanges hereunder will continue in force during the term of the agreement between Subscriber and Vendor and any renewal term thereof. In addition, it is understood that the provisions set forth in paragraphs 2(a) and 2(b) of this Agreement shall survive the termination of this Agreement.

**11. INDEMNIFICATION.**
Subscriber will indemnify, defend and hold Vendor and the Exchanges, and their respective members, directors, officers, employees and agents harmless from and against any and all claims arising out of or in connection with this Agreement, including, without limitation, any liability, loss or damages (including, without limitation, attorneys' fees and other expenses) caused by any inaccuracy in or omission from, Subscriber's failure to furnish or to keep, or Subscriber's delay in furnishing or keeping, any report or record required to be kept by Subscriber hereunder.

**12. MISCELLANEOUS.**
In case of any breach by Subscriber of its obligations hereunder, each of the Exchanges will be considered to be a third-party beneficiary of this Agreement

and may bring an action to enforce its terms directly against Subscriber. Any action arising out of this Agreement between the CFE, CBOT, CCX, CCFE, CME, or ONECHICAGO and Subscriber shall be governed and construed in accordance with the internal laws (and not the law of conflicts) of the State of Illinois. Any action arising out of this Agreement between the KCBOT and Subscriber shall be governed and construed in accordance with the internal laws (and not the law of conflicts) of the State of Missouri. Any action arising out of this Agreement between NYMEX, COMEX, GreenX, ICE FUTURES US, ICE FUTURES EUROPE, or ICE FUTURES CANADA and Subscriber shall be governed and construed in accordance with the internal laws (and not the law of conflicts) of the State of New York. Any action arising out of this agreement between Subscriber and Vendor shall be governed and construed in accordance with the internal laws (and not the laws of conflict) of the State of Illinois and all such actions shall be litigated before a court located in Chicago, Illinois without regard to choice of law principles. Subscriber may not assign all or any part of this Agreement without the prior written consent of the Exchanges (as applicable). Neither Vendor nor Subscriber may modify or amend the terms of this Agreement. In the event of any conflict between the terms and conditions of this Agreement and any other agreement relating to Subscriber's receipt and use of Market Data, including, without limitation, the agreement between Vendor and Subscriber referred to in Section 3(a), the terms and conditions of this Agreement will prevail. If, for any reason, one or more provisions of this Agreement is held invalid, the other provisions of the Agreement shall remain in full force and effect.

ANY ACTION, PROCEEDING, OR LITIGATION BROUGHT BY A PARTY PURSUANT TO THIS AGREEMENT OR ANY BREACH THEREOF MUST BE COMMENCED WITHIN ONE (1) YEAR AFTER THE CLAIM OR CAUSE OF ACTION AROSE, WHETHER OR NOT THE PARTY HAD ANY KNOWLEDGE OR NOTICE THEREOF. THE PARTIES AGREE THAT IN ANY SUCH DISPUTE OR SUBSEQUENT LEGAL ACTION, THEY WILL ONLY ASSERT CLAIMS IN AN INDIVIDUAL (NON-CLASS, NONREPRESENTATIVE) BASIS, AND THAT THEY WILL NOT SEEK OR AGREE TO SERVE AS A NAMED REPRESENTATIVE IN A CLASS ACTION OR SEEK RELIEF ON BEHALF OF THOSE OTHER THAN THEMSELVES. BARCHART WILL BE ENTITLED TO RECOVER ITS COURT COSTS AND ATTORNEYS' FEES AND EXPENSES INCURRED IN PROVING ANY BREACH BY YOU OF ANY TERMS OF USE.

The Cboe Global Markets, Inc. Privacy Notice and Policy can be reviewed at https://www.cboe.com/legal/privacy.

The Dow Jones Indexes℠ are proprietary to and are calculated, distributed and marketed by Dow Jones Indexes, a licensed trademark of CME Group Index Services LLC and have been licensed for use. "Dow Jones®" and "Dow Jones Indexes" are service marks of Dow Jones Trademark Holdings, LLC. "CME" is a trademark of Chicago Mercantile Exchange Inc. All content of the Dow Jones Indexes © CME Group Index Services LLC 2018.

## HKEX POLICY

HKEX INFORMATION SERVICES LIMITED, ITS HOLDING COMPANIES AND/OR ANY SUBSIDIARIES OF SUCH HOLDING COMPANIES ENDEAVOUR TO ENSURE THE ACCURACY AND RELIABILITY OF THE INFORMATION PROVIDED BUT DO

NOT GUARANTEE ITS ACCURACY OR RELIABILITY AND ACCEPT NO LIABILITY (WHETHER IN TORT OR CONTRACT OR OTHERWISE) FOR ANY LOSS OR DAMAGE ARISING FROM ANY INACCURACIES OR OMISSIONS.

**ICE POLICY**

ICE DATA LLP, OR ANY OF ITS AFFILIATES, MAKES NO WARRANTY, EXPRESS OR IMPLIED, EITHER AS TO THE RESULTS TO BE OBTAINED FROM THE USE OF ICE FUTURES DATA AND/OR THE FIGURE AT WHICH ICE FUTURES DATA STANDS AT ANY PARTICULAR TIME ON ANY PARTICULAR DAY OR OTHERWISE. THE USE OF THE DATA IS PROVIDED ON AN 'AS IS' BASIS AND ICE DATA LLP, AND ITS AFFILIATES, DISCLAIM ALL LIABILITY FOR ANY LOSS OR DAMAGE WHATSOEVER INCURRED BY THE USE OF THE DATA HEREIN.