**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>        v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER,<br><br>                              Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

**DECLARATION OF BRIAN CALANDRA IN SUPPORT OF LEAD**
**PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY**
**APPROVAL OF CLASS ACTION SETTLEMENT**

I, Brian Calandra, declare as follows pursuant to 28 U.S.C. §1746:

1.     I am a Partner of the law firm of Pomerantz LLP, court-appointed Lead Counsel for Lead Plaintiffs Joseph Noto, Garden State Tire Corp., and Stephens Johnson ("Lead Plaintiffs") and the proposed Settlement Class. I am admitted to practice before this Court. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement. I have personal knowledge of the matters testified to herein.

2.     I hereby certify that I conferred with counsel for 22nd Century Group Inc. ("22nd Century"), Henry Sicignano, III ("Sicignano"), and John T. Brodfuehrer (Brodfuehrer, and collectively with 22nd Century and Sicignano, "Defendants"), regarding the relief requested in the Motion. This Motion is unopposed.

3.     Attached hereto as Exhibit 1 is a true and correct copy of the Stipulation and Agreement of Settlement, dated as of April 25, 2023 ("Stipulation"). The exhibits to the stipulation are as follows:

- Exhibit A: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice.

- Exhibit A-1: Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-2: Proof of Claim and Release Form.

- Exhibit A-3: Summary Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses.

- Exhibit A-4: Postcard Notice.

- Exhibit B: [Proposed] Judgment Approving Class Action Settlement.

1

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from a report by NERA Economic Consulting, authored by Janeen McIntosh, Svetlana Starykh and Edward Flores, and titled *Recent Trends in Securities Class Action Litigation: 2022 Full-Year Review*.

5.      Attached hereto as Exhibit 3 is a true and correct copy of the firm resume of Pomerantz LLP.

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this 25th day of April 2023 at New York, New York.

> */s/      Brian Calandra*
> Brian Calandra

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 25th day of April 2023, a true and correct copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/      Brian Calandra*
Brian Calandra

3