**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> 22ND CENTURY GROUP, INC., HENRY SICIGNANO, III and JOHN T. BRODFUEHRER, <br><br> Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

**NOTICE OF MOTION AND MOTION FOR AN AWARD**
**OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES,**
**AND COMPENSATORY AWARDS TO PLAINTIFFS**

{00567470;1 }

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice (ECF No. 86), on October 3, 2023, at 11:00 AM in Allegheny Courtroom, 6th Floor East, 2 Niagara Square, Buffalo, New York 14202, before Hon. Michael J. Roemer, Court-appointed Lead Plaintiffs Joseph Noto, Garden State Tire Corp., and Stephens Johnson ("Plaintiffs"), and Lead Counsel Pomerantz LLP, on behalf of all Plaintiffs' Counsel, will and hereby do move the Court for entry of an Order awarding attorneys' fees in the amount of 33 1/3% of the Settlement Fund (or $1,000,000, plus interest earned at the same rate as the Settlement Fund) and reimbursement of Litigation Expenses in the amount of $106,473.75, as well as $5,000 for each Lead Plaintiff, as authorized by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4)).[1]

This motion is based on this Notice of Motion; the memorandum of law in support thereof; the Declaration of Brian Calandra in Support of: (I) Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses; all exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matters properly before the Court. Defendants take no position on this motion.

Dated: August 29, 2023                     Respectfully submitted,

                                           */s/ Brian Calandra*
                                           Jeremy A. Lieberman
                                           Brian Calandra
                                           **POMERANTZ LLP**
                                           600 Third Avenue, Floor 20
                                           New York, NY 10016
                                           Phone: 212-661-1100

---

[1] Capitalized terms that are not otherwise defined herein have the same meanings given to them in the Stipulation and Agreement of Settlement dated April 25, 2023. *See* ECF No. 81-1.

Fax: 917-463-1044
jalieberman@pomlaw.com
bcalandra@pomlaw.com

*Lead Counsel for Lead Plaintiffs Joseph Noto,
Garden State Tire Corp. and Stephens Johnson*

**BRONSTEIN, GEWIRTZ & GROSSMAN,
LLC**

Peretz Bronstein
Eitan Kimelman
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-8209
Facsimile: (212) 697-7296
Email: peretz@bgandg.com
Email: eitank@bgandg.com

**GLANCY PRONGAY & MURRAY LLP**

Garth Spencer
1925 Century Park East, Suite 2100
Los Angeles, California 90067
929-777-1047 (cell)
310-201-9150 (office)
gspencer@glancylaw.com

**VITA LAW OFFICES, P.C.**
Richard Vita
100 State Street, Suite 900
Boston, Massachusetts 02109
(617) 426-6566
rjv@vitalaw.com

*Additional Counsel for Plaintiffs and for the
Proposed Class*

{00567470;1 }                                    3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing document was electronically filed with the Clerk of

Court via the CM/ECF system, which will send Notice of such filing to all counsel of record.


Dated: August 29, 2023                    /s/ *Brian Calandra*
                                          Brian Calandra

{00567470;1 }