# EXHIBIT 2

| 8/21/2023 | Pomerantz LLP<br>Hours and Amount by Current Rate<br>From 1/1/1995 to 8/21/2023 | | | Page 1 of 1 |

**22nd Century Group, Inc. (Securities) (2019)**

| ATTORNEY | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Gilmore, Emma | Partner | $1,000.00 | 8.90 | $8,900.00 |
| Lieberman, Jeremy | Partner | $1,250.00 | 67.30 | $84,125.00 |
| Hood, Alex | Partner | $875.00 | 4.10 | $3,587.50 |
| Lindenfeld, Jonathan | Associate | $485.00 | 13.50 | $6,547.50 |
| LoPiano, James | Associate | $500.00 | 2.85 | $1,425.00 |
| Shteyn, Villi | Associate | $500.00 | 9.60 | $4,800.00 |
| Calandra, Brian | Partner | $875.00 | 1,162.60 | $1,017,275.00 |
| Dorzhieva, Dolgora | Associate | $550.00 | 7.50 | $4,125.00 |
| Cordovi, Brandon | Associate | $500.00 | 20.90 | $10,450.00 |
| Molinaro, Lauren | Associate | $450.00 | 61.00 | $27,450.00 |
| Ferrogari, Dean | Associate | $450.00 | 85.10 | $38,295.00 |
| | ATTORNEY TOTAL | | 1443.35 | $1,206,980.00 |

| PARALEGAL AND OTHER TIMEKEEPERS | STATUS | CURRENT RATE | HOURS | CURRENT TOTAL |
|---|---|---|---|---|
| Lo, Jack | Paralegal | $365.00 | 2.00 | $730.00 |
| Castro, Sydney | Legal Assistant | $120.00 | 0.50 | $60.00 |
| Huang, Jessie | Paralegal | $110.00 | 8.00 | $880.00 |
| Jordan, Ellen | Paralegal | $360.00 | 6.00 | $2,160.00 |
| | PARALEGAL AND OTHER TIMEKEEPERS TOTAL | | 16.50 | $3,830.00 |
| | FIRM'S TOTAL | | 1459.85 | $1,210,810.00 |