# EXHIBIT 7

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III and JOHN T. BRODFUEHRER,<br><br>Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

**DECLARATION OF JOSEPH NOTO IN SUPPORT**
**OF PLAINTIFFS' UNOPPOSED MOTIONS FOR**
**(I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF**
**ALLOCATION AND (II) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF**
**EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, Joseph Noto, hereby declare as follows:

1.      I am a Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action ("Award Request").

2.      I have personal knowledge of the matters attested to in this Declaration.

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated April 25, 2023 ("Stipulation"). ECF No. 81-1.

3.    The Award Request sought reimbursement in the amount of $5,000 for the time I devoted to participating in this Action. *See* Calandra Decl. ¶¶ 97-98.

4.    I devoted significant time representing the Settlement Class in my capacity as the Lead Plaintiff in this Action. I am a President for Garden State Tire Corp.. I estimate that I spent numerous hours on my efforts overseeing the prosecution of this Action.

5.    Although I did not keep diaries, timesheets, or records documenting the time that I spent overseeing the prosecution of this Action, I certify that throughout the litigation, I have been in regular contact with, and received periodic status reports from my attorneys at Pomerantz LLP ("Pomerantz" or "Lead Counsel") and Bronstein Gewirtz & Grossman, LLC ("BGG" and, together with Pomerantz "Plaintiffs' Counsel") on case developments. I participated in discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement. In particular, throughout the course of this Action, I: (a) communicated with Plaintiffs' Counsel regarding the posture and progress of the case; (b) compiled my trading data and completed my certification in connection with the initial complaint in this Action; (c) reviewed all of the significant pleadings and pre-motion letters filed in the Action; (d) consulted with Plaintiffs' Counsel regarding the settlement negotiations and mediation; and (f) evaluated and approved the proposed Settlement.

6.    In sum, I respectfully request that the Court approve the Settlement, grant a compensatory award of $5,000 to me in light of my time and effort in pursuing the Action.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 23rd day of August 2023.

Joseph Noto

2