# EXHIBIT 9

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III and JOHN T. BRODFUEHRER,<br><br>     Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

**DECLARATION OF STEPHENS JOHNSON IN SUPPORT
OF PLAINTIFF'S UNOPPOSED MOTIONS FOR
(I) FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF
ALLOCATION AND (II) AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF
EXPENSES, AND COMPENSATORY AWARDS TO PLAINTIFFS**

I, Stephens Johnson, hereby declare as follows:

1. I am a Lead Plaintiff in the above-captioned securities class action (the "Action").[1] I respectfully submit this declaration in support of (a) Plaintiffs' motion for final approval of the proposed Settlement and approval of the proposed Plan of Allocation; and (b) Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, including approval of my request to recover the reasonable costs and expenses I incurred in connection with my representation of the Settlement Class in the prosecution of this Action ("Award Request").

2. I have personal knowledge of the matters attested to in this Declaration.

---

[1] Unless otherwise noted, capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated April 25, 2023 ("Stipulation"). ECF No. 81-1.

3.      The Award Request sought reimbursement in the amount of $5,000 for the time I devoted to participating in this Action. *See* Calandra Decl. ¶ [].

4.      I devoted significant time representing the Settlement Class in my capacity as the Lead Plaintiff in this Action. I am a ~~RETIRED~~ [████████████████████]. I estimate that I spent 50+ hours on my efforts overseeing the prosecution of this Action.

5.      Although I did not keep diaries, timesheets, or records documenting the time that I spent overseeing the prosecution of this Action, I certify that throughout the litigation, I have been in regular contact with, and received periodic status reports from my attorneys at Pomerantz LLP ("Pomerantz" or "Lead Counsel") and Glancy Prongay & Murray, LLC ("GPM" and, together with Pomerantz "Plaintiffs' Counsel") on case developments. I participated in discussions concerning the prosecution of the Action, the strengths of and risks of the claims, and potential settlement.  In particular, throughout the course of this Action, I: (a) communicated with Plaintiffs' Counsel regarding the posture and progress of the case; (b) compiled my trading data and completed my certification in connection with the initial complaint in this Action; (c) reviewed all of the significant pleadings and pre-motion letters filed in the Action; (d) consulted with Plaintiffs' Counsel regarding the settlement negotiations and mediation; and (f) evaluated and approved the proposed Settlement.

6.      In sum, I respectfully request that the Court approve the Settlement, grant a compensatory award of $5,000 to me in light of my time and effort in pursuing the Action.

I declare under penalty of perjury that the foregoing facts are true and correct.

Executed this 23RD day of August 2023.

Stephens Johnson

2