# EXHIBIT 11

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated, | Civil Action No. 19-cv-01285-JLS-MJR |
| Plaintiff, | |
| v. | |
| 22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER, | |
| Defendants. | |

**DECLARATION OF JOSEPH MAHAN REGARDINGNOTICE DISSEMINATION, PUBLICATION, AND REPORT ON OBJECTIONS OR REQUESTS FOR EXCLUSION <u>RECEIVED TO DATE</u>**

{00567612;1 }

I, Joseph Mahan, hereby declare as follows:

1. I am a Settlement Project Manager at Epiq Class Action and Claims Solution, Inc. ("Epiq"). Pursuant to ¶9 of the Order dated June 30, 2023 ("Preliminary Approval Order"), Epiq was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the settlement (the "Settlement") of the above-captioned action (the "Action"). I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Epiq with respect to the Settlement.

2. I respectfully submit this Declaration in order to provide the Court with information regarding, among other things: (1) the mailing of the Postcard Notice ("Postcard"); (2) the publication of the Summary Notice; and (3) the establishment of the website and toll-free number dedicated to this class action, in accordance with the Preliminary Approval Order. I am over 21 years of age and am not a party to this Action. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

<u>**MAILING OF THE POSTCARD NOTICE**</u>

3. The Court's Preliminary Approval Order required Epiq to, among other things, mail the Postcard Notice to potential Class Members. A true and correct copy of the Postcard Notice is attached hereto as Exhibit A.

4. Epiq maintains a proprietary database (the "Broker Database") of 1,043 brokerage firms, banks and other financial institutions as published by Securities Dealers of North America, and The Depository Trust & Clearing Corporation ("DTC") participant members to be used in notifying record holders of class actions.

5. On April 21, 2023, Epiq was provided with the record holder list relating to 22ND CENTURY GROUP, INC. ("22ND CENTURY") securities purchased during the period

between February 18, 2016 and July 31, 2019, inclusive.  The electronic file contained the names and addresses of 18 potential Class Members.

6.      Epiq entered the data referenced above into a segregated database (the "Epiq Mailing Database") to be used for the mailing of the Postcard Notice to potential Class Members. On August 1, 2023, pursuant to ¶11 of the Preliminary Approval Order, Epiq caused the Postcard Notice to be mailed via the United States Postal Service ("USPS") by first class mail, postage prepaid, to the 1,043 brokers and other nominees referred to in ¶4 above and 18 potential Class Members referred to in ¶5 above.  Epiq mailed a total of 1,061 Postcard Notices in this initial mailing.

7.      As of August 29, 2023, in response to the Postcard Notice mailing, Epiq has received bulk requests from brokers and other nominees for 3,315 Postcard Notices for them to forward to their customers. Epiq is in the process of mailing Postcard Notices to these additional records.

8.      Epiq leases and maintains a Post Office Box (P.O. Box 3839, Portland, OR 97208-3839) for the receipt of all undeliverable mail and written communications necessary to implement the Settlement.

**PUBLICATION OF SUMMARY NOTICE**

9.      On July 31, 2023, Epiq caused the Summary Notice to be published in *Investor's Business Daily* and *PR Newswire*.  A copy of the publication and press release is attached hereto as Exhibit B.

**CALL CENTER SERVICES**

10.     Epiq reserved a toll-free phone number for the Settlement, (888) 576-4721, and published that toll-free number in the Postcard Notice and on the Settlement Website.

11.    The toll-free number became operational on July 28, 2023.  The toll-free number connects callers with an Interactive Voice Recording ("IVR").  The IVR provides potential Class Members and others who call the toll-free telephone number access to additional information that has been pre-recorded.  The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week.  Specifically, the pre-recorded message provides callers with a brief summary of the Settlement and the option to select one of several more detailed recorded messages addressing frequently asked questions.  The IVR also allows callers to request that a copy of the Notice Packet be mailed to them or the caller may opt to speak live with a trained operator.  Callers are able to speak to a live operator regarding the status of the Settlement and/or obtain answers to questions they may have, Monday through Friday from 9:00 a.m. to 6:00 p.m. Eastern Time (excluding official holidays).  During other hours, callers may leave a message for an agent to call them back.  Epiq has promptly responded to each telephone inquiry and will continue to address potential Class Members' inquiries.

## SETTLEMENT WEBSITE

12.    Pursuant to the Preliminary Approval Order, Epiq, in coordination with Lead Counsel, designed, implemented and currently maintains a website dedicated to the Action (www.22ndcenturysecuritieslitigation.com) (the "Settlement Website").  The address for the Settlement Website is set forth in the Notice, Claim Form, and Summary Notice.

13.    The Settlement Website became operational on July 28, 2023, and is accessible 24 hours a day, 7 days a week.  Among other things, the Settlement Website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim-filing deadlines and the date and time of the Court's Settlement Hearing.  In addition, copies of the Notice, Claim Form, Stipulation, Preliminary Approval Order, and other documents related to the Action are posted on the Settlement Website and are available for downloading.  Epiq will

{00567612;1 }    3

continue operating, maintaining and, as appropriate, updating the Settlement Website until the conclusion of this administration.

**REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

14.     Pursuant to this Court's Preliminary Approval Order, the Notice, Summary Notice, and Settlement Website inform Class Members that requests for exclusion from the Class must be received by September 12, 2023.  The Notice directs Class Members who wish to request exclusion to mail their request to *22nd Century Securities Litigation*, c/o Epiq, P.O. Box 3839, Portland, OR 97208-3839.  The Notice also sets forth the information that must be included in each request for exclusion.  Epiq monitors all mail delivered to this P.O. Box.

15.     As of the date of this Declaration, Epiq has received no requests for exclusion.

16.     The Notice, Summary Notice, and Settlement Website also inform Class Members that they may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and expenses; the objection must be in writing, and filed with the Court and delivered to representatives of Lead Counsel and Settling Defendants' Counsel such that they are received on or before September 12, 2023.

17.     Through August 29, 2023, Epiq has not received, or been informed of, any objections to the Settlement, the Plan of Allocation, or Lead Counsel's motion for attorneys' fees and expenses.

**CLAIMS RECEIVED TO DATE**

18.     The deadline for submitting a Proof of Claim is on October 10, 2023.  As of August 29, 2023, Epiq has received approximately 15 Proofs of Claim.  Of the Proofs of Claim received,

{00567612;1 }

approximately 14 were submitted via mail, and approximately 1 was submitted electronically through the Settlement Website.[1]

19.     As Proofs of Claim are often submitted with incomplete information, not signed, not properly documented, and/or filed by claimants who are not Class Members, much of Epiq's efforts will involve extensive claimant communications so that all claimants have sufficient opportunity to cure any deficiencies and file a complete Proof of Claim.  The deficiency process, which involves letters and emails to claimants, and inbound and outbound telephone calls or emails to claimants, is intended to assist claimants in properly completing their otherwise deficient submissions in order to participate in the Settlement.

20.     Epiq will work throughout the entire administration process to ensure that Proofs of Claim are processed properly; that deficiency and ineligibility conditions are identified and classified; that deficiency letters are mailed to the appropriate claimants; and that Epiq's computer programs are operating properly.  Furthermore, Epiq's fraud prevention team, which includes highly qualified personnel with experience investigating fraud in both the public and private sectors, will use a variety of fraud protection controls throughout the administration process to identify potential fraudulent Proofs of Claim.

I declare under penalty of perjury that the foregoing facts are true and correct to the best of my knowledge.

Executed this 29th day of August 2023, at Philadelphia, Pennsylvania.

_____
Joseph Mahan
Epiq Class Action and Claims Solutions, Inc.

---

[1] Please note that these numbers are preliminary and subject to change and we are not able to provide finalized recovery amounts under the proposed Plan of Allocation at this time.

# Exhibit A

22nd Century Securities Litigation
c/o Epiq
P.O. Box 3839
Portland, OR 97208-3839

**BARCODE NO-PRINT ZONE**

FIRST-CLASS MAIL
U.S. POSTAGE
PAID
Portland, OR
PERMIT NO. 2882

**Court-Ordered Legal Notice
Forwarding Service Requested**

*A federal court authorized this notice. This is not a solicitation from a lawyer.*

*This Notice may affect your legal rights. You may be entitled to a payment from this securities class action settlement.*

<<MAIL ID>>
<<NAME 1>>
<<NAME 2>>
<<ADDRESS LINE 1>>
<<ADDRESS LINE 2>>
<<ADDRESS LINE 3>>
<<ADDRESS LINE 4>>
<<ADDRESS LINE 5>>
<<CITY, STATE ZIP>>
<<COUNTRY>>

**Barcode No-Print Zone**

*Noto v. 22nd Century Group, Inc., et al., Case No. 1:19-cv-01285-JLS-MJR*
*THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT. PLEASE VISIT 22NDCENTURYSECURITIESLITIGATION.COM OR CALL 888-576-4721 FOR MORE INFORMATION.*

The U.S. District Court for the Western District of New York ("Court") has preliminarily approved a Settlement of claims against 22nd Century Group, Inc. ("22nd Century") and two of its former officers (collectively, "Defendants"). Lead Plaintiffs allege that Defendants made materially false and misleading public statements or omissions at certain times in 2016–2019, causing damages to persons who purchased or otherwise acquired 22nd Century common stock. Defendants deny any wrongdoing.

You received this notice because you or someone in your family or household may have purchased or acquired 22nd Century securities between February 18, 2016, and July 31, 2019, both dates inclusive ("Settlement Class Period"). The Settlement provides that, in exchange for dismissal and release of claims known or unknown against Defendants, Defendants will pay or cause to be paid into a settlement fund $3,000,000 ("Settlement Fund"). The Settlement Fund, less attorneys' fees and expenses, and a compensatory award to Lead Plaintiffs for reimbursement of time and expenses pursuant to the Private Securities Litigation Reform Act, will be divided among Settlement Class Members who timely submit valid Proof of Claim and Release Forms ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement and long-form Notice in any of the following ways: (1) by mail: 22nd Century

Securities Litigation, c/o Epiq, P.O. Box 3839, Portland, OR 97208-3839; (2) by phone: toll-free 888-576-4721; (3) by email: info@22ndCenturySecuritiesLitigation.com; or (4) by visiting the website: 22ndCenturySecuritiesLitigation.com.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. PROOFS OF CLAIM ARE DUE BY OCTOBER 10, 2023 to 22nd Century Securities Litigation, c/o Epiq, P.O. Box 3839, Portland, OR 97208-3839, OR submitted online at 22ndCenturySecuritiesLitigation.com. **If you DO NOT want to be legally bound by the Settlement, you must exclude yourself from the Settlement Class by September 12, 2023 or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by September 12, 2023. The Notice and Stipulation of Settlement explain how to opt-out or object.**

The Court will hold a hearing in this case on October 3, 2023 at 11:00 a.m. at Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo, NY 14202, to consider whether to approve the Settlement, the Plan of Allocation, a request by Lead Counsel for attorneys' fees up to 33.3%, plus actual expenses up to $200,000, and an award to Lead Plaintiffs not to exceed $15,000. You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court may hold the hearing telephonically or by other virtual means. For more information, call 888-576-4721, or visit the website, 22ndCenturySecuritiesLitigation.com.

AJ0322 v.02

# Exhibit B

Case 1:19-cv-01285-JLS-MJR   Document 92-11   Filed 08/29/23   Page 12 of 18

*(This page consists primarily of dense newspaper mutual-fund performance tables listing fund names, sponsors, assets, phone numbers, and columns for 36-Month Performance Rating, YTD % Chg, 12-Wk % Chg, 5-Yr After-Tax Return, Net Asset Value, and NAV Change. A court-ordered class-action settlement notice is printed in the lower-left quadrant.)*

---

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

...TO, GARDEN STATE TIRE CORP., and STEPHENS ..., individually and on behalf of all others similarly situated,

    Plaintiff,

    v.

...RY GROUP, INC., HENRY SICIGNANO, III AND ...ODFUEHRER,

    Defendants.

Civil Action No. 19-cv-01285-JLS-MJR

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, ...D PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION ...FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

...ons and entities who, during the period from **February 18, 2016 through July 31, 2019, inclusive** (the "Settlement Class ...rchased or otherwise acquired 22nd Century Group, Inc. ("22nd Century") common stock and were allegedly damaged ..."Settlement Class").

...EAD THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT ...N THIS COURT.

...ARE HEREBY NOTIFIED, pursuant to Rule 23 of the ...s of Civil Procedure and an Order of the United States ...t for the Western District of New York, that the above-...gation (the "Action") has been certified as a class action ...the Settlement Class, except for certain persons and ...are excluded from the Settlement Class as set forth in ...d Notice Of (I) Pendency Of Class Action, Certification ...t Class, And Proposed Settlement of Class Action; (II) ...earing; And (III) Motion For An Award Of Attorneys' ...mbursement Of Litigation Expenses (the "Notice").

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form either online at the Settlement website, www.22ndCenturySecuritiesLitigation.com, by **October 10, 2023**, or by first class postage prepaid U.S. mail *postmarked* no later than **October 10, 2023**. If you are a Settlement Class Member and do not timely submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

# Pomerantz LLP Announces Pendency of Class Action and Proposed Settlement Involving Purchasers of 22nd Century Group, Inc. Common Stock

NEWS PROVIDED BY
**Pomerantz LLP ➞**
31 Jul, 2023, 08:00 ET

BUFFALO, N.Y., July 31, 2023 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER,<br><br>Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT OF CLASS ACTION; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF

## ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES

**TO:  All persons and entities who, during the period from February 18, 2016 through July 31, 2019, inclusive (the "Settlement Class Period"), purchased or otherwise acquired 22nd Century Group, Inc. ("22nd Century") common stock and were allegedly damaged thereby (the "Settlement Class").**

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Western District of New York, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class as set forth in the full printed Notice Of (I) Pendency Of Class Action, Certification Of Settlement Class, And Proposed Settlement of Class Action; (II) Settlement Hearing; And (III) Motion For An Award Of Attorneys' Fees And Reimbursement Of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Lead Plaintiffs in the Action have reached a proposed settlement of the Action for $3,000,000.00 in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

This Summary Notice relates to the proposed Settlement of claims in a pending securities class action lawsuit brought by investors alleging, among other things, that Defendants 22nd Century, Henry Sicignano, III, and John T. Brodfuehrer (collectively, the "Defendants") violated the federal securities laws by making alleged misrepresentations or omissions regarding certain alleged stock promotion articles and Defendants' alleged failure to disclose an investigation by the Securities and Exchange Commission ("SEC") into a material weakness in 22nd Century's internal controls, which Defendants deny.

A hearing will be held on October 3, 2023 at 11:00 a.m., before the Honorable Michael J. Roemer, United States Magistrate Judge, at the United States District Court for the Western District of New York, Robert H. Jackson United States Courthouse, 2 Niagara Square, Buffalo,

New York 14202; or by telephonic, video conferencing or other electronic means, as posted on the website of the Claims Administrator. The hearing will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation And Agreement Of Settlement (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of Litigation Expenses should be approved, and (v) whether to award Lead Plaintiff for reimbursement of Lead Plaintiffs' time and expenses out of the Settlement Fund and pursuant to 15 U.S.C. §78u-4(a)(4) in connection with their representation of the Settlement Class and, if so, in what amount.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator at 22nd Century Securities Litigation, c/o Epiq, P.O. Box 3839, Portland, OR 97208-3839. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator, www.22ndCenturySecuritiesLitigation.com.

If you are a member of the Settlement Class, in order to be potentially eligible to receive a payment under the proposed Settlement, you must submit a Claim Form either online at the Settlement website, www.22ndCenturySecuritiesLitigation.com, by **October 10, 2023**, or by first class postage prepaid U.S. mail *postmarked* no later than **October 10, 2023**. If you are a Settlement Class Member and do not timely submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is *received* no later than **September 12, 2023**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to representatives of Lead Counsel and Defendants' counsel such that they are *received* no later than **September 12, 2023**, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, 22nd Century, or Defendants' counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Requests for the Notice and Claim Form should be made to:

22nd Century Securities Litigation

c/o Epiq

P.O. Box 3839

Portland, OR 97208-3839

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

POMERANTZ LLP

Jeremy A. Lieberman

Brian Calandra

600 Third Avenue, 20th Floor

New York, NY 10016

jalieberman@pomlaw.com

bcalandra@pomlaw.com

Dated: August 7, 2023

By Order of the Court

United States District Court

Western District of New York

URL: www.22ndCenturySecuritiesLitigation.com

SOURCE Pomerantz LLP



PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.