# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JOSEPH NOTO, GARDEN STATE TIRE CORP., and STEPHENS JOHNSON, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br> v.<br><br>22ND CENTURY GROUP, INC., HENRY SICIGNANO, III AND JOHN T. BRODFUEHRER,<br><br>      Defendants. | Civil Action No. 19-cv-01285-JLS-MJR |

**SUPPLEMENTAL DECLARATION OF JOSEPH MAHAN IN SUPPORT**
**OF LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF SETTLEMENT**

I, Joseph Mahan, declare and state as follows:

1.    I am a Settlement Project Manager employed by Epiq Class Action & Claims Solutions, Inc. ("Epiq") located at 777 Third Avenue, New York, NY 10017.  The following statements are based on my personal knowledge and information provided to me by other Epiq employees, and if called to testify, I could and would do so competently.

2.    Pursuant to ¶9 of the Order dated June 30, 2023 ("Preliminary Approval Order"), Epiq was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the settlement (the "Settlement") of the above-captioned action (the "Action").  I have the responsibility for overseeing all aspects of the notice and claims administration services performed by Epiq with respect to the Settlement.

3.    I submit this declaration in order to provide the Court and the parties to the Action with information regarding: (1) Dissemination of the Notice; (2) the number of hits to the Settlement website and Toll-Free Number: (3) Report of Claims Received; and (4) Report of Requests for Exclusion to date by Epiq.

## I.    DISSEMINATION OF THE NOTICE

4.    As previously described in my Declaration Regarding (A) Dissemination of Notice and Claims Package and Media Campaign; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusions Received to Date, August 29, 2023 (ECF No. 92-11), Epiq has continued to disseminate copies of Postcard Notice in response to requests from potential Settlement Class Members, brokers, and other nominees.  Through September 26, 2023, Epiq has disseminated a total of 206,221 Postcard Notices to potential Settlement Class Members and nominees.

## II.   SETTLEMENT WEBSITE AND TOLL-FREE TELEPHONE NUMBER

5.     Epiq established and continues to maintain a website dedicated solely to this settlement (www.22ndcenturysecuritieslitigation.com) (the "Settlement Website") to inform class members about the settlement and provide answers to frequently asked questions.  Copies of the Notice, Proof of Claim, Stipulation, and Notice Order are posted on the website and are available for downloading. Class Members can also complete and submit a Proof of Claim through the Settlement Website, which contains fillable forms with electronic signature capability. To date, the Settlement Website has received 6,616 hits.

6.     Epiq continues to maintain the toll-free telephone number (888) 576-4721 and Interactive Voice Recording ("IVR") to accommodate inquiries from potential Settlement Class Members. To date, Epiq has received 505 total IVR calls and 190 Live Operator calls.

## III.   CLAIMS RECEIVED

7.     The Notice and Claim Form instructed potential Settlement Class Members to submit their claims online no later than October 10, 2023, or by mail postmarked no later than October 10, 2023.  As of September 26, 2023, Epiq has received 619 Claim Forms. In Epiq's experience, a significant number of claims are typically received close to the claim filing deadline. Epiq continues to review and process these claims.

## IV.   REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE

8.     Pursuant to the Preliminary Approval Order, Settlement Class Members who wish to be excluded from the Settlement Class are required to mail their written request to Epiq so that the request is received by September 12, 2023.  As of the date of this Supplemental Declaration, Epiq has received one (1) timely request for exclusion and one (1) request for exclusion submitted after the September 12, 2023, deadline. Epiq recommends granting the timely exclusion request

and disallowing the untimely exclusion request, as not all required information was provided. *See* **Exhibit A**.

9. Additionally, the Preliminary Approval Order directed Settlement Class Members to submit their objections to the Court and counsel for the Parties. Epiq has not received any misdirected objections as of the date of this Supplemental Declaration.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed this 26th day of September, 2023, at Philadelphia, Pennsylvania.

*Joseph Mahan*

Joseph Mahan

# Exhibit A

22ⁿᵈ Century Securities Litigation, ATTN: EXCLUSIONS
c/o Epiq, P.O. Box 3839
Portland, OR 97208-3839

Michael J. Saldana
5220 McKinley Parkway
Hamburg, NY 14075
716.997.4022

I, Michael J. Saldana, request exclusion from the Settlement
Class in
Noto v. 22ⁿᵈ Century Group, Inc., et al., Case No. 1:19-cv-01285-
JLS-MJR            *Michael J. Saldana*            9/5/2023

| Purchase Date | # of Shares | Cost per share |
|---|---|---|
| 3/1/2016 | 1000 | $0.9399 |
| 3/15/2016 | 1000 | $0.8863 |
| 3/18/2016 | 1000 | $0.8400 |
| 3/24/2016 | 1000 | $0.7900 |
| 4/13/2016 | 1000 | $0.7400 |
| 6/21/2016 | 1000 | $0.8400 |
| 12/15/2016 | 1000 | $1.00 |
| 12/16/2016 | 1000 | $1.00 |
| 01/10/2017 | 1000 | $0.8900 |
| 01/27/2017 | 1000 | $0.8900 |
| 08/03/2017 | 2000 | $1.80 |
| 08/03/2017 | 4000 | $1.75 |
| 08/03/2017 | 4000 | $1.90 |
| 08/10/2017 | 100 | $2.74 |
| 08/10/2017 | 100 | $2.75 |
| 08/10/2017 | 300 | $2.50 |
| 08/14/2017 | 500 | $2.25 |
| 08/14/2017 | 1500 | $2.25 |
| 08/18/2017 | 500 | $2.10 |
| 08/22/2017 | 500 | $2.10 |
| 08/23/2017 | 1000 | $2.10 |
| 9/19/2017 | 200 | $2.82 |
| 9/19/2017 | 200 | $2.84 |
| 9/19/2017 | 200 | $2.86 |
| 9/19/2017 | 200 | $2.88 |

| | | |
|---|---|---|
| 9/19/2017 | 200 | $2.92 |
| 9/19/2017 | 200 | $2.92 |
| 9/25/2017 | 200 | $2.90 |
| 9/26/2017 | 200 | $2.80 |
| 9/26/2017 | 200 | $2.82 |
| 9/26/2017 | 300 | $2.75 |
| 9/26/2017 | 1500 | $2.75 |
| 10/27/2017 | 200 | $2.50 |
| 10/27/2017 | 500 | $2.50 |
| 10/27/2017 | 1000 | $2.50 |
| 02/22/2018 | 1000 | $2.75 |
| 03/01/2018 | 1000 | $2.50 |
| 03/05/2018 | 1000 | $2.40 |
| 04/24/2018 | 1000 | $2.25 |
| 04/26/2018 | 2000 | $2.00 |
| 04/26/2018 | 2000 | $2.05 |
| 04/27/2018 | 2000 | $2.02 |
| 05/03/2018 | 1000 | $2.03 |
| 05/03/2018 | 1000 | $2.04 |
| 01/18/2019 | 1000 | $2.25 |
| 03/29/2019 | 1000 | $1.65 |
| 03/29/2019 | 1000 | $1.70 |
| 07/25/2019 | 1000 | $1.90 |

| Sold Date | # of Shares | Cost per share |
|---|---|---|
| 10/11/2016 | 1110 | $1.45 |
| 10/11/2016 | 890 | $1.44 |
| 11/16/2016 | 1000 | $1.2039 |
| 12/08/2016 | 5000 | $1.04 |
| 02/06/2018 | 2000 | $2.8600 |
| 02/06/2018 | 2000 | $2.8545 |
| 02/06/2018 | 1800 | $2.8849 |
| 02/06/2018 | 1000 | $2.7643 |
| 02/06/2018 | 1000 | $2.7600 |
| 05/02/2018 | 2000 | $2.1100 |
| 05/08/2018 | 4000 | $2.1141 |
| 05/08/2018 | 800 | $2.1116 |
| 05/08/2018 | 500 | $2.1116 |
| 05/08/2018 | 300 | $2.1120 |
| 05/08/2018 | 200 | $2.1120 |
| 05/08/2018 | 200 | $2.1120 |
| 05/08/2018 | 200 | $2.1120 |
| 05/08/2018 | 200 | $2.1120 |
| 05/08/2018 | 200 | $2.1100 |

| | | |
|---|---|---|
| 05/08/2018 | 153 | $2.1120 |
| 05/08/2018 | 119 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1120 |
| 05/08/2018 | 100 | $2.1118 |
| 05/08/2018 | 100 | $2.1000 |
| 05/08/2018 | 53 | $2.1120 |
| 05/08/2018 | 47 | $2.1100 |
| 05/08/2018 | 35 | $2.1120 |
| 09/06/2018 | 1000 | $2.8000 |
| 03/07/2019 | 1000 | $1.6393 |
| 03/07/2019 | 500 | $1.7733 |
| 03/07/2019 | 500 | $1.7216 |
| 03/07/2019 | 500 | $1.6697 |
| 03/07/2019 | 500 | $1.6100 |
| 03/08/2019 | 2000 | $1.90 |
| 03/08/2019 | 1000 | $1.90 |

I held  10,000 shares at the beginning of the Settlement Class Period.

Michael J Aaldam    9/5/2023

Mike Saldana
5220 McKinley Pkwy
Hamburg, NY 14075

SEP 07 202

14075

22ND CENTURY SECURITIES LITIGATION

ATTN: EXCLUSIONS

C/O EPIQ

P.O. BOX 3839

PORTLAND, OR 97208-3839

9720833839 B901

| | |
|---|---|
| **From:** | k_skordakis@yahoo.gr |
| **To:** | info_22ndCenturySecuritiesLitigation |
| **Subject:** | Exclusion request from the Settlement Class in Noto v. 22nd Century Group, Inc., et al., Case No. :19-cv-01285-JLS-MJR |
| **Date:** | Wednesday, September 13, 2023 11:58:02 AM |

**CAUTION:** This email originated from outside of Epiq. Do not click links or open attachments unless you recognize the sender and know the content is safe. Report phishing by using the "Phish Alert Report" button above.

Dear Sir/Madam,

My name is Skordakis Konstantinos and I just received your notice. I live in Greece, so I assume that distance was the main cause of receiving it with delay. The due date for getting myself in or out of the Settlement was yesterday 12/9/2023 and I would like to ask you to accept my request, even if I send it to you a day later. I requests to exclude myself from the Settlement Class in Noto v. 22nd Century Group, Inc., et al., Case No. :19-cv-01285-JLS-MJR and from what this Settlement entails. Please keep me posted about the progress of my request and whether I should take any further actions.

Kindly,
Skordakis Konstantinos